Page 1

1               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
2                  Fort Lauderdale Division
3              CASE NO: 15-CV-62156 BLOOM VALLE
4

JOSEFINA HERRERA,
5
                    Plaintiff,
6
vs.
7

BANK OF AMERICA, N.A, U.S.
8   BANK, N.A, and RUSHMORE LOAN
    MANAGEMENT SERVICES,
9
                    Defendants.
10  _____/
11
                         499 NW 70th Avenue,
12                       Plantation, Florida,
                         Tuesday, June 7, 2016,
13                       10:08 a.m.
14
15            DEPOSITION OF JOSEFINA HERRERA
16
17       Taken on behalf of the Defendants before
18   Barbara Wilkie, Professional Court Reporter and Notary
19   Public in and for the State of Florida at Large,
20   pursuant to a Notice of Taking Deposition in the above
21   cause.
22
23
24
25   Job No. CS2326551

```
 1   APPEARANCES:
 2   ATTORNEY FOR PLAINTIFF:
 3        BY: GABRIELLY VALENZANO, ESQ.
          VALENZANO LAW FIRM, P.A.
 4        18710 SW 107th Avenue, Suite 27
          Miami, Florida 33157
 5        305-234-2424
          gvalenzanolaw@gmail.com
 6
 7   ATTORNEYS FOR DEFENDANT BANK OF AMERICA:
 8        BY: DANIEL CARDENAL, ESQ.
          LIEBLER GONZALEZ & PORTUONDO
 9        44 West Flagler Street, 25th Floor
          Miami, Florida 33130
10        305-379-0400
          dcardenal@lgplaw.com
11
12   ATTORNEYS FOR DEFENDANT US BANK and RUSHMORE:
13        BY: ADAM DIAZ, ESQ.
          SHD LEGAL GROUP, P.A.
14        499 NW 70th Avenue, Suite 309
          Plantation, Florida 33317
15        954-564-0071, Ext. 213
          adiaz@shdlegalgroup.com
16
17   ALSO PRESENT:
18        Rose Valderrama, Interpreter
19                         - - -
20
21
22
23
24
25
```

Page 3

```
 1                    I N D E X
 2    WITNESS                          PAGE
 3      JOSEFINA HERRERA
 4
        Direct Examination by Mr. Cardenal      4
 5      Cross Examination by Ms. Valenzano     133
        Redirect Examination by Mr. Cardenal  148, 242
 6      Cross Examination by Mr. Diaz          149
        Recross Examination by Ms. Valenzano  219, 240
 7      Recross Examination by Mr. Diaz        234
        Certificate of Oath of Witness         244
 8      Errata Sheet                           247
 9
10
11
12                    EXHIBITS
13    Defendants' Exhibit                     Page
14          Exhibit  1                         17
            Exhibit  2                         19
15          Exhibit  3                         27
            Exhibit  4                         29
16          Exhibit  5                         29
            Exhibit  6                         31
17          Exhibit  7                         34
            Exhibit  8                         36
18          Exhibit  9                         42
            Exhibit 10                         47
19          Exhibit 11                         68
            Exhibit 12                        122
20          Exhibit 13                        163
            Exhibit 14                        185
21          Exhibit 15                        187
            Exhibit 16                        188
22
23
24
25
```

Page 4

1              (ROSE VALDERRAMA was duly sworn to truly and
2      faithfully interpret all questions posed to the witness
3      and all answers given by the witness).
4                          - - -
5      Thereupon:
6                       JOSEFINA HERRERA
7      was called as a witness and, having been duly sworn, was
8      examined and testified through the interpreter as
9      follows:
10             THE WITNESS:  I swear.
11                    DIRECT EXAMINATION
12     BY MR. CARDENAL:
13         Q    As you can see, we have an interpreter here
14     for your convenience.  I understand that you know some
15     English, but, because we have the interpreter here,
16     please give her a chance to interpret my questions and
17     make sure that your answers are in Spanish, and she will
18     interpret them appropriately.
19         A    Okay.
20         Q    Have you ever been deposed before?
21         A    Not that I can remember.
22         Q    We are going to go over a few of the base
23     rules so you understand.
24         A    Okay.
25         Q    I will be asking questions to you.  You will

1   be answering the questions.  Make sure that all of your

2   answers are verbal responses so that we can take it

3   down.  Don't shake your head or nod your head.

4       A    Okay.

5       Q    Because we have an interpreter, let me try and

6   finish my question first, and I will try to do the same

7   for you when you are answering the questions.

8       A    Correct.

9       Q    If you don't understand a question, let me

10  know, and I will rephrase the question.

11      A    Correct.

12      Q    If you need a break at any time, let me know,

13  and we can take the break.  As long as there is no

14  question pending or that you have answered the question,

15  we can take the break.

16      A    Perfect.

17      Q    What is your full name?

18      A    Josefina Violeta Herrera.

19      Q    And what is your date of birth?

20      A    5/1/64.

21      Q    And where were you born?

22      A    The Dominican Republic.

23      Q    Are you currently employed?

24      A    Correct.

25      Q    And what is your current employment?

Page 6

1        A     The company, or the position?

2        Q     Both.

3        A     World Class Food Distributor, and I'm the

4    manager.

5        Q     How long have you been there?

6        A     A year and something.

7        Q     Have you always been the manager?

8        A     Yes.

9        Q     What was your employment before that?

10       A     Sales.

11       Q     Could you elaborate?

12       A     Yes.  Sales of products.

13             MS. VALENZANO:  Excuse me, counsel.  Do you

14       want me to go ahead and retain my relevance

15       objections for the end, or do you want me to just

16       do it after questions that are not necessary?

17             MR. CARDENAL:  You can object whenever you

18       want.

19             MS. VALENZANO:  Okay.

20   BY MR. CARDENAL

21       Q     I'm sorry.  I don't think I heard the answer

22   of what you were selling.

23       A     Sales.

24       Q     But what were you selling, what products?

25       A     All kinds of products; groceries, supermarket

```
                                            Page 7

 1   products, beauty products, all types of deals.  Excuse
 2   me.  Of sales, of sales.
 3        Q    What was the name of this company?
 4        A    Jana International.
 5        Q    How do you spell that?
 6        A    J-A-N-A International.
 7             MS. VALENZANO:  Relevance as to the last six
 8        or seven questions, please.
 9   BY MR. CARDENAL
10        Q    Do you have any legal experience?
11             MS. VALENZANO:  Relevance.
12        A    No.
13        Q    Is this your first lawsuit as a plaintiff?
14             MS. VALENZANO:  Relevance.
15        A    I'm sorry.  Excuse me?
16        Q    The question is, is this your first lawsuit as
17   a plaintiff?
18        A    Yes.  From what I understand, yes.
19        Q    Have you been sued before as a defendant?
20             MS. VALENZANO:  Relevance.
21             MR. CARDENAL:  Ms. Herrera, from time to time,
22        your attorney will object, but, unless she tells
23        you not to object (sic), an answer is required.
24             And, for the record, relevance isn't an
25        objection at a deposition.  You're stuck to form.
```

```
                                                Page 8
```

 1          So, if there's a problem with the manner of

 2      the question, you can object to that.  Otherwise

 3      please keep your objections to the limited scope.

 4          MS. VALENZANO:  Let the record reflect that I

 5      will state my objections on the record.

 6  BY MR. CARDENAL

 7      Q    So, the question was, have you been named as a

 8  defendant in a lawsuit?

 9      A    Can you repeat that again?

10      Q    Have you been sued as a defendant before?

11      A    Yes.

12      Q    Could you explain the circumstances behind

13  that lawsuit?

14          MS. VALENZANO:  Relevance.

15      A    About some beauty products.  Supposedly, the

16  company that received the product said it was damaged.

17  But, four years later, how can they prove that I sold

18  that product?

19      Q    Are there any other lawsuits where you have

20  been named as a defendant?

21      A    Not that I can remember.

22          MS. VALENZANO:  Relevance.

23  BY MR. CARDENAL

24      Q    Have you ever been named as a defendant in a

25  foreclosure lawsuit?

```
                                          Page 9

1        A    Can you repeat that again?

2        Q    Have you ever been sued as a defendant in a

3    foreclosure lawsuit?

4        A    According to my understanding, yes, by them

5    (sic).

6        Q    Have you ever worked in the mortgage industry?

7             MS. VALENZANO:  Relevance.

8        A    No.

9        Q    How many properties do you currently own?

10            MS. VALENZANO:  Relevance.

11       A    One.

12       Q    And what is the address of that property?

13       A    18112 Southwest 41st Street, Miramar, Florida,

14   33029.

15       Q    Is that the property that was foreclosed on?

16       A    Correct.

17       Q    Have you owned any other properties besides

18   this one?

19            MS. VALENZANO:  Relevance, form.

20            MR. CARDENAL:  What was wrong with the form?

21            MS. VALENZANO:  Asked and answered.  She

22       answered one property.  Therefore, there should be

23       no other properties.

24            MR. CARDENAL:  Again, asked and answered isn't

25       an objection to form.
```

```
 1           The question is -- I'm sorry.  Can you repeat
 2      the question.
 3           (Thereupon, the question referred to was
 4           read by the reporter as above recorded.)
 5      A    Can you repeat that again, please.
 6           (Thereupon, the question referred to was
 7           read by the reporter as above recorded.)
 8  BY MR. CARDENAL
 9      Q    Have you owned any other property besides this
10  one in the past?
11      A    Correct.
12      Q    Was that a yes or a no; yes, you have owned
13  property in the past, or, no, you have not owned
14  property in the past?
15      A    Yes, I have been an owner to another property
16  in the past.
17      Q    How many other properties have you owned in
18  the past?
19           MS. VALENZANO:  Relevance.
20      A    With Bank of America?
21      Q    We'll get to the loans on those properties
22  next.  But the question is just, how many other
23  properties have you owned in the past?
24      A    Yes, but concerning only Bank of America?
25      Q    All properties that you have owned in the
```

```
                                                    Page 11

 1    past.  How many?

 2        A    I don't remember exactly.

 3        Q    Since 2000, have you owned more than five

 4    properties?

 5        A    Four, maybe.

 6        Q    Do you remember the addresses for those

 7    properties?

 8             MS. VALENZANO:  Relevance.

 9        A    Wow, no.

10        Q    Do you remember what city those were in?

11             MS. VALENZANO:  Relevance.

12        A    Miami, Broward.  No.

13        Q    Was it two in Miami, two in Broward, one in

14    Miami, three in Broward?

15             MS. VALENZANO:  Relevance, form.

16        A    It was many years ago.

17             MR. CARDENAL:  What was wrong with the form?

18             MS. VALENZANO:  Compound.

19        A    Many years.  I don't know.  Broward could be

20    one.  Bank of America.

21        Q    You keep on mentioning Bank of America in

22    relation to these other properties.  What is the

23    connection between Bank of America and these other

24    properties?

25        A    None.
```

Page 12

1      Q    Then why do you keep on mentioning Bank of

2    America and these other properties?

3      A    Because all of my efforts, all of them, I put

4    them with them because I trusted them.

5      Q    But all of your efforts for what?

6      A    To buy properties, for the credit, because

7    they trusted me.

8      Q    So these other properties were purchased with

9    loans from Bank of America?

10           MS. VALENZANO:   Relevance.

11     A    Can you repeat the question?

12     Q    Were these other properties that you mentioned

13   purchased with loans from Bank of America?

14     A    The ones I bought under them?

15     Q    I'm not asking about the property in Miramar.

16   I'm asking about the other properties that you say you

17   have owned since 2000.

18     A    Repeat that again.   Excuse me.

19     Q    Sure.   The question is, did you purchase any

20   of the properties since 2000 with a loan from Bank of

21   America?

22     A    Correct.

23     Q    Besides the Miramar property, which one of

24   those properties did you buy with a loan from Bank of

25   America?

1              MS. VALENZANO:  Relevance.

2       A    Another in Miramar.

3       Q    Do you remember the address for that property?

4       A    Not exactly.

5              MS. VALENZANO:  Relevance.

6    BY MR. CARDENAL

7       Q    Was that a home or a business?

8       A    A home.

9              MS. VALENZANO:  Relevance.

10   BY MR. CARDENAL

11      Q    Did you live in that home?

12      A    Yes.

13             MS. VALENZANO:  Relevance.

14   BY MR. CARDENAL

15      Q    Do you remember from what time you lived in

16   that home?

17      A    I don't remember.

18             MS. VALENZANO:  Relevance.

19             Counsel, before you continue, I just want the

20        record to reflect and to inform you that I just

21        need about 20, 30 minutes on cross, at the end,

22        just so that you are aware.

23             MR. CARDENAL:  Sure.  You can have as long as

24        you want for cross.

25             MS. VALENZANO:  Well, it depends how long, you

1      know, you go on with the deposition, so that's why

2      I am just letting you know.

3          MR. CARDENAL:  Well, I'm on page one, and I'm

4      entitled to seven hours, so...

5          MS. VALENZANO:  I understand.  That's why I am

6      just making you aware.

7          MR. CARDENAL:  Okay.

8  BY MR. CARDENAL

9      Q    How many loans did you have with Bank of

10 America from 2010 until now?

11     A    I don't remember.  You should have that.

12     Q    How many loans have you had with Bank of

13 America from 2000 until today?

14     A    They (sic) can verify that.  They (sic) should

15 have that.  Exactly, I don't remember.

16     Q    Did you only take personal loans -- I'm

17 sorry -- home loans with Bank of America?

18         MS. VALENZANO:  Relevance.

19     A    Repeat the question.

20     Q    I will ask a different one first.

21         Can you give me an estimation of how many

22 loans you had with Bank of America?

23     A    Loans with Bank of America, three or four.  I

24 don't remember exactly.  But, if you go into the system

25 with them and check it, it will be there.  Everything is

Page 15

1   there.

2       Q    Were all of those loans related to the

3   purchase of a home?

4       A    Can you repeat that, please.

5            MR. CARDENAL:  Could you read it back.

6            (Thereupon, the question referred to was

7            read by the reporter as above recorded.)

8       A    Some.

9       Q    Were any of those refinances of a home?

10      A    Not that I can remember.

11      Q    What was the purpose of the other loans?

12           MS. VALENZANO:  Relevance.

13      A    I don't remember at this time.  He (sic) can

14  check.

15      Q    What was your connection with Jomax

16  International?

17      A    Owner of the company.

18           MS. VALENZANO:  Relevance.

19  BY MR. CARDENAL

20      Q    Did Jomax International ever take a loan with

21  Bank of America?

22      A    Correct.

23      Q    Is this one of the loans that you were

24  referring to above?

25      A    Correct.

Page 16

1        Q    What happened to that loan?

2        A    What happened to that loan?  What does

3    he (sic) mean?

4        Q    Did you pay off the loan?

5        A    I would have to check.  That is, he (sic)

6    would have to check, because it was a while back.  It

7    was a long time ago.

8        Q    Did you make all your payments under that

9    loan?

10            MS. VALENZANO:  Relevance.

11       A    I understand that, when I bought or got the

12   loan at that time, yes.  When the economic problems

13   came, that was when there were problems that I can

14   remember.

15       Q    Did Bank of America foreclose on that loan?

16       A    From what I understand, yes, I believe so,

17   yes.

18            Can I drink something?

19       Q    Of course.

20       A    Thank you.

21       Q    Ms. Herrera, to clarify, when you say "he

22   could check the records," do you mean Bank of America

23   could check?

24       A    Yes, of course, of course.

25       Q    How did you purchase the property at 18112

Page 17

1   Southwest 41st Street?

2       A    What do you mean how did I buy it?  I don't

3   understand.

4       Q    Did you get a loan to buy it?

5       A    I need a further explanation.  Are you

6   referring to the loan that Bank of America gives me to

7   buy that property?  Are you referring to that?

8       Q    Yes.  My question is, how did you purchase the

9   property at 18112 Southwest 41st Street?

10      A    If Bank of America approved the loan, yes.

11      Q    Did Bank of America loan you the money from

12  the beginning?

13      A    Correct.

14          (A document was marked for identification as

15          Defendants' Exhibit 1.)

16  BY MR. CARDENAL

17      Q    Ms. Herrera, from time to time, I am going to

18  show you some documents to take a look at.

19          Before I give them to you, I will give them to

20  your attorney, and then we will ask some questions about

21  them.

22      A    They never told me that it was going to be

23  payments.  Only interest.

24      Q    Do you recognize what was handed to you as

25  Exhibit 1?

Page 18

1       A       What?

2       Q       That document, Exhibit 1.

3       A       If this document is in Exhibit 1, exactly the

4   same way as they gave it to me the first time when I

5   signed?

6       Q       It is my contention that this is a copy of the

7   note that you signed, so it's smaller than the original

8   note that you would have received.

9       A       It's smaller than the one I signed?  I don't

10  understand.

11      Q       Is Defendants' Exhibit 1 a copy of the note

12  that you attached to your complaint?

13      A       If this one and the one that is over there are

14  the same, okay.

15      Q       Is that a yes or a no?

16      A       Okay.

17      Q       Ms. Herrera, that is still not an answer to

18  the question.

19              Is the document that has been marked as

20  Defendants' Exhibit 1 the same as the one you attached

21  to your complaint?

22      A       I can't see exactly page by page.  But, if

23  it's the same, yes.

24              MR. CARDENAL:  I need to take a break for a

25      minute.

```
                                                    Page 19
  1              (Recess taken.)
  2              (A document was marked for identification as
  3         Defendants' Exhibit 2.)
  4         A    Can I ask a question?
  5         Q    Sure.
  6         A    This paper or document, is it exactly as the
  7    first time when I signed the loan exactly?  Nothing has
  8    been changed?
  9         Q    To my knowledge, the copy that you are looking
 10    at is a reduction, because the original is a legal-sized
 11    paper, and it has a tracking sticker on it as well.
 12    And, after you signed it, an endorsement of the note was
 13    attached.  An endorsement of the note was put on on page
 14    four.
 15         A    Which would be the endorsement here?
 16         Q    The endorsement is the stamp on page four.
 17         A    So then the only difference would be the stamp
 18    and this here?
 19         Q    And the fact that it's reduced from the size,
 20    yes, that is my understanding.
 21         A    Okay.
 22         Q    So, looking at Exhibit 1 and looking at
 23    Defendants' Exhibit 2, is Exhibit 1 a copy of the note
 24    that you have attached to your complaint?
 25         A    Okay.  Yes, it's the same.
```

Page 20

```
 1           Sorry.  I say it's the same more or less
 2     because I can't read all of it, but it's similar.
 3           Q     Who drafted this complaint?
 4           A     Which one?  This one?  With the help of my
 5     attorney.  And, much of it, I did, too.
 6           Q     What attorney helped you draft this?
 7           A     This one?
 8           Q     Yes.
 9           A     This, I don't remember.  It's too many papers.
10     Much of it, I did pro se myself.
11           Q     Are there other lawsuits where you got help
12     from other attorneys?
13           A     Yes, many.
14           Q     So, you have filed multiple lawsuits?
15                 MS. VALENZANO:  Form.
16           A     What are you calling -- I don't understand.
17           Q     You have filed multiple complaints?
18           A     What are you calling complaints?
19           Q     Is your question about the Spanish word or the
20     English word?
21           A     He says "complaints."  I don't know.
22     Complaints.
23           Q     I think we're having an issue on the Spanish
24     translation for it.
25           A     It's possible.
```

Page 21

```
1            THE INTERPRETER:  I looked it up in the
2      dictionary.  That's the word.  There is no other
3      word for it.
4      A     Perhaps you can ask the question again.
5            THE INTERPRETER:  Complaint in the sense of a
6      lawsuit is querella, Q-U-E-R-E-L-L-A.
7            MR. CARDENAL:  Could you translate it as
8      "demanda"?
9            THE INTERPRETER:  "Demanda" is lawsuit.
10           Whenever you say lawsuit, I say "demanda."
11     When you say complaint, I say "querella."  When you
12     say claim, I say "reclama."
13           You know, it depends on the word you use.
14     That's what I use.
15           MR. CARDENAL:  Sure.
16     A     If behind each document you have the list of
17  the attorneys with whom they have been sent, that's
18  because attorneys helped me.
19           If there are some you don't have, I did it pro
20  se.
21     Q     So, there are lawsuits that you have filed
22  that you were the plaintiff that you didn't talk about
23  earlier?
24           MS. VALENZANO:  Form.
25     A     No.  I am referring to what we are talking
```

Page 22

1    about here, now, trying to answer his (sic) question.

2        Q    All right.  Let's step back.

3            The complaint that is marked as Exhibit 2,

4    which is what started the lawsuit we are here to talk

5    about today ---

6        A    I got lost.

7        Q    Who helped you draft Exhibit 2, what you have

8    in your hand?

9        A    Many of these, I checked them on Google.

10       Q    When you say "many of these," what are the

11   "these" you are referring to?

12       A    I really got the information about the cases

13   won by other people.

14       Q    So, did an attorney help you draft this?

15       A    I don't remember right now.  It's too many

16   papers.  I don't remember.

17       Q    What do you mean it's too many papers?

18       A    The entire process of all of these things has

19   been too many things, too many papers.

20       Q    I'm still confused.  Have you filed so many

21   lawsuits that you can't keep track?

22            MS. VALENZANO:  Form.

23       A    Can you repeat that again?

24            MR. CARDENAL:  Can you read it back.

25            (Thereupon, the question referred to was

Page 23

```
 1              read by the reporter as above recorded.)
 2              MS. VALENZANO:   Same objection.
 3      A    Can you repeat that again?  I get confused.
 4              (Thereupon, the question referred to was
 5              read by the reporter as above recorded.)
 6      A    No.
 7      Q    Then what are all the papers?
 8      A    That, you can ask the attorneys, the ones that
 9   are already registered there, where a letter is always
10   sent.  A copy is sent of the same documents to Bank of
11   America or to any institution it may be that requests
12   them.
13      Q    Ms. Herrera, the question is fairly simple.
14   Did you have an attorney help you draft this complaint?
15      A    I don't remember.
16      Q    Earlier, you said that you don't remember
17   because there are too many papers, correct?
18      A    Correct, too many.
19      Q    And when you say too many papers, what papers
20   are you referring to?
21      A    In general.  That was the reason that I have
22   an attorney now.
23      Q    So, you are saying, if I understand you
24   correctly, that there were so many papers filed in this
25   case that you don't remember if an attorney helped you
```

Page 24

1    draft this complaint?

2        A    Can you make the question shorter?  The thing

3    is that I get confused with so much, with that manner of

4    asking the question.

5        Q    What papers are confusing you?

6        A    No, the way in which he (sic) asked the

7    question.

8        Q    I understand that.  That's why I cut

9    everything else out of it.

10             Your testimony is, you don't know who drafted

11    the complaint with you?

12             MS. VALENZANO:  Form.

13        A    Some forms, my attorney helped me.  I don't

14    know right now which.  I don't remember.

15        Q    What was the name of the attorney that helped

16    you with some of the papers in this case?

17        A    In the last ones, my attorney who I just

18    hired.

19        Q    Sure.  But, before you hired Ms. Valenzano,

20    what was the name of the attorney who was helping you

21    with the papers?

22        A    I've had many attorneys in this case.  One has

23    done one thing.  Another one, another thing.  I don't

24    remember who did what.

25        Q    And when you say "this case," do you mean your

Page 25

```
 1    lawsuit in the federal court against Bank of America,
 2    U.S. Bank, and Rushmore?
 3         A    When he (sic) says -- did he (sic) say a
 4    federal case?
 5         Q    Yes.
 6         A    Can you repeat the question?
 7              MR. CARDENAL:  Can you read the question.
 8              (Thereupon, the question referred to was
 9              read by the reporter as above recorded.)
10    BY MR. CARDENAL
11         Q    The attorneys you are referring to, did they
12    assist you in the case that you have filed in federal
13    court?
14         A    I did it pro se.  I did some of them pro se,
15    some of them.  Some of them, I did pro se.
16         Q    Some of what?
17         A    I don't remember exactly.
18         Q    Are you saying, some cases, you did pro se, or
19    some specific filings were done pro se?
20         A    What is the difference between the cases
21    and -- what was the other word?
22         Q    Filings.
23         A    What would be the difference with cases?
24         Q    Lawsuits.
25         A    So "filings" are the motions?
```

Page 26

```
 1        Q     Yes.

 2        A     Okay.  I submitted the motions.

 3        Q     Did you have an attorney help you with any of

 4   those before you hired Ms. Valenzano?

 5        A     In the federal?

 6        Q     Yes.  Not bankruptcy and not the foreclosure.

 7        A     I don't remember right now.  I can't

 8   differentiate it in those terms.  It's confusing for me

 9   the way that he (sic) is putting it, and "cases" and

10   "filings."

11              What is that?

12              MR. CARDENAL:  Let me take a break.  I want to

13        talk to you.

14        A     Right now, everything ---

15              (Recess taken.)

16   BY MR. CARDENAL

17        Q     Have you ever filed for bankruptcy?

18        A     Correct.

19        Q     How many times have you filed for bankruptcy?

20        A     One Chapter 7.  One, two.  Two, that I can

21   remember.

22        Q     Have you ever filed a Chapter 11 bankruptcy?

23        A     Recently, yes.

24        Q     Have any of your companies ever filed for

25   bankruptcy?
```

Page 27

```
 1      A    No, not that I can remember.

 2      Q    Who is Bumble & Bumble, LLC?

 3           MS. VALENZANO:  Relevance.

 4      A    It's a company that sells products.

 5      Q    Is this the company that sued you earlier?

 6           MS. VALENZANO:  Relevance.

 7      A    Correct, of which that lawsuit was -- how do

 8  you call it?  I know, in English, it is dismissed.  In

 9  Spanish, what would be the translation?

10      Q    If you don't know a word in Spanish, you can

11  just say it in English, and she will translate the

12  English as what you just said.

13      A    Okay.  That is to say, I want to say that, in

14  that lawsuit, I wasn't at fault for anything, and it was

15  proved.  It was shown.

16           (A document was marked for identification as

17      Defendants' Exhibit 3.)

18  BY MR. CARDENAL

19      Q    I handed your counsel what has been marked as

20  Defendants' Exhibit 3.  Do you recognize that document?

21      A    What would he (sic) call this document?

22      Q    It's the mortgage.

23      A    Okay.

24      Q    Do you recognize that document?

25      A    Yes.  I have seen it somewhere.
```

Page 28

1      Q    Did you attach it as an exhibit to your

2  complaint?

3      A    If my attorney sent it to you and it's there

4  and he (sic) has it there, yes.

5      Q    Ms. Herrera, Exhibit 2, you testified you

6  drafted on your own and that you sent it to us.

7      A    Correct, I sent it.

8      Q    So, then you sent us a copy of this mortgage

9  attached to the complaint, not an attorney?

10     A    What I mean to say is that, if they have the

11  packet exactly as it was sent and you give it to me now

12  and it's there, well, it's there.

13     Q    Did you make all your payments under that note

14  and mortgage?

15     A    Can you repeat that again?

16     Q    Did you make all your payments under the note,

17  Exhibit 1, and mortgage, Exhibit 3?

18     A    Some payments were under the first mortgage

19  numbers, and others were done under other numbers that

20  they themselves changed, in which they were increasing

21  the value of the payment.

22     Q    Which other loan number are you talking about?

23     A    I'm referring to the same loan, but they would

24  send me different forms of payment with numbers for a

25  different loan.

Page 29

```
 1              (A document was marked for identification as
 2         Defendants' Exhibit 4.)
 3    BY MR. CARDENAL
 4         Q    Do you recognize what was marked as Exhibit 4?
 5         A    Does this say a $85,644.63 (sic)?
 6         Q    The portion of Exhibit 4 that begins, "This is
 7    a balloon mortgage, and the final principal payment or
 8    principal balance due upon maturity is $85,644.67."
 9         A    This is the second one or the first one?
10         Q    How many loans did you take out on this
11    property?
12         A    Just one.  But, supposedly, they told me it
13    was 80/20.  I don't know what that means.  When I went
14    to go do the closing, I didn't have anybody in Spanish
15    to explain it to me.
16         Q    Is that your address at the top of the page?
17         A    Correct.
18         Q    And is that your signature on page three?
19         A    Correct.
20              (A document was marked for identification as
21         Defendants' Exhibit 5.)
22    BY MR. CARDENAL
23         Q    Do you recognize this, marked as Exhibit 5,
24    the one in your hands?
25         A    (In English) It's not the same?
```

```
 1              (In Spanish) Excuse me.  It's not the same?
 2         Q    Do they look the same to you?
 3         A    (In English) It says mortgage.
 4              (In Spanish) It says mortgage.
 5              This is a loan, and this is another.  That's
 6    what I understand.  And this one, for how much is it?
 7              I don't see it.  I don't see which this is.
 8              Is this the big one?  I would imagine, because
 9    this is the little one.  Yes, this is the little one,
10    but here there is no amount set.
11              Oh, here it is.  Okay, so the big one and the
12    little one, yes, the loans.
13         Q    Is that your signature on page seven?
14              Sorry.  Not page seven.  Page four, the last
15    page four.
16         A    Why does this document, the one with the small
17    loan -- none of the pages are initialed.  Only the last
18    pages that I signed.
19              And, in this one, all of the documents are
20    initialed, in each one of the one, two -- the other one,
21    the other one, all of them, all of them, all of them.
22              And, if I look at this one, nothing.  Cut
23    here.  Here, I don't have any.  There's nothing.  There
24    isn't any, there isn't any, there isn't any.
25              Here, on the last page only, this one is not
```

1  initialed, not initialed, not initialed.  And only the

2  last page is signed.  Why?

3     Q    But is that your signature?

4     A    Only those two pages.  In a mortgage or a

5  loan, the bank does not allow that any of the pages be

6  handed in without each of them being initialed.  And it

7  even comes with a space to initial it.

8            And here, why?  It's not here.

9     Q    Okay.  But you do recall taking out two loans

10  or an 80/20 to purchase the property?

11     A    Before going to that question, is it possible

12  that Bank of America give me the papers that I signed in

13  this loan, initialed?

14     Q    Probably.

15            MR. CARDENAL:  We can take a short break.  Can

16        we get that printed?

17            MR. DIAZ:  Yes.

18              (Recess taken.)

19        (A document was marked for identification as

20        Defendants' Exhibit 6.)

21  BY MR. CARDENAL

22     Q    We are on 6.

23     A    Can I drink more water?

24     Q    Sure.

25     A    I came without having breakfast.

1    Q    So, we have marked a better printed version of

2    the mortgage, of the second mortgage, as Exhibit 6.  Do

3    you remember signing this document?

4    A    Excuse me.  I am still in the process of

5    looking at the paper that he (sic) handed me.

6         If you would, give me a little moment just to

7    look at it.

8    Q    Sure.

9    A    It's still not signed, initialed.  Sorry.  I'm

10   using my spit.  Excuse me.  Excuse me.  It's stuck.

11        It's not initialed, they're not, only the last

12   page, which is stuck to the document.

13   Q    In the lower left-hand corner ---

14   A    I would like for you to get me or give me the

15   other one that's initialed, the original.

16   Q    In the lower left-hand corner, are those your

17   initials?

18   A    No.

19   Q    But you recall getting two loans to purchase

20   this property in August of 2007?

21   A    What they call, which they told me, 80/20.

22   Supposedly, it was just one loan, but they divided it in

23   that manner.

24        But I would like to have the original document

25   for this loan, with this, with the initials, if it's not

Page 33

1  inconvenient.

2      Q    Why do you think that's important?

3      A    For me, it's important.

4      Q    Why do you think it's important?

5      A    According to my understanding, yes, it's

6  important.  I want to see the document that I signed,

7  which supposedly the bank -- I had to initial all of the

8  pages.  Otherwise, they wouldn't give the loan.  And I

9  did so.  So where is that document?

10     Q    Talking on the second loan, which is 4, and

11 this, did you make all of your payments under that loan?

12     A    Okay.  Before going on to that question, the

13 paper that I am asking for, is that going to be handed

14 to my attorney?

15     Q    Ms. Herrera, this is my opportunity to learn

16 what you know about the facts of this case and answer my

17 questions.

18          If you want that document, your attorney can

19 ask me about it and we can discuss it later.

20          So, going back to my question, did you make

21 your payments under that note and mortgage?

22     A    I made several payments, yes.

23     Q    Did you pay off the loan?

24     A    If I paid off the loan?

25          MS. VALENZANO:  Relevance to both questions.

1       A    Of that loan, I paid a lot of money.  Did I

2  pay it completely?  From my understanding, there was

3  some document I received from Bank of America saying

4  that I didn't owe money.  I don't know what that's

5  called.

6            Is it a satisfaction of the loan, something

7  like that, a paper?  It was a long time ago.

8            (A document was marked for identification as

9       Defendants' Exhibit 7.)

10      A    What is this?

11      Q    Do you recognize that letter?

12           MS. VALENZANO:  Counsel, did you include that

13      on the record as Exhibit 7?  Just want to make

14      sure.

15           MR. CARDENAL:  Uh-huh.

16      A    Did this have something to do with the Obama

17  law that was facilitating the, the -- what do you call

18  it -- the clients who were with Bank of America at that

19  time for the amount of money that Obama gave to Bank of

20  America to help the clients?

21           Is that why they -- is that why they did the

22  satisfaction of that?

23      Q    My question was, do you recognize that letter?

24      A    That's why I'm asking, because, if it's so,

25  then, yes, I understand the reason.

1       Q     We're not getting into reason.  The question

2    is, do you recognize that letter?

3       A     No, I don't remember it.  It's too long.  I

4    don't remember.

5       Q     Looking at the letter marked as Exhibit 7,

6    today, do you understand what it says?

7       A     By the content?

8       Q     Yes.

9       A     Yes.  Reading a little, up top, yes.

10      Q     And what is your understanding of the letter?

11      A     Well, the entire letter, I don't -- I would

12   have to start reading it.  Or, if you could, translate

13   it for me exactly in Spanish.  But, I am only looking up

14   here.

15           The rest, the letters that are written in bold

16   black, that's what I am reading.  Otherwise, I would

17   have to read the whole thing.

18      Q     Okay.  What is your understanding of the

19   bolded sentence?

20      A     Can you translate it for me, please.

21      Q     The sentence reads, "You will receive a full

22   forgiveness of the remaining principal balance of

23   $104,614.79 on your home equity loan account."

24      A     Okay.

25      Q     What is your understanding of that sentence?

```
 1       A    That the debt was forgiven for this, if I am

 2   correct.

 3            (A document was marked for identification as

 4       Defendants' Exhibit 8.)

 5   BY MR. CARDENAL

 6       Q    I am showing your counsel what was marked as

 7   Defendants' Exhibit 8.

 8       A    In Spanish, the charge, what does it mean, the

 9   charge?

10       Q    Earlier, you testified that you received a

11   satisfaction of mortgage.

12       A    My question is, why do they use different

13   words?

14            No, no, no.  The reason I am saying what does

15   the charge mean, it's because, in the questions, or in

16   the papers, they are written in different words.  And

17   sometimes it says the same, or it could be different.

18   That's why my question.  That's it.

19            MR. CARDENAL:  I wanted to clarify one thing

20       that she's saying.  She's not saying "the charge."

21       She's saying "discharge."

22       A    Yes, discharge.

23       Q    So I will repeat the question.

24            Earlier, you testified that you received a

25   satisfaction of mortgage for your loan.  Is this the
```

Page 37

1    document that you were referring to?

2        A    Correct.  Yes, correct.

3        Q    Going back to the first loan, the big loan

4    that you were referring to earlier, do you remember how

5    much that loan was for?

6        A    Exactly, exactly, the numbers, I would have to

7    look at the papers.  If this is the number, well, then

8    yes.

9        Q    Looking at the note and mortgage, does it

10   refresh your recollection as to how much you borrowed?

11       A    The note means this, right?

12       Q    The note is Exhibit 1, and the mortgage is the

13   other exhibit.

14       A    This is the little one.  Oh, no.  Okay, this

15   is the big one.

16            I don't understand why some of these papers

17   don't have any initials.  Only the last page is signed.

18   And in the big one, too.  Only this packet, it's called

19   mortgage loan, loan -- it's mortgage loan, right?

20       Q    Ms. Herrera, I can't answer questions for you.

21       A    I want you to translate.  I want you to

22   translate this.

23       Q    If you don't understand ---

24       A    No.  This one, her.

25       Q    She can't translate for you.  She can only

Page 38

1   translate your questions to me or my questions to you

2   and your answers to me.

3       A     Oh, excuse me.  I didn't know that.  Okay.

4             So, I have to ask you -- oh, okay.  Excuse me.

5             Okay, I was referring again, this same

6   document, where it says "interest only" ---

7       Q     Ms. Herrera, for your convenience, and to keep

8   the record clear, we have marked the exhibits with the

9   numbers at the bottom, on that green sticker.

10      A     Oh, okay.

11      Q     So, when you are referring to a document, if

12  you don't know exactly what to call it, you can refer to

13  it by the exhibit number.

14      A     Okay.  Thank you very much.

15            Okay, so then I refer again to Defendants'

16  Exhibit 1.  It doesn't have the initials either.

17      Q     But that's not the question.  The question is,

18  how much was the big loan for?

19      A     Perfect so far, but this is concerning to me,

20  me.  That is why what I signed here is bad.  It does

21  concern me.  Just, if it's possible, afterward, I would

22  like to have that document.  I would like to have the

23  one I signed.

24            Now, can you ask me a question, please.

25      Q     Looking at page four, is that your signature,

Page 39

1    on the note, on that exhibit?

2        A    In this last page where my signature is, in

3    this last page, simply, yes.  But the document, the rest

4    of the document, is not initialed by me.

5        Q    Okay.  How much was the big loan?

6        A    800 something.  I don't remember exactly.  You

7    would have to look.  800 and something.  If it says it's

8    865 and the papers have it, well, then, 865, yes.

9        Q    Did you make all of your payments under this

10   note and mortgage?

11       A    Under this note and this mortgage, I paid --

12   not exact numbers.  I'd have to go into it and look into

13   it, but I made a payment of 5,228 -- like three

14   something thousand and payments of 3600, 30 something,

15   like 79, $80,000.

16            Excuse me.  79,000 or $80,000.  Then another

17   increase, around 1,624.  I made like 20,000 some

18   payments in dollars.

19            I made substantial payments.  I made a lot of

20   substantial payments, yes, yes.

21       Q    Did you make your payments, your monthly

22   installment payments, under this loan?

23       A    Can you repeat that question?

24       Q    Did you make your monthly payments due under

25   this loan?

Page 40

1      A      Partially, yes.

2      Q      When did you stop making payments?

3      A      It would be opportune to check, that Bank of

4   America can check exactly, and we can have the real

5   numbers, because, from my head, like this, impossible.

6      Q      But you agree that you stopped making payments

7   at some point?

8              MS. VALENZANO:  Form.

9      A      Correct.

10     Q      Why did you stop making payments?

11     A      When I got this, they told me that the

12  payments were going to be one way.  And then, suddenly,

13  it increased.  That is to say, I never knew that it was

14  going to change later.  And, also, the economy.

15     Q      So, did you stop paying because you couldn't

16  afford the payments?

17             MS. VALENZANO:  Form.

18     A      For both reasons.  They increased the loan

19  quickly.  I didn't know.

20     Q      Okay.  Do you know why Bank of America raised

21  your payments?

22     A      No.  Really, no.  At that moment, no.

23     Q      Did you ever engage in loss mitigation with

24  Bank of America?

25     A      What does that mean?

Page 41

1        Q     Did you ever apply for a loan modification?

2        A     Correct, correct.

3        Q     When did you apply for a loan modification?

4        A     You would have to check the papers with them.

5    I don't remember.  I would prefer to know, if you'd

6    check, so we can talk about the exact things.

7        Q     Did you apply for a loan modification in 2012?

8        A     With whom?

9        Q     With Bank of America.

10       A     I don't remember if it was in 2012.

11       Q     Did you ever apply for a loan modification

12   with Bank of America in 2013?

13       A     With Bank of America, 2013, no, I don't

14   remember.

15             To ask for exact dates and things like that,

16   you would have to ask for papers from them to know.

17       Q     So, your testimony is that Bank of America has

18   all the evidence for all the facts for this case?

19             MS. VALENZANO:  Form.

20       A     Well, I asked documents from them, which they

21   haven't given me.  I don't know how to say it legally.

22   But, as far as all of the questions, too, I, like a

23   plaintiff -- I don't know how you say that -- I asked

24   for them, and they haven't given me the papers that I

25   asked for.

Page 42

1      Q     But that doesn't answer the question.

2      A     It's part of it.

3      Q     The question is, is it your testimony that

4    Bank of America has all the facts that support your

5    claim and its defenses?

6            MS. VALENZANO:  Form.

7      A     It must have them because they have the

8    original papers, the calls, everything.

9      Q     And you don't have anything?

10     A     I asked it from them first.  I have -- what do

11   you call it -- requested?  I don't know in Spanish.  I

12   don't know how I ask you then so that that word can be

13   translated.

14           Excuse me.  How do you -- it's with you that I

15   am talking.

16     Q     I can't answer your questions.  You are still

17   not answering my questions, but we will move on.

18           (A document was marked for identification as

19           Defendants' Exhibit 9.)

20   BY MR. CARDENAL

21     Q     Do you recognize what was marked as Exhibit 9?

22     A     One moment.

23           What was his (sic) question.

24     Q     Do you recognize the document that was marked

25   as Defendants' Exhibit 9?

Page 43

1      A    Yes.

2      Q    And what is this document?

3      A    Well, according to my understanding, mortgage

4  assistance.  I don't know in Spanish what they would

5  call it, the document.  Making home affordable.  I don't

6  know.  It doesn't have any name.  Making home

7  affordable, principal.

8      Q    But you do recognize the document?

9      A    Yes, the paper, yes.  I see it, but I don't

10 know what it's called.

11     Q    This is a request for mortgage assistance

12 under the Making Home Affordable Program.

13     A    Okay.

14     Q    Section one lists borrower.  Is that your

15 name, date of birth, social security number?

16     A    Yes.

17     Q    Is that your mailing address?

18     A    Yes.

19     Q    Is that your signature on page six?

20     A    Five.

21     Q    Where is your signature on page five?

22     A    One, two, three, four, five, six.  Excuse me.

23 Six.

24     Q    Yes, that is your signature?

25     A    Yes, yes, okay.

Page 44

1      Q     Looking at this exhibit today, does that

2    refresh your recollection of when you applied for a loan

3    modification with Bank of America?

4      A     I would have to look at the date.  3/20/11.

5      Q     Where do you see that?

6      A     On page three to seven.

7      Q     That paragraph, that box, reads, "Do you earn

8    a wage?  Borrower hire date."

9      A     Okay, there is another date here.  10/12/13.

10   I don't know which it would be then.

11     Q     Okay.

12     A     If it's this one ---

13     Q     Why do you believe that the March 2011 date

14   that is in the box that says, "Do you earn a wage?

15   Borrower hire date" is the date you applied for loan

16   modification assistance?

17     A     No, I'm not believing anything.  He (sic)

18   asked me that, if looking at the document, it refreshes

19   my memory about what date it was.

20           I'm looking at all of the dates that are here.

21   The first one I saw was that one, and I said it.

22           But, back here, there's another one that's

23   '13, so I don't know which it is.  Here, there is one

24   signed by Sergio Lanchera, 10/12/13.

25     Q     Okay.  Do you agree that, on page six, it has

Page 45

1   your signature, your social security number, your date

2   of birth, and the date you signed this document?

3       A    Okay.  One, two, three, okay.  On the third

4   page, I have 2011.  And the other page I signed, it says

5   10/12/13.  So which of the two is it?

6           MR. CARDENAL:  All right.  I think we will

7       take a break for now.

8           A half hour for lunch, and then we will come

9       back.

10          MS. VALENZANO:  Okay.

11              (Recess taken.)

12  BY MR. CARDENAL

13      Q    I am handing you what was marked as

14  Defendants' Exhibit 2.

15          When you initially filed the complaint, you

16  had nine counts against U.S. Bank, Rushmore, and Bank of

17  America.

18          As of today, you have three remaining counts

19  against Bank of America, all for violations of the

20  Florida Consumer Collection Practices Act, known as

21  FCCPA.

22          Do you understand what that means?

23      A    Yes.

24      Q    And what is your understanding of that?

25      A    Can you ask me that little question again?

Page 46

1     Q    What is your understanding of the fact that

2  you have three remaining counts against Bank of America

3  for violations of the FCCPA?

4     A    It's a violation for the calls.

5     Q    What is your understanding of U.S. Bank's role

6  with your loan?

7     A    Can you repeat that?  What is ---

8     Q    Why did you sue U.S. Bank?

9     A    Because of -- what do you call it?  Because of

10  harassing calls.

11     Q    But why U.S. Bank?

12     A    It was all three; Bank of America, U.S. Bank,

13  and Rushmore.

14     Q    Okay.  What is U.S. Bank's relationship to

15  your loan?

16     A    That's in the papers.

17     Q    That's fine, but I would like you to tell me

18  what you believe the relationship of U.S. Bank to your

19  loan is.

20     A    I don't know what to call it as a title, but I

21  know that Bank of America sold to U.S. Bank, or

22  transferred.  I don't know what you call it.  Because,

23  later, I received a paper that said that U.S. Bank is

24  now the bank that is responsible.

25           For years, I was dealing with Bank of America.

Page 47

1    Then it changed to U.S. Bank, Rushmore.  And it said

2    something about Truman.  But I never knew anything about

3    that in the beginning.

4              (A document was marked for identification as

5         Defendants' Exhibit 10.)

6    BY MR. CARDENAL

7         Q    I am showing your counsel what's been marked

8    as Defendants' Exhibit 10.

9         A    Of this paper, what is the question?

10        Q    I wanted to wait until you finished going

11   through it before I asked questions.

12             You corrected me last time when I asked early.

13        A    Okay.  The thing is, it's too many pages.

14   There's no time to read all of this.

15        Q    Well, we'll see if you have to read it all.

16   Do you recognize what has been marked as Defendants'

17   Exhibit 10?

18        A    What would you call this document?

19        Q    We call it a goodbye letter.  Have you seen

20   this letter?

21        A    I don't remember.

22        Q    Looking at it today and just reading the

23   beginning of the paragraph, beginning of the letter,

24   what is your understanding of that?

25             If you don't understand it in English, I will

Page 48

1    read the letter to you and have it translated, if that's

2    what you prefer.

3        A    Yes, please.

4        Q    "Dear Josefina Herrera, the servicing of your

5    home loan will transfer to Rushmore Loan Management

6    Services, LLC on January 21, 2014.

7              "Important information about the servicing of

8    your home loan:  On January 21, 2014, the servicing of

9    your above-referenced mortgage loan will transfer to

10   Rushmore Loan Management Services, LLC.  As of that

11   date, your new servicer, Rushmore Loan Management

12   Services, LLC, will support all your loan servicing,

13   including billing, payment processing, and customer

14   support."

15             Do you understand what that means?

16       A    Yes.

17       Q    And what is your understanding of that?

18       A    That the loan was changed to Rushmore.  That's

19   it.

20       Q    When did Rushmore become responsible for

21   servicing your loan?

22       A    Here, it says, in this paper, January 21st of

23   '14.

24       Q    Do you have any reason to believe that

25   Rushmore did not take over servicing for your loan on

Page 49

1    that date?

2        A    No, no.  Say it again.

3            MR. CARDENAL:  Can you repeat the question.

4            (Thereupon, the question referred to was

5            read by the reporter as above recorded.)

6        A    No.  The reasons, they are the ones who must

7    know them.  For me, it was a surprise that another

8    institution went in to get the loan.  I signed only with

9    Bank of America.

10       Q    Okay.  Do you understand that U.S. Bank and

11   Bank of America are two separate companies?

12       A    I don't know that because Bank of America

13   authorized U.S. Bank to call me and Rushmore to call me.

14   So, Bank of America must know if it is or isn't.  For

15   me, it was a surprise, so I didn't know.

16       Q    Do you believe that U.S. Bank is a separate

17   company from Bank of America?

18       A    I understand that it's not, given that Bank of

19   America authorized U.S. Bank.

20       Q    How did Bank of America authorize U.S. Bank to

21   call you?

22       A    Because, if U.S. Bank calls me, and I started

23   with Bank of America, it's because Bank of America

24   authorized U.S. Bank to call me.  Otherwise, why would

25   they call me?  I don't know.

Page 50

```
 1       Q     Earlier, you testified that Bank of America
 2  sold the loan to U.S. Bank.
 3       A     That's what the paper said.
 4       Q     But that was also your understanding?
 5       A     But it was at the end.
 6       Q     End of what?
 7       A     Of all of these things.
 8       Q     All of what things?
 9       A     I would say that of all of the things that
10  have been happening.  They have knowledge of that, too.
11       Q     Ms. Herrera, I am here to find out what you
12  know.  So what are all of the things?
13       A     I don't know.  They are the same things that
14  are in the papers.
15       Q     Do you mean the foreclosure?
16       A     No.  I don't remember.  That is to say, in my
17  head, I don't know.  I don't remember.
18       Q     On page two of your complaint, you alleged
19  that Bank of America is vicariously liable for the TCPA,
20  FDCPA and FCCPA violations of Rushmore Loan Management
21  Services.
22             What facts do you rely on to make that
23  allegation?
24       A     We are talking about the calls here, right,
25  the lawsuit over the calls?  All of that is concerning
```

Page 51

1   that.

2       Q    Why is Bank of America responsible for

3   Rushmore's alleged violations of these statutes?

4       A    Because Bank of America authorized U.S. Bank

5   and Rushmore to call me.  So, if one has nothing to do

6   with the other, then why would they call me?

7       Q    What facts do you rely on to allege that U.S.

8   Bank and Rushmore were directed by Bank of America?

9       A    Because Rushmore called me and said that they

10  were debt collectors and a bunch of other things that

11  they told me.  And I told them that I had an attorney,

12  and they said that that was -- that they had to say it,

13  that it didn't matter.  And he ended saying all of the

14  things that they say when they call.

15      Q    You said a lot in that answer, but none of it

16  was answering what facts you rely on to show that Bank

17  of America directed Rushmore to call you.

18      A    I will tell you again.  Bank of America

19  authorized U.S. Bank and Rushmore to call me because

20  they were the ones who called me, also, to tell me that

21  they were the ones who were going to take over, that

22  they were going to be the ones who would be calling.

23           That's why I am telling you, because it was

24  Bank of America.  They said it on the phone.

25      Q    So your testimony, to be clear, is that

Page 52

1    Rushmore told you that they were taking over the loan

2    from Bank of America and any further communications

3    would be with them?

4         A     When they called, they said that they are a

5    debt collector, that they had to call.  And I told them

6    I had an attorney, and they told me that that was --

7    what was the word that they used?  I don't know if it

8    was "protocol" or that they had to say it, but they were

9    the ones responsible to be calling now.

10             Before, Bank of America called me many times,

11   many times.

12        Q     Okay.  We'll get to that.  But you still

13   haven't answered the question of, when did Rushmore tell

14   you that they were calling you on behalf of Bank of

15   America?

16        A     Are you asking me, by coincidence, for one

17   day, one date?

18        Q     Sure, we'll go with one date first.

19        A     No, I don't remember that.  It's impossible to

20   remember when and where.  It's very difficult like that.

21        Q     Okay.  Did Rushmore ever tell you in writing

22   that they were servicing the loan on behalf of Bank of

23   America?

24        A     Does that have anything to do with the paper

25   that I saw here from Bank of America for the loan?

Page 53

1          Q     Similar.

2          A     I don't remember when.

3          Q     Looking at Defendants' Exhibit 10, the bottom

4    of the page says, "Answers to questions you may have."

5          A     This one?

6          Q     Yes.

7          A     Where?  What number?

8          Q     Defendants' Exhibit 10.

9          A     Yes, but ---

10         Q     There are no numbers on the page.  I'll get to

11   the question.

12                One of the questions says, "Where should I

13   make my home loan payments?"

14                The answer is, "You should continue to make

15   your monthly payment to Bank of America."

16         A     Excuse me, excuse me.  Can you mark here for

17   me which it is?

18         Q     Do you understand English or not, Ms. Herrera?

19         A     Can you mark for me which of it it is, because

20   I am trying to look for it and I don't find.

21         Q     I can mark it, but I am having the translator

22   here, at our expense, to translate the questions for

23   you.

24         A     Like he (sic) just told me, that I should look

25   at the end.

Page 54

1    Q    I am referring you to the page, but I will

2    read it to you, as I was doing.

3    A    Okay.

4    Q    So, the first one I wanted to look at is,

5    "Where should I make my home loan payments?"

6         The answer is, "You should continue to make

7    your monthly payment to Bank of America through

8    January 20, 2014.  You will begin making payments to

9    Rushmore Loan Management Services on January 21st,

10   2014."

11        Do you understand what that means?

12   A    Correct.

13   Q    What is your understanding?

14   A    That I would continue making the payments to

15   Bank of America, and then it would change to Rushmore.

16   That's what it says here, but...

17   Q    But what?

18   A    No, no, no, I didn't say -- I believe.

19   Q    What do you believe?

20   A    No, no, no.  Excuse me.  It was a little -- I

21   don't know in Spanish how you call it, but it was

22   nothing to answer there.  Excuse me.

23   Q    Just so that I have it clear in my mind, the

24   reason why you believe that Bank of America directed

25   Rushmore and U.S. Bank to call you is because Bank of

Page 55

1   America was calling you first, and then Rushmore and

2   U.S. Bank started calling?

3          MS. VALENZANO:  Form.

4      A   I don't understand where you are trying to go.

5   I don't understand.

6      Q   You don't have to understand where I am trying

7   to go.  You just have to understand the question.

8      A   I need to understand both things to be able to

9   answer.

10     Q   What cell phone numbers have you had since

11  October 23, 2013?

12     A   By date, I don't know.  Like that, I don't

13  know.  I understand that it was sent to you.  Those

14  documents were sent to you.

15     Q   How many cell phone numbers do you have right

16  now?

17     A   One.

18     Q   And what is that number?

19     A   561-674-2076.

20     Q   And how long have you had that number?

21     A   That's the telephone for the company.

22     Q   World Class Food Distributor?

23     A   Correct.

24     Q   Do you have a personal cell phone?

25     A   No, not right now.  But, what I have, it's

Page 56

1    allowed for me to use.  And that's the number that I

2    have given to everyone, for them to call me, including

3    all of them.

4         Q    What do you mean "all of them"?

5         A    The institutions we are talking about right

6    now.

7         Q    So, you gave Bank of America the number ending

8    in 2076 to call you?

9         A    Personally, me, I understand that they went in

10   the documents because this telephone doesn't have a lot

11   of time.  It was in the documents, even in some of the

12   documents that were passed over to him (sic) by email --

13        Q    I understand that you may have ---

14        A    -- to have a conference, a conference that you

15   and I had.  For that reason, also, you have the number.

16        Q    Okay.  Before the litigation began, so

17   October 23, 2015 -- sorry -- October 13, 2015, did you

18   have this number?

19        A    What date?

20        Q    October 13, 2015.

21        A    13th of October of 2015, I don't remember.

22   You would have to go to the company and check.  No, no,

23   I don't remember it like that.

24        Q    Did Bank of America ever call you at that

25   number?

Page 57

1        A     From what I understand, yes.

2        Q     And what is that based on?

3        A     2706?  2706?  I am trying to remember to see.

4    But, like that, like that, I don't remember exactly.

5              Like that, it's really difficult to say with

6    any exactness who called, when they called.  But, if we

7    do a -- what do you call that?  What do you call that?

8              We could check the phones and, there, it comes

9    out who called, who didn't call, in the recording, who

10   said it, who didn't say it.  There, we could check.

11       Q     Do you understand that it is Bank of America's

12   position that it never called you from October 13, 2013

13   through October 13, 2015 to collect a debt?

14       A     At that time -- what do you call it?

15             As a plaintiff, I asked Bank of America for

16   the recordings, the incoming calls and the calls, and

17   they never gave me the documents.  And they have them,

18   so, there, we could show all that.

19       Q     So, if those documents that were provided show

20   that there were no debt collection calls, from

21   October 13, 2013 through October 13, 2015, would you

22   agree that there is no evidence to show that a debt

23   collection call was made to you in that time period?

24             MS. VALENZANO:  Form.

25       A     I deny that because me, as a plaintiff, I

1   asked them -- oh, how do you call it -- to supply that

2   evidence.  And they have them.

3       Q    So, your position continues to be that Bank of

4   America has all the evidence to support your case?

5           MS. VALENZANO:  Form.

6       A    Correct.  They called me.

7       Q    And you have nothing outside of Bank of

8   America's records to show that you were called by Bank

9   of America?

10          MS. VALENZANO:  Form.

11      A    Repeat that question.

12      Q    Do you have anything, besides Bank of America

13  records, to show that you were called by Bank of America

14  to collect a debt between October 13, 2013 and

15  October 13, 2015?

16      A    With dates and days, I can't say it.  We would

17  have to -- again, I am telling you, we would have to

18  check with Bank of America, the calls that they made,

19  that they present all of the calls.  And that's it.

20      Q    Okay.  In October of 2013, what cell phone

21  numbers did you have?

22      A    By years, I don't know.  I can't tell you by

23  years, this one, this one.

24      Q    Why not?

25      A    It's too many things.  I'd work very hard to

1   be thinking about that.  That's the truth.

2        Q      In November of 2013, what cell phone numbers

3   did you use?

4        A      If you would ask me better which were the ones

5   I used without specific years, okay, I could tell you.

6              But, if you tell me such a date, such a date,

7   such a date, I would have to go, or we would have to go,

8   to the company and check it, exactly which years it

9   would be.

10       Q      What cell phone numbers did you use in

11  December of 2013?

12       A      I don't have -- I don't know.

13       Q      What home phone numbers did you use in

14  October 2013?

15       A      I will tell you again.  I don't know what

16  year.  I don't remember it by year.  But, number,

17  exactly, no, no.  Exactly, no.  I would have to go to --

18  I don't remember the numbers exactly because -- go

19  ahead.  Excuse me.

20       Q      Do you have a landline today?

21       A      Now, no.  They don't use that anymore.

22       Q      What was the last home landline that you used?

23       A      The only thing I remember right now is the

24  prefix of 954.  For the other numbers, I would have to

25  look.

```
                                              Page 60
```

1          In these times, and even back, you don't
2    remember numbers.
3         Q    Did you change numbers often?
4         A    No, no, no.
5         Q    How many different cell phone numbers have you
6    had since 2010?
7         A    Let's say that -- excuse me.  305 ---
8         Q    Could you slow down, please.  The interpreter
9    needs to interpret.
10        A    Oh, excuse me.  305-458-7525.
11        Q    And is that a cell phone?
12        A    Yes.
13        Q    And when did you use that cell phone?
14        A    Excuse me.  Again?
15        Q    When did you use that number?
16        A    The specific, exact time, I can't tell you
17   exactly, but that I used it and Bank of America called
18   me many times, many times.
19        Q    How many times did they call you to that
20   number?
21        A    Many.
22        Q    How many?
23        A    Exactly, we could check the records at Bank of
24   America.
25        Q    My records show zero phone calls on this loan

Page 61

1    to collect a debt from October 2013 through
2    October 2015.
3         A    We would have to check the records.
4         Q    What records?
5         A    Check the company directly.
6         Q    What company?
7         A    AT&T.  AT&T.
8         Q    Did you ever tell Bank of America to stop
9    calling you on your cell phone?
10        A    Correct.
11        Q    How did you tell Bank of America to stop
12   calling you on your cell phone?
13        A    That I had an attorney at that time and that
14   they couldn't call me.
15        Q    When was this?
16        A    I don't remember exactly, but I do remember
17   having said it.
18        Q    Was it in 2015?
19        A    I don't remember with dates.  I would like to
20   be able to answer that with dates, but, no, honestly, I
21   don't remember.
22        Q    Was it in 2014?
23        A    I don't know.  I don't remember.
24        Q    Was it in 2013?
25        A    I would like to be able to answer your

1    question, but, truthfully, we would have to go to the

2    papers and look, go to the Bank of America records that

3    are there.  It's easy.

4        Q    Who is Pratik Shah, P-R-A-T-I-K S-H-A-H?

5        A    No, no, I don't recognize that.  I don't know.

6    I don't know.  What is that?

7        Q    If we look at paragraph 25 of your complaint,

8    it reads, "Pratik Shah to negotiate with Rushmore Loan

9    Management Services under the direction of Bank of

10   America, N.A. and U.S. Bank, N.A. on or about

11   September 25, 2015."

12            Who is Pratik Shah?

13       A    According to my understanding, that gentleman

14   is with Bank of America, I believe, I believe, I

15   believe.

16       Q    Why do you believe Pratik Shah is with Bank of

17   America.

18       A    I understand -- oh, excuse me.  Excuse me.

19   Sometimes I get ahead of myself.

20            If I am remembering correctly, my attorney,

21   Jeanne Siegel (phonetic), was negotiating with this

22   gentleman.

23            I don't know if that's the correct

24   pronunciation, but I remember something about that, yes,

25   that there was negotiating for the short sale, if I am I

Page 63

```
 1   am remembering correctly.
 2           I don't want to say something that's not --
 3   but I understand that it is.  I believe it's written in
 4   a different manner here.
 5       Q    Why did you spell it that way?
 6       A    Because I don't understand English well and I
 7   write it as it sounds sometimes, sometimes.
 8       Q    On page 12 of your complaint, Count V,
 9   Violation of Florida Consumer Collection Practices Act
10   ---
11       A    I'm lost.  Excuse me.
12       Q    Page 12.  The page number is right at the top
13   of the page.
14       A    What number?
15       Q    "Count V, Violation of Florida Consumer
16   Collection Practices Act, by asserting the existence of
17   some other legal right" ---
18       A    Excuse me.  I'm on page 12.  Oh, up top.
19       Q    -- "some other legal right, when such person
20   knows that the right does not exist."
21       A    Since I got lost right now, he started
22   halfway, I would like to be able to start again to get
23   the complete translation.
24       Q    "Count V, Violation of Florida Consumer
25   Collection Practices Act, by asserting the existence of
```

Page 64

```
 1    some other legal right when such person knows that the
 2    right does not exist."
 3         A    What's the question?
 4         Q    I want to get to the question.  I just wanted
 5    to make sure you were looking and understand.
 6              Just to confirm, you don't understand English,
 7    but you drafted this complaint?
 8              MS. VALENZANO:  Form.
 9    BY MR. CARDENAL
10         Q    What right did Bank of America attempt to
11    assert?
12         A    I understand that those rights do exist.
13         Q    What rights?
14         A    The ones that people have in order not to be
15    bothered in a way that is persistent, that harms you,
16    and knowing that I had an attorney.
17         Q    That's not what that count is about.  This
18    count that you drafted and are alleging that Bank of
19    America violated alleges that Bank of America attempted
20    to enforce a right that it knew did not exist.
21              What right did Bank of America attempt to
22    enforce?
23         A    No, no, I don't understand.  I am getting
24    confused.
25         Q    With what?
```

1        A     In the way to answer you.

2        Q     Paragraph 63 says, "Rushmore Loan Management

3    Services, U.S. Bank, N.A. and Bank of America, N.A. have

4    added illegal amounts to the balance of the judgment

5    through their force-placed insurance."

6        A     What's the question?

7        Q     Why was it illegal for Bank of America to

8    purchase insurance for your property?

9        A     I was paying for my insurance too at the same

10   time, and they were asking for copies of the insurance.

11   And the broker, Angel, would send copies of the

12   insurance that I had.  And, at the same time, they were

13   saying they were also going to put another one.

14            So, if I had one, and, for many years, too,

15   the insurance, I didn't stop paying it until a very

16   short time.

17            I had insurance for many years.  And they

18   would call Angel to send him a copy, and he would send a

19   copy and send a copy.  And I would ask Angel, "What's

20   happening?"  And he would say that those people from

21   Bank of America didn't know what they were doing because

22   they would send it to the fax number that they said to

23   show proof, that, yes, I was paying for the flood and

24   the insurance.  And that's all documented up to when I

25   was paying.

1       Q       When did you stop paying?

2       A       I don't remember exactly, but the papers are

3   there.

4       Q       So, you have the papers to show when you

5   stopped?

6       A       It was sent to you.

7       Q       Which papers?

8       A       The copies of the insurances that were paid.

9   Bacon Insurance Group (phonetic), I believe it's called.

10  I believe it's there.  They sent the copies with the

11  paper in front where it said to whom -- excuse me -- to

12  whom, to whom ---

13          And what did that paper say?  Also, the name

14  of Bacon Insurance (phonetic) and the total of what I

15  paid, which was 3,006 something.  And sometimes I would

16  pay 3,200 and something.

17          That's there.  That's there.

18      Q       When did you stop purchasing insurance?

19      A       I don't remember the exact date, but I do

20  understand that I paid for a lot of insurance.

21      Q       But you did stop paying at some point?

22      A       Correct.

23      Q       Do you remember what your coverage period was?

24      A       What do you mean?

25      Q       Do you understand that insurance policies

Page 67

1   cover you for a year?

2        A     Correct, yes.

3        Q     And they start on one date and end the next

4   year?

5        A     Correct.

6        Q     Do you know when your insurance policies

7   began?

8        A     When I bought the house, yes.

9        Q     So when did they begin?

10       A     We can look at the papers.  I am not very good

11  with dates.  But, if we look at the papers, when it says

12  there, because I can't have a loan if I don't have

13  insurance.

14            So, on the same date that it says on the loan,

15  the same date, I had my insurance.  And, if we do --

16  what do you call it -- a prorate from that date until

17  the end of the year with the same date and the same

18  month, that's the insurance.  And the next year, the

19  same thing determines it, the same, but it was many

20  years, yes.

21       Q     Did you have insurance in 2007?

22       A     If it's the date that begins with the purchase

23  of the house, yes.

24       Q     Did you have insurance in 2008?

25       A     '07, '08, I understand that, yes.

Page 68

1      Q    Did you have insurance in 2009?

2      A    If I am remembering correctly, from my

3  understanding, yes.

4      Q    Did you have insurance in 2010?

5      A    In 2010, '07, '08, '09, you would have to look

6  at the papers, but, I believe so, yes.

7           There was one year or two years that I had my

8  insurance and you, at the same time, got another

9  insurance.  I don't know why.

10      Q    Did you have insurance in 2011?

11      A    I would have to look at the papers, honestly.

12      Q    Did you have insurance in 2012?

13      A    I don't remember.  But, with a little phone

14  call to Angel, who was my agent, it would be easy to

15  answer that.

16      Q    Did you have insurance in 2013?

17      A    I don't remember, truthfully.  I would have to

18  look, call.  Or you can look.  It should be there.

19      Q    Okay.

20      A    Although, simultaneously, you got insurance,

21  and I also continued paying for it, correct.

22           (A document was marked for identification as

23           Defendants' Exhibit 11.)

24  BY MR. CARDENAL

25      Q    I am showing you what is marked as Defendants'

1   Exhibit 11.  The question is going to be, do you

2   recognize that document?

3       A     The name of the loan, I don't know which it

4   is.  I believe that it ends in '21, and this one -- no,

5   I don't know.

6             Could he (sic) tell me which this belongs to?

7       Q     This belong to the note and mortgage that we

8   have been discussing today.

9       A     Yes, but there are two.  I know that one ends

10  in 2/21.  And which is this one for, the small one?

11      Q     Do you recognize it in the context of either

12  loan?

13      A     I don't remember having seen these papers with

14  so many -- with so much money.

15      Q     What do you mean "so much money"?

16      A     This here (indicating).

17      Q     I will hand you a pen.  Can you circle what

18  you are referring to?

19      A     Here.  I am going to put all of it.

20      Q     You don't recognize, or you don't remember?

21      A     No.  I have never seen this paper.  Since I

22  have always had my insurance, this document, I have

23  received (sic).

24      Q     You have received or have not received?

25      A     I haven't seen it.

Page 70

1      Q     Okay.

2      A     That's for the insurance, right?

3      Q     Yes.

4      A     That's why I always had my insurance.

5      Q     Until you stopped.  But you don't remember

6    when you stopped?

7      A     No, right now, I don't remember.

8      Q     But, if you called your agent, you would

9    immediately know?

10     A     He should know it, if he goes into the system.

11     Q     So, it would be pretty easy for you to get

12   that information?

13           MS. VALENZANO:  Form.

14     A     I would have to call.

15     Q     Is it hard for you to call him?

16     A     I don't know.  It's been a long time since I

17   spoke to him, so...

18     Q     Why has it been so long since you have spoken

19   to your insurance agent?

20     A     Because, the last time, he told me that Bank

21   of America got my insurance, and I had paid.  And nobody

22   returned me money, so I had insurance two times, because

23   that's for the entire year.

24     Q     So, do you have any documents in your

25   possession that show that you had insurance from August

Page 71

1   17, 2013 through August 17, 2014?

2        A    No, I don't remember.

3        Q    Did you send any documents to Bank of America

4   showing that you had insurance from August 17, 2013

5   through August 17, 2014?

6        A    In that case, Bank of America has to check.

7   They have to check with my agent because they were

8   already speaking directly to him.  And they said that,

9   my insurance, they had taken it, so I don't know.

10       Q    Earlier, you said that you wouldn't get a loan

11   if you didn't have insurance.

12       A    When I bought the house, correct.

13       Q    Is it your understanding that you have to

14   continue to maintain insurance while you have the loan?

15       A    Correct.

16       Q    Do you know what would happen if you stopped

17   buying insurance?

18       A    In this case specifically, where I was paying,

19   without stopping the insurance, the reason why I stopped

20   was because they went to my insurance company and they

21   take over the -- what do you call it?

22            The agent told me that they had endorsed them,

23   uh-huh, Bank of America.  So I was paying 3,000

24   something, 3600 something dollars.  And, at the same

25   time when they called me from the insurance, Bank of

Page 72

1    America had put an insurance for 7,000 something

2    dollars, which is why, for the same, the same, the same

3    coverage, I was paying 3600 something.

4        Q    Okay.

5        A    So I don't know.

6        Q    Paragraph 66 of your complaint, page 13,

7    "Defendants violated Section 559.729 by asserting the

8    existence of some other legal right, when such person

9    knows that the right does not exist, including, but not

10   limited, dual tracking, harassing the plaintiff via

11   calls to her cell phone, and going around counsel."

12           What does dual tracking mean to you?

13       A    Well, the calls to my cell phone and the calls

14   to the landline.

15       Q    That's dual tracking?

16       A    Part of it.

17       Q    What else?

18       A    In consequence of that call, I had to go to

19   the hospital.  Too much stress.  I spent almost a month

20   when I couldn't walk.  That's part of that.

21       Q    That's part of dual tracking?

22       A    I understand so, yes.

23       Q    And what do you base that understanding on?

24       A    I don't understand.

25       Q    Why do you believe that those examples you

Page 73

1    just gave me are dual tracking?

2        A    Because, because it's not limited.

3        Q    Well, no.  The existence of some other legal

4    right is not limited, but I want to understand what the

5    dual tracking is.

6             I didn't make up the language.  You are the

7    one who drafted this and used it.

8        A    Because I think in Spanish.  I think in

9    Spanish, and I try to put it in English, and it's a

10   little bit complicated.

11       Q    So, what were you trying to say in Spanish

12   here?

13       A    That the calls, whether they were via cell

14   phone or via landline, they damaged me the same way.

15       Q    Okay.  So, to be clear, to you, dual tracking

16   is calling your cell phone and calling your home phone?

17             MS. VALENZANO:  Form.

18       A    It includes that, but it's not limited to it.

19       Q    So, what else is included in dual tracking?

20       A    Anything that is related to the calls and that

21   could affect me.

22       Q    Okay.  Did Bank of America try and enforce a

23   debt against you?

24       A    I don't understand.

25       Q    Did Bank of America try and enforce a debt

Page 74

```
 1   against you?
 2        A    Enforce a debt to obligate?  Is that what you
 3   mean?
 4        Q    Did Bank of America try and collect against
 5   you?
 6        A    Correct.
 7        Q    When did Bank of America try and collect
 8   against you?
 9        A    I don't remember the exact date, no.
10        Q    Did Bank of America have the right to collect
11   against you?
12        A    As long as I had an attorney, no.  They would
13   have to contact my attorney.
14        Q    I am not asking if they contacted you.  I am
15   asking, did they have a right to collect payments from
16   you?
17        A    Correct.
18        Q    When was the foreclosure action filed against
19   you?
20        A    I don't remember when.
21        Q    Was it in 2010?
22        A    I don't remember exactly.
23        Q    Was it in 2011?
24        A    I believe I saw in one of those papers, one of
25   the papers that you showed, that it said about a
```

Page 75

1    modification in 2011, when there were two different

2    dates.  One of them said 2011.  The other one said 2013.

3    So I don't know which exactly it was.

4         Q    Did Bank of America file the foreclosure in

5    2012?

6         A    I don't know what date it was.  But, in the

7    one, the paper said, legally, yes, it would be that

8    date.

9         Q    Did Bank of America file a foreclosure in

10   2013?

11        A    Filed?  What do you mean?

12        Q    I have asked the same five questions in a row.

13   You understood the first five.

14        A    Excuse me.  The thing is, you tell me one

15   thing with -- oh, excuse me.  I'm asking you for a

16   thousand pardons, really.  This way of talking in

17   Spanish and English, sometimes I interrupt without

18   meaning to.  It's not on purpose.  So I am going to try

19   my best.  Please, ask me the question again.

20        Q    The question was, did Bank of America file a

21   foreclosure against you in 2013?

22        A    Exactly the date, no, I don't remember.  But,

23   if Bank of America put it and it is in the records, yes.

24   But I don't remember the date.

25        Q    Okay.  The next count against Bank of America

Page 76

```
 1    is on page 13, and is titled by you, "Count VI,
 2    Harassment in Violation of the Florida Consumer
 3    Collection Practices Act."
 4         A    Excuse me.  Page?
 5         Q    13.
 6         A    Okay, where are we?
 7         Q    Bottom of the page, Count VI.
 8         A    Okay.
 9         Q    How did Bank of America harass you between
10    October 2013 and October 13, 2015?
11         A    Are you still on the same page?
12         Q    I am asking a question.
13         A    Oh, but the question is not here.
14         Q    Your complaint states, in paragraph 68, "By
15    continuing to harass plaintiff via non-emergency calls
16    to her cellular telephone, going around counsel, and
17    dual tracking, defendants willfully engaged in conduct,
18    the natural consequence of which is harass."
19              How did Bank of America harass you between
20    October 13, 2013 and October 13, 2015?
21         A    Because, according to what I understand, that
22    if U.S. Bank is authorized by Bank of America for me, it
23    has the same consequence.  It has the same
24    authorization.  It has the same right.  It has the same
25    -- for example, Bank of America authorizes U.S. Bank or
```

1   Rushmore.  That means the same institution.  That means

2   not institution as such, because they each have a

3   different name, but, yes, Bank of America authorizes or

4   transfers the same rights Bank of America had.  So that

5   means then it's the same connection, and all of them

6   have the same responsibility.

7        Q    Okay.  So, to clarify, Bank of America

8   directly didn't harass you during that time period, but

9   you allege --

10            MS. VALENZANO:  Form.

11       Q    -- that U.S. Bank and Rushmore did.  And

12  because they were all collecting on the same loan, or

13  working with the same loan, they are all responsible for

14  each other?

15            MS. VALENZANO:  Form.

16       A    Okay.  Can you ask that question again?

17            (Thereupon, the question referred to was

18            read by the reporter as above recorded.)

19       A    My answer that I gave was for the question

20  that you asked.  I understand that, yes, Bank of America

21  is responsible, as much as U.S. Bank.

22            When they did it, you would have to check in

23  the papers.  I don't remember.  It's been too long.

24       Q    Your last count, on page 14, that still counts

25  or is still pled against Bank of America, alleges that

Page 78

1    Bank of America attempted to collect a debt from you

2    when you had counsel.

3            That's one of the allegations you are making

4    against the bank.  Is that correct?

5        A    Could he or could she ask the question again

6    (sic).

7        Q    I will rephrase it.

8        A    Okay.

9        Q    One of your allegations is that Bank of

10   America violated the FCCPA because it communicated with

11   you directly between the dates of October 13, 2013 and

12   October 13, 2015 in order to collect a debt.

13       A    I don't remember the exact dates.

14       Q    Was it before October 13, 2013?

15       A    I really don't remember.  They are dates.  To

16   remember like that, it's very difficult, by date, like

17   that.

18       Q    How would you feel if someone sued you and

19   just couldn't remember any of the facts, any of the

20   dates related to any of the actions going on under the

21   lawsuit?

22       A    The same way that I feel when I ask for Bank

23   of America in the interrogatories of the calls that they

24   had to give me, and, knowing that they have everything,

25   they say they don't have it.  It's the same situation

1  how I feel.  I feel bad.  I understand their position.

2  And, in my case, it's because, truthfully, I don't

3  remember exactly dates, years.

4          If the papers are there, if he (sic) wants to

5  know the dates and all that, then papers have been sent

6  to them.

7          The papers are in the records.  The phone

8  companies have everything.  Their phones, from them,

9  from all the banks, when they made calls, all of the

10  calls there are.  It's easy.

11          So, of course we feel bad, both parties.  I

12  would like to be able to answer like he (sic) wants me

13  to, but, truthfully, I don't remember exact, as the

14  question.

15      Q    How many times did Bank of America contact you

16  instead of contacting your attorney?

17      A    Many times.

18      Q    How many times?

19      A    Exactly, I don't remember, but many times.

20      Q    Was it more than a hundred?

21      A    Correct.

22      Q    It was more than 200?

23      A    Correct.

24      Q    Between October 13, 2013 and October 13, 2015,

25  Bank of America contacted you, instead of your attorney,

Page 80

1    over 200 times?

2         A      With amounts and dates, I don't remember.

3    What I do remember is having picked up the phone and

4    answering to Bank of America, answering all of them when

5    they were telling me that it was an attempt to collect a

6    debt, and a bunch of other things there that I don't

7    remember, but that they used, and I did say that I had

8    an attorney.

9         Q      Did Bank of America ever contact you in other

10   ways, besides phone calls, when you had an attorney?

11        A      I don't remember.

12        Q      I want to play a recording for you.

13              THE INTERPRETER:  How do you want to do this?

14              MR. CARDENAL:  Let's go off the record for a

15        second.

16              (Off the record.)

17              MR. CARDENAL:  So we're going to play it once,

18        without interruption.

19              MR. DIAZ:  With no translation.

20              MR. CARDENAL:  With no translation.

21              (Thereupon, a recording was played, without

22   translation.)

23              "Hello.

24              "Yes, hello.  May I please speak to

25   Ms. Josefina Herrera.

Page 81

```
 1              "Who is this?

 2              "My name is Gabriela Quesada with Bank of

 3   America.

 4              "Yes, it's me.

 5              "Hello.  May I ask, do you have a chance to

 6   speak with me?

 7              "Yeah, Sure.

 8              "Terrific.  For security, can I have you

 9   verify your complete name and last four digits of your

10   social security number.

11              "Well, I really don't like stuff like that

12   without being sure that you are from Bank of America.

13              "Okay.  Well, if you'd like, you can call me

14   back at your earliest convenience, if you don't feel

15   safe.  That's not a problem.

16              "Do you have a -- do you have an extension

17   that I can reach you?

18              "Yes.  I can give you my direct number.

19              "Okay.  Hold on.  Let me write it down.  Okay,

20   what is the number?

21              "1-800.

22              "1-800.

23              "669.

24              "669.

25              "6650.
```

Page 82

1                "6650.

2                "That's my direct number.

3                "And your name is?

4                "Gabriela Quesada.

5                "Gabriela Quesada.

6                "And I'm here 8 a.m. to 4:30 pm, pacific

7     standard time, Monday through Friday.

8                "And you are from what department?

9                "I'm a customer relationship manager here at

10    Bank of America.

11               "Customer relationship.  You are the one in

12    charge of the packages that I sent for the modification?

13               "You know, I'm not able to further discuss,

14    unless I can authenticate you.  Did you want to complete

15    the authentication, and then we can move forward?

16               "Let me call you back right away, because I

17    received a letter here.  And, since the beginning, you

18    guys tell me -- how you call it, like that (Speaking in

19    Spanish) -- a principal reduction.  And you sent me a

20    letter that way, and I signed it, all the documents, and

21    now I don't understand.  I went to see somebody from

22    Bank of America, too.  So there's two parties working on

23    my modification, I understand, and now there's something

24    wrong.  I don't understand what's going on.

25               "I understand, Ms. Herrera, but I'm not able

Page 83

1   to discuss further, unless I can authenticate you.  If

2   you want to give me a call back, I am her to talk to

3   you.

4               "Yeah, I am going to call you right now.

5               "Okay.  Thank you."

6   BY MR. CARDENAL

7       Q    I saw during that recording that you nodded

8   your head as if you understood what that conversation

9   was.

10      A    It said something about a reduction to the

11  principal, correct?

12      Q    "Principal reduction" is the only part of that

13  conversation you understood?

14      A    Correct.

15      Q    Was that your voice?

16      A    Correct.

17      Q    So you spoke English on there for almost two

18  minutes until the word "principal reduction."  And only

19  "principal reduction" is the part that you understand?

20      A    If you listen to the recording again, it says

21  that I don't understand very well, please repeat it, and

22  I was also asking my son, Joshua, what it meant in

23  English.  I asked him in Spanish to able to say it in

24  English.  It's because I don't understand everything

25  completely, exactly.  But, if I read it and I stop, I go

Page 84

1    on Google and I check, or sometimes he gives it to me

2    backwards, but then I get the sense of it, and I try to

3    resolve it, like every citizen in this country.

4         Q    Okay.

5         A    Of course, I liked the principal reduction.  I

6    liked it, and I thought it was true, because I received

7    a paper from you.

8         Q    Did you receive a paper regarding principal

9    reduction on the loan we are here about today?

10        A    I understand that it says there, when they

11   called me, that it's related to a paper that says

12   principal reduction.  I understand that that was the

13   reason for that call.

14        Q    So, the reason for that call, according to

15   you, from what you understand, is that it was related to

16   a principal reduction?

17        A    That's what I understand, I believe.

18        Q    Okay.

19        A    Remember that, in conversations like this, the

20   translation that I do in my mind, from English to

21   Spanish, perhaps it's not translated the same way,

22   although, later, I can try to put the idea together.

23             Excuse me.

24             MR. CARDENAL:  Okay.  I think we are going to

25        play the recording again, and I will start and stop

Page 85

```
 1       when you tell me, when you, the interpreter, tells
 2       me.
 3            THE INTERPRETER:  If you just play the whole
 4       thing and let me do it simultaneously, that will be
 5       the best way to do it.
 6            (Off the record.)
 7            MR. CARDENAL:  I'm going to play the recording
 8       again and our interpreter is going to give a
 9       simultaneous translation of it as it goes.
10            (Thereupon, the recording was played again,
11  with translation.)
12  BY MR. CARDENAL
13       Q    Did you understand the conversation now?
14       A    Yes.
15       Q    Okay.  Do you remember that phone call?
16       A    Yes.
17       Q    Why do you remember that phone call?
18       A    Because I just heard it.
19       Q    Did you have an attorney at that time?
20       A    I don't remember.
21       Q    Do you know when that phone call was?
22       A    I believe it is mentioned there about a
23  modification package, if I'm not -- if I didn't hear
24  wrong or if I didn't interpret what you said, your
25  translation.
```

1      I believe it mentions a modification packet,

2  so it has to be during that time when the modification

3  was done.

4      It would be easy for Bank of America to check

5  its documents and look.  Because, truthfully, by memory,

6  I don't remember.

7      Q    I am going to go back quickly to Exhibit 9.

8  The first box on the request for mortgage assistance is,

9  "Do you earn a wage"?

10      A    Where is that?

11      Q    I can circle it, if you want.

12      A    Because the letters are so small.

13      Q    Are you reading it at the same time?

14      A    I am looking, yes.  Remember that I told you

15  that, when I have the documents in front of me, I can go

16  and interpret them.  And when they go into my mind in

17  Spanish and I translate exactly what you are trying to

18  tell me, that's something else.

19      Q    Okay.  So, that box that I circled, that asks,

20  "Do you earn a wage?"

21      A    Correct.

22      Q    And it says, "Borrower hire date," and it

23  says, "03/2011."

24      A    Oh, it's handwritten.  Yes.

25      Q    What job did you have in March of 2011?

```
                                                Page 87

 1              MS. VALENZANO:  Relevance.

 2      A    With what company?  I don't remember.

 3      Q    Who were you working for in 2011?

 4      A    '11, '12, I don't remember.  I don't remember

 5  exactly.

 6      Q    Who were you working for in 2010?

 7              MS. VALENZANO:  Relevance.

 8      A    I don't remember like that.  I don't know what

 9  you call it.  I don't remember exactly.

10              MR. CARDENAL:  Let's take a break.

11                  (Recess taken.)

12      Q    Okay.  Ms. Herrera, are you ready to go?

13      A    Yep.

14      Q    All right.

15           Were the other phone calls that you had with

16  Bank of America like this phone call?

17      A    I don't remember.

18      Q    Were your phone calls with Rushmore like this?

19      A    Saying the same things?  No, they weren't the

20  same.

21      Q    The Rushmore calls weren't the same as this?

22      A    No, of course not.

23      Q    Were the other Bank of America calls like

24  this?

25      A    I understand that there are several different
```

Page 88

1    -- it's different ways they talk in, so I don't know

2    which right now specifically.

3         Q    Were the other phone calls in October of 2013

4    like this one?

5         A    I don't know what date they were made in.

6    They were done, but I don't know when.  You would have

7    to look, right?

8         Q    Why didn't you tell Bank of America that you

9    had an attorney?

10        A    In which?  This call?

11        Q    In this call.

12        A    In this call, you would have to play it again

13   to say why not.

14        Q    Okay.  Do you need it in Spanish, or do you

15   want it as it sounds?

16        A    No.  You can tell me in Spanish.

17             MR. CARDENAL:  For the record, we are

18        re-playing the phone call with a simultaneous

19        translation in Spanish.

20             (Thereupon, the recording was played again,

21   with translation.)

22        A    There is something very important here.  Here,

23   we are talking about a modification in which Bank of

24   America sent me a packet which I filled out with which I

25   went to see personally that gentleman, Sergio, if I am

1   remembering correctly -- okay, if I am mistaken, then

2   correct me -- where he promised me at that time that,

3   yes, they would give me the modification.

4          I returned home, happy.  But then, later on --

5   when I say "later on," I don't mean that same day, I

6   mean further ahead -- they denied the modification,

7   without giving me any reason.

8          When this lady calls, I am understanding that

9   it's in regards to this.  If you can hear it well, I am

10  referring to that I had filled out the papers and that a

11  paper had arrived for me which said a principal

12  reduction.  So I had the understanding that that was

13  part of the same in which it was authorized.

14     Q    What was authorized?

15     A    That's why I didn't mention anything.  We were

16  talking about the modification.  I understood that it

17  was since I went to Sergio.

18          I believe that was his name because I went to

19  -- where is Bank of America?  I don't remember the exact

20  address, but it was in Broward.

21          Since we were talking about this and I had

22  filled out all that, my understanding was that the call

23  was -- it says it there, that if that person was about

24  this, because, if Bank of America gave me the document,

25  I understand that the call that they would make would be

1    to give me a follow-up for this.  And I asked her that.

2    So that was the reason why I didn't mention anything,

3    because I thought it was about this.

4         Q    So you didn't tell Bank of America that you

5    had an attorney because the phone call was related to a

6    loan modification?

7                   MS. VALENZANO:   Form.

8         A    At that moment, I don't remember if I had one

9    or not.  I was talking about the document in which Bank

10   of America called me.

11              They told me to go see Sergio or the person

12   who was in charge at that time.  That's why I spoke in

13   that manner, that my understanding was that that's what

14   it was for.

15        Q    When you say that's what it was for, the phone

16   call was for the mortgage modification?

17        A    That's why I asked.

18        Q    That's why you asked what?

19        A    That if it was for this, for the document of

20   the modification.

21        Q    When you asked who?

22        A    The person who called.  The person who called.

23   It's in the recording that if she was from the

24   modification department.

25        Q    Okay.  Page three, paragraph 12 of your

Page 91

1    complaint says, "Plaintiff has been represented by

2    counsel since September 23, 2010."

3         A    Excuse me, excuse me, excuse me.  Where are we

4    again?

5         Q    Page three, paragraph 12.

6         A    Only 12?

7         Q    Yes.

8         A    Can you translate it into Spanish?

9         Q    "Plaintiff alleges that, while she was in

10   foreclosure and represented by the Law Offices of

11   Neusten (sic) Law Group," N-E-U-S-T-E-N," and Jeanne M.

12   Siebert (sic)," J-E-A-N-N-E S-I-E-B-E-R-T, Esquire,

13   plaintiff has been represented by counsel since

14   September 23, 2010."

15        A    The exact dates about when one or when the

16   other one, no, no, I don't remember them like that.

17        Q    Why did you say you had counsel on

18   September 23, 2010?

19        A    If I have it here, it's because I saw it in

20   the papers.

21        Q    So, today, you don't remember?

22        A    What I put there, I put there because of the

23   papers.

24             Another thing, also, the same information that

25   I have, they have.  Because, when they send the papers,

1  in the last page, it says all of the names of all of the

2  attorneys that I've had, including them as well, so it

3  says it there.

4      Q    The certificate of service has a list of all

5  of the attorneys that have represented you?

6      A    Uh-huh.

7      Q    Is that your testimony?

8          MS. VALENZANO:   Form.

9      A    No.  I mentioned, you are asking me questions

10  about the names of attorneys and when the documents were

11  sent.

12         I am referring to the documents, the pages.

13  That is to say, I am mentioning that the documents that

14  are sent by me, just as much as the ones I send or my

15  attorney sends, have the names of the attorneys on them.

16         So there, if you go to the back of the

17  documents that have been sent, the dates are there.

18      Q    When you say the papers that have been sent by

19  lawyers and to lawyers, do you mean things filed in the

20  foreclosure action or in the bankruptcy action or in

21  this federal action?

22      A    No.  I'm saying legally.  That is, all of the

23  documents that I have seen, whether they have been sent

24  by them or whether they have been sent by us, some have

25  the papers in the back where they mention attorneys,

Page 93

1    lists of attorneys, that, although they are not with me,

2    I see that they are still sending them documents.

3    That's what I am referring to.

4         Q    Okay.  I am not going to mark it as an

5    exhibit, but, just to clarify, the notice of taking

6    deposition, is that the kind of document on the last

7    page that you are referring to?

8         A    No.  If it has another way to present it,

9    perhaps you have some other one that has a different

10   presentation, that has a list in the back where it

11   mentions everybody.

12        Q    Okay.  How were you hurt by that phone call?

13        A    Wow, I would have to listen to it again.  Oh

14   my God.

15        Q    Let the record reflect that we are playing the

16   audio recording for the third time with simultaneous

17   translation.

18             And the pending question is, how were you

19   damaged by this phone call?

20             (Thereupon, the recording was played again,

21   with translation.)

22        A    Well, from what I understand, it's the

23   continuation, the continuous calls that they were

24   making, you know.

25        Q    How did that call hurt you?

Page 94

1    A    I will tell you again, there are so many calls

2    that they make that another call, well, it's just stress

3    that they give you.

4    Q    Did that sound like you were stressed?

5    A    Because of the continuous calls they have been

6    making, yes.  In this case, like I will stay again,

7    since Bank of America had sent me the packet to go to

8    them, I understood that that call was part of that.

9    Q    When did Bank of America begin these phone

10   calls?

11   A    I don't remember exactly when.

12   Q    Do you have any documents that support your

13   claim that Bank of America and U.S. Bank and Rushmore

14   called you 1400 times?

15   A    That's why I put -- why I asked for the papers

16   from Bank of America that they still haven't given me.

17        Until now, I am the plaintiff.  Right now, it

18   seems like it's the opposite.  I've been asking for

19   papers and they have never presented anything.

20   Q    Have you sought medical treatment for your

21   stress?

22   A    Yes.

23   Q    Who did you seek treatment from?

24   A    It's on -- it's called Care -- Care Pat?

25        It's on Pembroke Pines and 184th, where Bank

Page 95

1    of America is, where you have a bank, too.

2            I was also at -- what do you call it --

3    Memorial.  It's in the papers.

4        Q    What papers?

5        A    I don't know what the title is, but it's

6    there.

7        Q    What papers?

8        A    From my understanding, it's in the answers or

9    questions or something like that.

10       Q    Are you referring to discovery or

11   interrogatories that we sent to your attorney for you to

12   answer?

13       A    I understand so, yes.  I believe so, if I am

14   not remembering wrong.

15       Q    So, any evidence you have of medical treatment

16   caused by Bank of America's phone calls is going to be

17   in those discovery responses that you provided?

18       A    Can you repeat the question?

19       Q    I will rephrase it.

20           Do you have any documents, either receipts,

21   medical exams, medical reports, or anything like that,

22   that demonstrate the stress that you received or you

23   endured because of these phone calls?

24       A    First of all, Dr. Pando, that's where I went

25   to first.  I was not able to walk.  All of this area

Page 96

1    here was stiff, stiff, stiff.

2           When I went to him, he told me, "What you have

3    is stress.  What is happening to you?"

4           I told him many problems that I didn't want to

5    mention for him to know that I had problems with all

6    this.

7        Q    When did you see Dr. Pando?

8        A    A long time ago already, when all of this

9    started, all of these things.

10       Q    Was it in 2010?

11       A    I don't remember exactly.

12       Q    Was it in 2011?

13       A    I don't remember exactly.  But the problems,

14   since the problems started, first I went to one, then I

15   went to another one, then I went to another one.

16          The last one I went to, I was in a wheelchair.

17   They were going to call the ambulance right there,

18   rescue, at that same, at that same -- that's an urgent

19   care.

20          I was in a bed for a long time.  I couldn't

21   stand up.  I have witnesses of that.

22          The doctor told me they gave me some really

23   strong injections, and she said that, if it didn't go

24   away during two hours, or something like that, she was

25   going to call the ambulance, uh-huh.  And, from then,

Page 97

1    well, I was there for a while.  I waited for a little
2    while so that that would have some results, the
3    injection.
4            People went over to help me because a person
5    took me there, but I couldn't walk.  They sat me in a
6    wheelchair.  That was a while after waiting.  They took
7    me to the car.  I was crying when I sat down.  They took
8    me home.  I couldn't work.  I fell behind on many things
9    again.
10           To go to the bathroom, they had to lift me up.
11   I was crying to get to the bathroom.  To say it right
12   now is to re-live it, really.  I feel really bad.
13   Really, I do.
14           Still, at this time, I have, from here to
15   here, a really strong pain where I get scared to go back
16   to that way where I couldn't walk.
17           And I have to return to the doctor again.  I
18   have been taking strong pills, two, 500 each, to see if
19   it goes away.  Because, truthfully, I don't like going
20   just to go.
21           If I go, it's because it's something that's
22   like really, really bad already.  So, today, in the
23   morning, I took two pills, without having breakfast,
24   before coming here, to see if the pain will go away.
25           And the paper hasn't gone away.  I still have

Page 98

1    it.  It's that kind, the strongest.  The pain is that

2    strong that I get.

3            And I have this whole area here stiff, stiff,

4    stiff.  I move like this, and it hurts.  I move like

5    this, and it hurts.  And I'm telling you this,

6    truthfully, from my heart, this is how I am.

7            MS. VALENZANO:  Plaintiff was referring to her

8        lower back and the back of her neck and her

9        shoulders.

10           THE WITNESS:  Correct.

11   BY MR. CARDENAL

12       Q    When were you in the wheelchair?

13       A    In the medical papers, it's there.  I could

14   find out with the doctor.  I could call her.

15       Q    Was it in the last six months.

16       A    From my understanding, yes, correct.  It's

17   been coming since before.  It's worse and worse and

18   worse and worse.  Truthfully, I don't like being like

19   this.

20       Q    Did the foreclosure cause you any stress?

21       A    I would say everything.

22       Q    All the stress is the foreclosure?

23           MS. VALENZANO:  Form.

24       A    All of it.

25       Q    Did filing the bankruptcy cause you any

1    stress?

2         A    I don't know if, when you say it like that, it

3    means in singular, just one thing.

4              For me, from my understanding, it's the

5    complete packet.  You understand?  I am with Bank of

6    America no matter what.

7         Q    What do you mean you are with Bank of America

8    no matter what?

9         A    Since the beginning, I mean.  That is to say

10   that, any process that has happened, has happened

11   because of that reason, for the fact of all of the

12   things.

13             You understand?  I don't know if you are

14   understanding me.  Or perhaps I don't know how to

15   explain myself.

16             MR. CARDENAL:  I am not going to mark this as

17        evidence, but I am handing opposing counsel the

18        first set of interrogatories to the plaintiff.

19             MS. VALENZANO:  I would like to say on the

20        record that plaintiff is getting emotional and she

21        is tearing up.

22             Counsel, are you going to add this as an

23        exhibit?

24             MR. CARDENAL:  No.

25             MS. VALENZANO:  Can we take a break, please?

```
                                             Page 100

 1              MR. CARDENAL:  Sure.

 2              MS. VALENZANO:  Plaintiff needs a few minutes.

 3                  (Recess taken.)

 4    BY MR. CARDENAL

 5         Q    Ms. Herrera, the last thing I was showing you

 6    before we took a break was the first set of

 7    interrogatories.

 8              Does that look familiar to you?

 9              MR. CARDENAL:  And while she is looking at

10         that, these are the interrogatories and the

11         responses.

12              MR. DIAZ:  Are you marking this?

13              MR. CARDENAL:  No.

14         A    Okay.

15         Q    Have you seen that before?

16         A    Uh-huh.

17         Q    Do you know what that is?

18         A    Interrogatories, yes, they are questions.

19         Q    You, in fact, sent interrogatories to Bank of

20    America before you had counsel, correct?

21         A    Uh-huh.

22         Q    Is that a yes?

23         A    That I can remember.

24         Q    Okay.  Looking at the other set, do you

25    recognize that document?
```

Page 101

1     A     Uh-huh.

2     Q     Have you reviewed these responses?

3     A     Correct.

4     Q     Okay.  In your response to number two, you

5  listed a number of cell phones.  Are those all the cell

6  phones that you remember using?

7     A     The ones I remember.

8     Q     You used all of these from October 2013 to

9  today?

10     A     By dates, as far as exact dates, no.  But, the

11  ones I used that I had, yes.

12     Q     Did Bank of America call you at 305-458-7525?

13     A     Can you repeat that again?

14     Q     Did Bank of America call you at 305-458-7525?

15     A     Are you asking me by dates?

16     Q     I am asking you, did Bank of America call you

17  at that number?

18     A     Yes.

19     Q     How many times, since October 13, 2013, did

20  Bank of America call you at that number?

21     A     That's why I was asking you ahead of time if

22  it was by date, because I don't remember.

23     Q     Ms. Herrera, I don't want you to assume you

24  know what the next question is going to be.

25            You might be right, but please answer the

```
                                            Page 102

 1    question that is being asked.

 2           Did Bank of America call you at 561-929-4600?

 3       A   I believe there's a mistake there, yes, in the

 4    number.

 5       Q   What's the mistake?

 6       A   It's 561-929-4606.  I apologize.  I'm sorry.

 7    I'm ---

 8           THE INTERPRETER:  I'm sorry.  If the witness

 9       mumbles, the interpreter can't interpret.

10    BY MR. CARDENAL

11       Q   Please speak up.

12       A   I was repeating to myself the number so that I

13    could be sure.

14           The last four is 4606, 4606.  Sorry.  Excuse

15    me.

16           MR. DIAZ:  Do you want to put that on the

17       record?

18           THE INTERPRETER:  I don't know what the

19       witness says when she mumbles to herself.

20       A   561-929-4606.  Instead of a zero here, it's a

21    six, uh-huh.

22       Q   How many times, since October 13, 2013, did

23    Bank of America call you at that number, at the number

24    ending in 4606?

25       A   I don't know how many.  I don't know how many.
```

Page 103

1      Q    Did Bank of America call you at 954-620-0340?

2      A    Correct.

3      Q    How many times, since October 13, 2013, did

4   Bank of America call you at that number?

5      A    I don't remember now a date, but they did

6   call.  They did call a lot, uh-huh.

7      Q    Did Bank of America call you at 305-556-4898?

8      A    Correct, sometimes, yes.

9      Q    How many times?

10     A    No, I don't know exactly.

11     Q    Did Bank of America call you at 786-306-6524?

12     A    Correct.

13     Q    How many times did they call you?

14     A    I don't know how many, but many times, yes.

15     Q    Which number would you say Bank of America

16   called the most?

17     A    I can't tell you exactly, but they did call

18   all of those.  Let's say number one, 7525, and the other

19   ones also.

20     Q    What about 7525?

21     A    Huh?

22     Q    What about that number?

23     A    I don't understand.  You asked a question?

24     Q    Did Bank of America call the 7525 number more

25   than all the other numbers?

Page 104

1       A    I would say, if I were to add it up -- wait.

2    I understand that, if Bank of America gives me all the

3    calls, then we will know which of these it called the

4    most.

5       Q    Okay.  Did Bank of America itself -- let me

6    finish my question.

7            Did Bank of America itself, not U.S. Bank, not

8    Rushmore, but Bank of America itself, ever call you

9    after January 21, 2014?

10      A    We are in the year '16, right?

11           It's very difficult for me to remember, at

12   what time, how long they called.

13           I would like to know if he (sic) can answer me

14   the calls of how many times he (sic) called me.

15           When I say "he," I am referring to Bank of

16   America, not specifically him.

17           If they are asking me, why don't they

18   remember?  Or they don't want to show it, the times they

19   called me?

20      Q    Are all the numbers that are listed in

21   response to interrogatory two cell phone numbers?

22      A    No.  There's landlines.

23      Q    Which are the landlines?

24      A    The 954, the 4898, and now I am remembering

25   that there are more phone numbers that are missing.

1     Q    Okay.  What are the other numbers?

2     A    I would have to check them.  It starts with

3   556.  It's 556.  305-556-6362, yes, many calls.

4     Q    And when did you have that number?

5     A    305 ---

6     Q    Ms. Herrera, I would appreciate it if you

7   would stop thinking out loud.

8     A    I'm sorry.

9     Q    Thank you.  It's not for me.  It's for our

10   interpreter, who is doing a fantastic job.

11     A    Excuse me.  Excuse me.  Really, I thank you

12   for your help.

13         MR. DIAZ:  I'm sorry.  Can we just have that

14      number repeated.

15         MS. VALENZANO:  That's what she was trying to

16      do.

17         MR. DIAZ:  But slowly, so she can actually

18      translate it.

19     A    305-556-6362.  That was the reason why I was

20   trying to repeat it, in order to remember.  Not to

21   offend anybody.

22     Q    No one here was offended, but everything that

23   gets spoken gets written down.

24     A    You're right.  Excuse me.

25     Q    Was that a cell phone or a landline?

Page 106

1      A     That's a landline.

2      Q     Did you have this line in October of 2013?

3      A     I don't remember.  I know I had the number,

4    yes.

5      Q     Why did you include the two landlines as a

6    response to the question that asked for cell phone

7    numbers?

8      A     I understand it asked for anyplace where they

9    called me.

10     Q     Question number two asked, "Please identify

11   all cellular phone numbers."

12     A     If you look at the end, the numbers that are

13   included are, and are not, limited to.  That is to say,

14   it could be a cell phone, just like it could be a

15   landline.

16     Q     So, the reason you included the landline

17   numbers here is because the question of cellular phone

18   numbers could mean both cellular phone numbers and

19   landlines and other phone numbers?

20           MS. VALENZANO:  Form.

21     A     No, no.  The question, I don't understand it.

22     Q     That's fine.

23           Besides the complaint and your affidavit or

24   the statement of claim, do you have anything that shows

25   you were called 1,400 times?

Page 107

1      A     The proof would be a hundred percent when they

2   delivered to me the calls, the incoming, the ones coming

3   in and the ones going out, from the telephone where they

4   made the calls to me, which I requested a long time ago

5   and they haven't given to me.

6      Q     Number six asks you to identify all entities

7   or companies -- actually, scratch that question.

8      A     Oh, okay.

9      Q     Number eight, you state here you had insurance

10  with Florida Peninsula.

11     A     Yes.  I was with them, too.

12     Q     And that your agent was Beacon Insurance

13  Group, B-E-A-C-O-N.

14     A     Uh-huh.

15     Q     With a period beginning June 30, 2014.

16     A     Okay.  8/1/2007, 8/1/2008.

17     Q     Ms. Herrera, please read to yourself.

18  Otherwise, she has to interpret it and then it has to be

19  written down.

20     A     Can I ask you a question?

21     Q     Can you ask me?  You want me to repeat the

22  question?

23     A     That, yes.

24     Q     Did your policy with Florida Peninsula begin

25  on June 30, 2014?

Page 108

1       A    I don't remember exactly.  That I had it, yes.

2       Q    So, what do you mean with period June 30,

3    2014?

4       A    We would have to call them.

5       Q    So, you don't know what you mean?

6       A    Perhaps it's possible that your institution

7    and me had the insurance at the same time, so...

8       Q    But all the other policies that you talk about

9    are from August 1, 2007 to August 1st of the following

10   year.

11      A    Correct.

12      Q    Why is this one June 30, 2014?

13      A    The insurance begins with one date of one

14   month in one year, and it ends with the same date of

15   that month the next year, right?

16           So, in this one, 2014, we would have to check

17   both, if you got insurance for the property, together,

18   with me, or, on that date, if you took my insurance

19   under Bank of America.

20           I understand that it was something like that

21   that happened here.  That's why I don't show it at the

22   end.  That is to say that I wrote it down here.

23      Q    I don't understand that part.  What do you

24   mean show at the end?

25      A    We're saying here, from 8/1/2007, from

Page 109

1    8/1/2008.  That's why I show it like this.

2         Q    That wasn't the question.  The question is,

3    you listed the Florida Peninsula policy with period

4    June 30, 2014.  Is that a beginning date or an end date?

5         A    I'd have to check.

6         Q    What facts do you rely on to show that you are

7    entitled to punitive damages?

8         A    Where are you reading that?

9         Q    The question is number ten.

10        A    Right there, I'm saying to check numbers 24,

11   28.

12        Q    Paragraphs 24 through 28 deal with allegations

13   with a short sale and modification that occurred in

14   September and October of 2015.

15             What did Bank of America do during that time

16   period to entitle you to attorneys' fees?  I'm sorry.

17   Not attorneys' fees, but punitive damages.

18        A    Can you repeat that?  Excuse me.

19        Q    What did Bank of America do in September of

20   2015 and October 2015 to entitle you to an award of

21   punitive damages?

22        A    For all of the calls it made.

23        Q    Bank of America called you in September and

24   October of 2015?

25        A    I don't remember exactly.  With dates and

1    days, it's impossible.  The damages are there.  The

2    damages are there, truthfully.

3            MR. CARDENAL:  This is the request for

4        production.  I'm not marking that as an exhibit.

5        And the response.

6            MS. VALENZANO:  Can we take a break?

7            MR. CARDENAL:  Sure.

8                (Recess taken.)

9    BY MR. CARDENAL

10       Q    Ms. Herrera, did you see the request for

11   production and your responses to the request for

12   production?

13       A    Yes.

14       Q    Did you provide any documents to your attorney

15   to provide to us?

16       A    What are you referring to?

17       Q    Did you discuss this document with your

18   attorney?

19       A    Excuse me.  Tell me again.  Excuse me.

20       Q    Did you discuss the request for production

21   with your attorney?

22       A    Correct.

23       Q    When reviewing this, did you say, "Oh, I have

24   a document that responds to that request"?

25       A    Some question in specific or?

Page 111

1      Q     Generally, did you say, "I have a document

2    that is responsive to this request"?

3      A     I don't remember.

4      Q     Request number two ---

5      A     Wait, wait.  I have two documents.  Which?

6      Q     That one, and this one is your responses to

7    it.

8      A     When he asked me questions, I was looking at

9    the other two.

10     Q     That's fine.

11           Going to page two, number two, "Any and all

12   writings or notes authored by plaintiff

13   contemporaneously with any conversation plaintiff had

14   with any employee of Bank of America."

15     A     Excuse me.  Can you repeat that again?

16           MR. CARDENAL:  Can you read that back.

17           (Thereupon, the question referred to was

18           read by the reporter as above recorded.)

19     A     I don't remember.

20     Q     With any of your phone calls with Bank of

21   America, did you take any notes down?

22     A     The one that he put on here, I was asking the

23   lady and I jotted something down.

24     Q     So, you wrote down some notes for the call

25   that we listened to today?

Page 112

1      A    During that conversation, there it says that I

2  was asking for the name and if she had had an extension,

3  and I wrote it.

4      Q    Do you still have copies of those notes?

5      A    I don't remember.

6      Q    Did you look for copies of your notes?

7      A    No.

8      Q    Why not?

9      A    What do you mean?  I don't understand.

10     Q    The question asks for any and all writings or

11 notes written by you made while having conversations

12 with Bank of America, and you just told me that you

13 didn't look for any.

14          Why didn't you look for any?

15     A    Because Bank of America has it in their

16 records.

17     Q    How does Bank of America have your notes from

18 your phone calls with the bank?

19     A    No.  That note, I wrote it at that moment in

20 order to call her back to make sure that she wasn't a

21 different person making believe that she was Bank of

22 America.

23          Now, the other information, Bank of America

24 has them because I asked for them, but they haven't

25 given them to me.

Page 113

1      Q    Ms. Herrera, you are focusing on the wrong

2    part of the question.  The question is your notes.

3           Here today, you have seen all of the attorneys

4    taking notes about the deposition.

5      A    Okay.

6      Q    Even though we have a record of it, we want to

7    have our own notes.  Did you ever take down your own

8    notes during your phone calls with Bank of America?

9      A    I don't remember.

10     Q    With the exception of the phone call that we

11   heard today?

12     A    I don't remember exactly.

13     Q    Did you look for any notes that you may have

14   made?

15     A    Yes, yes, yes.

16     Q    Why did you earlier testify that you didn't?

17     A    No.  I was referring specifically to that one.

18     Q    You didn't look specifically for that note?

19     A    I was answering specifically about that note

20   where it says that I asked for her name and her

21   extension, who she was, and I noted it down.  I was

22   referring to that one.

23     Q    So, you didn't look for that note?

24     A    No.

25     Q    And you don't remember looking for any others?

Page 114

1          MS. VALENZANO:  Form.

2     A     It's been a long time since then.

3     Q     It's been a long time since what?

4     A     To look for those notes.

5     Q     A month ago was too long?

6     A     No, no, no.  You are not understanding me.

7  No.  Things from way back, years back, I am not going to

8  remember them.

9     Q     Sure.

10    A     Okay.  That's what I'm referring to.

11    Q     What I am asking is, in the last 30 days, did

12  you look for any notes that you wrote down about these

13  phone calls?

14    A     I don't remember.

15    Q     So, you don't remember if, in the last 30

16  days, you have looked for any notes relating to these

17  phone calls?

18    A     The last 30 days?  The last 30?  The last 30

19  days, I don't remember.

20    Q     Okay.  Question number eight, on page three,

21  asks for all documents which support, concern, or

22  reflect the damages which you claim in this cause.

23    A     Excuse me.  What number?

24    Q     Number eight.

25    A     What is the question?

Page 115

1      Q    I haven't asked the question yet because,

2   every time I try to ask the question, you don't know

3   where I am.

4           So, I asked you for all documents which

5   support, concern, or reflect the damages which you claim

6   in this cause.

7           Do you recall how much you are claiming you

8   were damaged?

9      A    No, I don't remember.

10     Q    I am going to give you Exhibit 2, your

11  complaint.

12     A    In which document here?

13          I really don't feel well.  Which one did you

14  tell me?

15     Q    Page two, paragraph three, "Damages exceed

16  2,250,000."

17          Do you have any documents which support that

18  claim for damages?

19     A    By the calls.

20     Q    How do you reach $2,250,000 off the calls?

21     A    I have to mention again, which he (sic)

22  doesn't like, I asked for all of the calls from Bank of

23  America and all of the rest of the institutions so that

24  I wouldn't go over for more than what they were.

25          I'd like to go with what they get from the

Page 116

1    conversations that they have.  It's easy to get.

2         Q    But do you understand that neither one of us,

3    neither one of our clients, have any documents that

4    support anywhere near the number of calls that you are

5    alleging?

6         A    I understand that, if you do the -- what do

7    you call it?  If you verify the calls, they're there.

8         Q    What calls are we going to verify?

9              Have you provided at any time any list of

10   phone calls that we could use to verify against our

11   records?

12        A    Bank of America or Rushmore or U.S. Bank, when

13   they call, don't they do the same thing that he (sic)

14   put there right now?

15             Because, when they would call me, they would

16   say, "It's my intent to collect a debt."

17             Excuse me.  It was an intention to collect,

18   and other things that I don't memorize.  So they all

19   must be recorded, so...

20        Q    As part of your response to the request for

21   any documents which support your claim for damages, you

22   said that you spent $41,824.08, and this was related to

23   Bank of America loan number ending in 0621, page five,

24   this one.

25             You can put down the complaint.

Page 117

1    A    Tell me again which one.

2    Q    On page five, you say that plaintiff has spent

3   as follows:  Bank of America loan number, which ends in

4   0621, that, in 2008, you spent $41,824.08.

5         What do you mean you spent $41,824.08?

6    A    If I am remembering correctly, those 41 were

7   paid to Bank of America, if I am remembering correctly.

8    Q    Is that $41,000 that you paid Bank of America

9   that you were supposed to pay in paying back your loan?

10    A    Correct, I understand so, yes.

11    Q    How is that a damage arising from alleged debt

12   collection calls in October of 2013?

13    A    I am not understanding.

14    Q    Do you agree that you were supposed to pay

15   Bank of America back for the loan it gave you?

16    A    Correct.

17    Q    So, how is paying Bank of America back damages

18   under this complaint?

19    A    One question.  In Spanish, can you translate

20   re-collection, re-collection, re-collection (phonetic)?

21    Q    I understand that you didn't draft this one,

22   that your attorney drafted it.

23    A    Correct.

24    Q    The response says, in 2008, after plaintiff's

25   best and good faith diligent search and recollection,

Page 118

1  you spent approximately $41,000 in paying the loan back.

2       A    Yes.  I did it in good faith, yes.

3       Q    How is that a damage?

4       A    If, in the end, we see that my good faith

5  isn't recognized of the payments to the loans, so then

6  it is hurting me, because I paid in good faith.

7            Not just that.  Everything that it says here,

8  and I'm sure there's more, including the insurance,

9  then, yes, yes, it is damage.

10      Q    So, to summarize all that up, your position is

11 that the payments you made to Bank of America, from when

12 the loan began, until you stopped making payments, are

13 damages that you are seeking to recover?

14      A    I understand that it's also my job, this

15 effort, to pay it, even the insurance as well.

16 Although, simultaneously, they put another insurance, I

17 still kept paying anyway.

18           Those are my efforts as well.  And I did it

19 also in good faith.  And all of that, well, it was lost.

20 And, simply, I tried to be heard.  I have tried for them

21 to give me a modification.  They have given

22 modifications to other people, but I didn't have that

23 opportunity.

24      Q    Okay.

25      A    That's it.

Page 119

1     Q     On page six, you also list home upgrades,

2     bottom of the page.

3     A     Okay.

4     Q     How is Bank of America responsible for your

5     home upgrades?

6     A     At that time, you had to put on the things

7     that were anti-hurricane.  That was an obligation

8     because Bank of America told the insurance.

9         That's what they tell me, that you had to put

10    on the anti-hurricane things by obligation.  And it cost

11    me $22,000 because I had to get it from them, from the

12    entity that was there at that moment.

13    Q     Who told you that you needed to upgrade your

14    house with hurricane-proof windows?

15    A     Windows or?

16    Q     Shutters.

17    A     When I went to go make the purchase, they told

18    me I had to have protections against the windows.

19    Q     Who?

20    A     There, where I went to the office where they

21    were doing all of these things, in -- what do you

22    call it -- where they were selling it.

23    Q     Whose office?

24    A     I don't remember.

25    Q     Selling what?

Page 120

1        A     The houses.

2        Q     So, someone at the closing told you that you

3    needed to buy hurricane shutters?

4        A     Uh-huh.

5        Q     Who told you that?

6        A     I don't remember.  I don't know if -- when I

7    bought the house, Bank of America was there.

8        Q     Do you have anything in writing that says that

9    Bank of America told you that you had to buy these

10   shutters?

11       A     I just mentioned that, when I went to go buy

12   the house, at the place where I went to go buy it, they

13   told me that you had to have the shutters, the things

14   against hurricanes with the insurance as well.

15            That is to say, it was like I needed to have

16   it on so that the insurance would protect me with a

17   loan.  It was like a combination.

18       Q     Okay.  Do you have any proof that you put the

19   hurricane shutters to your building?

20       A     They're on.

21       Q     Do you have any receipts for any of that?

22       A     No, no.  I don't remember.

23       Q     Who told you that you had to install marble

24   floors in the upstairs and downstairs of your home?

25       A     They had options, and that's why I took them,

Page 121

1    at least that one.

2         Q    Who had options?

3         A    The people who were selling the house.

4         Q    Who was selling the home?

5         A    I think that it was Sunset.

6         Q    Was this a new construction?

7         A    Correct.

8         Q    So you had the option of choosing marble

9    floors?

10        A    Yes.  They had several options there.

11        Q    How is Bank of America's phone calls in any

12   way related to picking marble floors for your home?

13        A    They are losses that I have also had.

14        Q    So it's a loss?

15        A    Uh-huh.

16        Q    And how did you lose that?

17        A    You are taking away the house.

18        Q    Are you living in the home right now?

19        A    Correct.

20        Q    Were you foreclosed on?

21        A    Correct.

22        Q    Was judgment entered against you?

23        A    I don't know what they call it, but I believe

24   so, yes.  I don't know.  I don't know what the document

25   is called.

Page 122

1      Q     Has your property been set for sale?

2      A     Correct.

3      Q     Do you know why?

4      A     Without opportunity of a modification, which I

5   have been asking for.  I asked Rushmore for it, and they

6   didn't give it to me.  Not even the opportunity.

7      Q     Do you know why the foreclosure was filed?

8      A     I would like for them to explain.

9      Q     Did you stop making payments on your loan?

10     A     Correct.

11     Q     Do you think the foreclosure began because you

12   stopped making payments on your loan?

13     A     If that's the process in that way, then I

14   understand, yes.

15     Q     So, the attempts to get you to pay had no

16   connection with the foreclosure?

17           MS. VALENZANO:  Form.

18     A     I had an attorney already.  Supposedly, they

19   had to call my attorney.  Not me.  Correct?

20           (A document was marked for identification as

21       Defendants' Exhibit 12.)

22   BY MR. CARDENAL

23     Q     I marked this, but I didn't ask any questions

24   about it yet, Defendants' Exhibit 12.

25     A     Not this one?

Page 123

1      Q     No.  I am asking questions about that one.  Do

2   you recognize that letter?

3      A     This one?  They didn't give it to me before?

4      Q     I don't think so.

5      A     No?  It's similar to one that's already ---

6      Q     That's fine.  But do you recognize that one?

7      A     If you are saying if I have seen it before, I

8   don't remember.  If you say if I understand this one,

9   well, okay.

10      Q     My first question is, do you recognize the

11   letter?

12      A     This same letter, no, I don't remember it.

13      Q     Today, do you understand what that letter

14   says?

15      A     Should I read just the little part, or do I

16   have to read the entire thing?

17      Q     You can just read the first two paragraphs.

18          If you would like, I can read them out loud to

19   you and have them be interpreted.

20      A     Yes, sure, if you would like.

21      Q     "We have reviewed your home loan for

22   eligibility in the new principal forgiveness

23   modification program we introduced as a result of U.S.

24   Department of Justice and State Attorneys General

25   national mortgage settlement with major servicers,

Page 124

1    including Bank of America, N.A.

2            "While we realize this decision comes at a

3    difficult time in your life, we regret to inform you

4    that your home loan is not eligible for this

5    modification program for the following reasons:

6            "Your loan is not eligible for a modification

7    because we cannot create an affordable payment without

8    changing the terms of your loan beyond the limits of the

9    program."

10           Do you understand what the letter says?

11      A    Uh-huh.

12      Q    Would you agree then that this letter says you

13   were reviewed for a loan modification and denied for one

14   because the numbers didn't work?

15      A    What this paper says?  What it says there,

16   now?  That they sent me this letter, like this?  I don't

17   remember.

18           Now, the loan, the value of the loan -- no.

19   Let me backtrack.  Excuse me.

20           The value of the house at that time was beyond

21   the market value.  Three months later, that they sold

22   this house to me for a million 89 or 39, they sold the

23   same house for $750,000.

24           So that's a really big difference, the price

25   above.  And that's also one of the things that I was

Page 125

1    mentioning, that it was -- what do you call it -- that

2    the price was above -- I don't know -- overpriced.

3        Q    What was overpriced?

4        A    The houses at that time shot up to some prices

5    that were above the regular prices, which they really

6    weren't worth that.

7             Because two months or three months later, it's

8    impossible, when the sales were going up, the same house

9    was sold, with the same square footage, same number of

10   rooms, at a price that was way below.

11            Too much of a difference.  And I highlighted

12   that, and nobody heard me, but I had already signed.

13       Q    Okay.  Just a few more questions.

14            Earlier, you testified that you saw Dr. Pando,

15   that he was the first doctor who treated you.

16            Is it a he or she?

17       A    Man.

18       Q    He was the first doctor who treated you for

19   your stress and back pain?

20       A    If I am remembering correctly, from my

21   understanding, yes, because, since he is my PCP from

22   that time, I understand he was the first, but...

23       Q    You also said that you didn't want to mention

24   to him what was causing you stress.  Is that correct?

25       A    I didn't want him to know that I had problems

Page 126

1    with my house, but he was putting stress on it to me.

2    "What's going on with you?  You're stressed."

3              And all of that was stiff, yes.

4         Q    Did you ever go see a psychiatrist?

5         A    No.

6         Q    Did you ever see a psychologist?

7         A    No.

8         Q    Did you ever see a therapist?

9         A    Yes.

10        Q    What kind of therapist?

11        A    I don't know what it's called, but the ones

12   that give you massages and things.  Chiropractors.  I

13   went to like three or four chiropractors.

14             From the same place, they would send me to

15   another place.  I went to one in Kendall.  I don't

16   remember.  I put it down there, but I went there on US1.

17        Q    Where did you put it down?

18        A    No, that I didn't jot it down.

19        Q    Why didn't you put down the medical damages

20   and medical that you suffered?

21        A    There are so many things that I haven't put

22   there that, if I put them there, we are not going to

23   finish today, seriously, from my heart.

24        Q    So, I am supposed to just guess?  How do I

25   find out what it is you are seeking?

Page 127

1      A    If I need to look for that -- but I don't

2  remember right now, but I know it was in Kendall.  But,

3  since I put a total of the damages, it's all there.

4      Q    There's nothing there.  All you've said is, "I

5  am entitled to $2.25 million."  And I am trying to

6  figure out how you reached that number.  And all I have

7  is you saying, "Those are my damages."

8           We have no receipts.  We have nothing

9  independent from anyone showing anything you paid.

10  There are no admission records.  And you have testified

11  that you didn't even tell your doctor of the stress you

12  were suffering because you didn't want to tell him what

13  it was.

14           How are we supposed to know that your

15  $2.25 million claim is actually $2.25 million?

16      A    I understand that it is just now that we are

17  going through the papers to be able to calculate or

18  show, like, what you are saying, the numbers.

19           If you would start first by showing us the

20  phone calls, then we could start to get the numbers.

21  And the other parts, with the doctors, that's easy for

22  me.

23      Q    So, why didn't you produce those documents?

24  Why didn't you give those documents to your attorney and

25  give them to us?

Page 128

1      A    I passed over the names of each thing.  Some,

2   I didn't put down because I don't remember.  As I am

3   talking about it, I am remembering.  And I believe that

4   that happens.  I'm not doing anything wrong because we

5   are human beings.

6            And, just like you don't remember the phone

7   calls either that are recorded, how can you expect that

8   I am going to remember everything at the moment when you

9   are asking me?  We are both human beings.

10     Q    But you understand, though, that the request

11  for production I sent to you 30 days ago, asking for you

12  to produce documents in support of your claims, such as

13  receipts to show that you were treated by doctors for

14  the stress that these calls caused you, and you didn't

15  provide any.

16     A    I understand your question perfectly, but,

17  also, put yourself in my shoes.  I also asked him (sic)

18  in the interrogatories, in December of 2014, or even

19  farther, I don't remember exactly, and he (sic) hasn't

20  given me any.

21     Q    You sent Bank of America interrogatories in

22  December of 2014 regarding this lawsuit?

23     A    Are you talking about the calls and the why,

24  about the 2 million, or are you talking about the

25  foreclosure suit?

Page 129

1      Q    I'm talking about this case, which is about

2  the phone calls.

3      A    Correct.

4      Q    You started this case in October of 2015.

5      A    Okay.

6      Q    How did you send interrogatories to Bank of

7  America regarding the phone calls in 2014 when the case

8  didn't exist?

9      A    You are going to have to excuse me.  When I

10 say dates in this case, I am giving you an

11 approximation.  I don't remember exactly.  I have to

12 look in the papers that you have -- and you have it in

13 front of you.  That's why you are saying it, okay -- and

14 prove that it is that way by dates.

15     Q    When did your back problems start?

16     A    A long time ago.

17     Q    How long ago?

18     A    I would say that when the calls started.

19     Q    When did the phone calls begin?

20     A    I don't remember exactly.

21     Q    Can you give me an estimate?

22     A    I wouldn't like to say things that,

23 afterwards, I didn't say exactly.  Then comes another

24 question, and then you understand that I am lying.  And

25 I don't want to lie.

Page 130

1              I don't remember exactly.  I would have to

2     look at the documents, just like you are having the

3     opportunity to look at.

4         Q    Is there any document that we have looked at

5     today that would tell you when the phone calls began?

6         A    In the ones I have seen, I haven't looked at

7     the dates.  I don't know.

8         Q    Do you have any documents of your own that

9     show when the phone calls happened?

10        A    I don't remember.

11        Q    You also testified that your back pain

12    happened when you fell behind on many things.  What

13    other things did you fall behind on?

14        A    Can you excuse me and repeat that again,

15    please.  Excuse me.

16        Q    You testified that you were in a wheelchair

17    and that you received strong injections and that these

18    problems started a long time ago and that you fell

19    behind on your payments on the loan and you fell behind

20    on other things.

21             What other things did you fall behind on?

22        A    The medical bills as well.

23        Q    Okay.  Anything else?

24        A    There could be other things, but I don't

25    remember them right now like this.

Page 131

1       Q      Did you fall behind on association fees?

2       A      Never.

3       Q      Did you fall behind on your cell phone bill?

4       A      Once or twice, they cut it off.

5       Q      Were you worried when that happened?

6       A      Of course.  I worry about everything.  But, I

7    can tell you that the greatest damage is the problem

8    with Bank of America with the phone calls, the

9    harassment.  The stress is stronger.

10      Q      For the phone calls that you don't know when

11   they began?  You have no independent evidence showing

12   when they began or showing how many there were?

13      A      Well, why don't we do something easier.  Why

14   don't you do an internal job and check the calls that

15   you guys made to me, by God.

16      Q      Do you know how many of those 1400 calls were

17   related to this loan, the one attached to your

18   complaint, Exhibit 2?

19      A      Which would be the question?  I don't

20   understand.

21      Q      Of the 1400 calls, how many calls were related

22   to the loan that attach to your complaint?

23      A      How many calls?

24      Q      Yes.

25      A      Exactly, and which was one and which was

Page 132

1    another, it was two.

2        Q    So, some of the 1400 calls were on the second

3    loan?

4        A    For both.  For both, they would call me.  Of

5    course, in the small one, when you took it away -- I

6    don't know what it's called -- they weren't going to

7    call me because it was already satisfactory.  But, from

8    then back, the calls were for both, for both.

9        Q    So, according to your complaint, the calls

10   began on September 1, 2011.

11            Between September 1, 2011 and October 13,

12   2015, when you filed this complaint, you were called

13   over 1400 times on both loans?

14       A    I don't know where you're at.

15       Q    It doesn't matter where I'm at.

16            Your complaint says that, from September 1,

17   2011, to when you filed the complaint, you had 1400

18   calls.  Are those calls on both of those loans?

19       A    Correct.

20       Q    And then, any calls after October of 2012,

21   when the satisfaction was filed, would have been in

22   relation to the big loan?

23       A    I understand that, yes.

24       Q    Okay.

25            MR. CARDENAL:  I think I'm done.  Let's go off

Page 133

1       the record real quick.

2                 (Recess taken.)

3             MR. CARDENAL:  Before you begin with your

4       cross, I am going to redact your social security

5       number from Exhibit 9, which is located on page

6       one, as well as page six.

7             If you ever want an unredacted copy, let me

8       know and I will send you a copy.

9             THE WITNESS:  Is it possible to get a little

10      bottle of water?

11                (Recess taken.)

12                CROSS EXAMINATION

13   BY MS. VALENZANO

14      Q    Ms. Josefina, it is about to be 5 o'clock

15   right now, and all of us thank you very much for your

16   patience with the deposition.  So we'd just ask for a

17   little bit more patience so we can go ahead and finalize

18   this.

19      A    Okay.

20      Q    The same rules that Mr. Daniel informed you of

21   before your testimony this morning apply during my

22   cross.

23            I will have a few questions for you in

24   reference to what you testified here today and just the

25   whole general deposition.

Page 134

1         Now, you testified earlier that you filed a

2    complaint for violations against Bank of America, U.S.

3    Bank, and Rushmore Loan Management Services, correct?

4         A    Correct.

5         Q    And these violations specifically were due to

6    calls made to you directly when you had an attorney,

7    dual tracking, harassing and oppressing calls,

8    force-placed insurance, among other things, correct?

9         A    Correct.

10        Q    Now, counsel asked you a lot about what you

11   wrote in the complaint that you drafted and what it

12   meant, correct?

13        A    Correct.

14        Q    And you testified earlier that you drafted

15   some of your documents, correct?

16        A    Correct.

17        Q    And these "some documents" that you were

18   referring to were drafted by yourself pro se, correct?

19        A    Correct.

20        Q    And these documents that you drafted pro se

21   were done without any assistance of any attorney,

22   correct?

23        A    Correct.

24        Q    And, in fact, you testified that the

25   information that you obtained to draft these documents

Page 135

1    in this complaint were from your research online from

2    winning cases, correct?

3         A    Correct.

4         Q    Now, counsel was also asking you a lot of

5    questions and making a lot of inferences in reference to

6    a possible language barrier as to whether you understand

7    and read or write English and Spanish, correct?

8         A    Correct.

9         Q    And, in fact, you testified that you do

10   understand.  You read English.  You understand English.

11   However, it takes you some time to comprehend or

12   understand what it is that you are reading, or writing,

13   for that matter, correct?

14        A    Correct.

15        Q    And, in fact, you feel more comfortable having

16   a translator here today because you feel more

17   comfortable in Spanish, correct?

18        A    Correct.

19        Q    Now, in reference to the calls that were made

20   by the defendants, I am going to ask you a few

21   questions.

22             Now, you received calls to your cell phone by

23   Bank of America, U.S. Bank, and Rushmore, correct?

24        A    Correct.

25        Q    And additional calls were also made by the

Page 136

1    defendants, Bank of America, U.S. Bank, and Rushmore to

2    your home line, correct?

3         A    Correct.

4         Q    And approximately 1400 of these calls were

5    made by Bank of America to your cell phone, correct?

6         A    Correct.

7         Q    And approximately an additional hundred calls

8    were made by Rushmore to your cell phone, correct?

9         A    Correct.

10        Q    So, in reality, between all the defendants,

11   there is an approximate number of 1500 calls, correct?

12        A    Correct.

13        Q    And you certified this in your complaint,

14   correct?

15        A    Correct.

16        Q    And you also certified this in your statement

17   of claim filed, correct?

18        A    Correct.

19        Q    And, if that wasn't enough, you certified that

20   also in your response to the interrogatories of Bank of

21   America, correct?

22        A    Correct.

23        Q    Now, Ms. Josefina, you were represented at all

24   times, from September 23, 2010, with a law firm, an

25   attorney, correct?

Page 137

1        A    Correct.

2        Q    And I just want to say, when I refer to the

3    defendants, I am referring to Bank of America, U.S.

4    Bank, and Rushmore collectively.

5             And the defendants were noticed by your

6    attorneys at that time that you were represented by an

7    attorney since that date that I just provided initially,

8    correct?

9        A    Correct.

10       Q    Additionally, you informed defendants yourself

11   on repeated occasions that you were represented by an

12   attorney since that date, correct?

13       A    Correct.

14       Q    Now, the defendants at no time called you and

15   informed you that they were calling due to an emergency,

16   correct?

17       A    Correct.

18       Q    And the defendants also never called you and

19   you consented to any calls, correct?

20       A    Correct.

21       Q    Now, going along with the fact that you were

22   represented by attorneys, and considering that you just

23   testified and you testified initially that you were

24   represented by attorneys and that you and your attorneys

25   at that time repeatedly informed the defendants that

Page 138

1    they were your counsel, it's obvious that, if someone is

2    aware of the fact that you have an attorney, that they

3    would automatically stop calls directly to you, correct?

4         A    Correct.

5         Q    And, in fact, Bank of America is aware that

6    there are borrowers that have counsel that represent

7    them, correct?

8         A    Correct.

9         Q    So they should already know how to handle this

10   type of situation, correct?

11        A    Correct.

12        Q    But, in fact, the defendants ignored the fact

13   that you were represented by an attorney and continued

14   contacting you directly, correct?

15        A    Correct.

16        Q    And if the defendants were aware and knew that

17   you were represented by an attorney, they knew that they

18   should not contact you directly, correct?

19        A    Correct.

20        Q    Now, if the defendants knew that you had an

21   attorney and ignored both you and your attorney's

22   notice ---

23             MR. CARDENAL:  Objection.

24             Counsel, are any of these questions going to

25        be anything that is not a recitation of an

Page 139

```
 1        allegation in the complaint and asking her to

 2        verify it?

 3             Every single question you have asked has been

 4        a leading question, asking her to verify an

 5        allegation in the complaint.

 6             MS. VALENZANO:  Counsel, I gave you the

 7        opportunity to go ahead and do your deposition.  I

 8        am asking you for the same courtesy.

 9             You can go ahead and state your objections on

10        the record in a non-suggestive and

11        non-argumentative manner, but I am allowed to

12        proceed with any cross.

13             I am not sure you want to put it on the record

14        that you are limiting my opportunity to cross.

15             MR. CARDENAL:  The suggestive goes to when it

16        is your own client.  I can't suggest answers to

17        her.

18             That aside, every question you have asked is

19        wasting everyone's time here because it is just

20        asking her to verify the complaint.

21             I suggest you move on or find a way of doing

22        it faster.

23             MS. VALENZANO:  At no time during your

24        deposition I went ahead and tried to rush you to

25        finish your deposition.  I am allowed to cross,
```

Page 140

1       counsel.

2              MR. CARDENAL:  You are.

3              MS. VALENZANO:  Will you let me proceed with

4       the cross?

5              MR. CARDENAL:  Go ahead.

6              MS. VALENZANO:  Thank you.

7              Now, please scratch the initial question from

8       the record.

9    BY MS. VALENZANO

10      Q    Now, if defendants knew that you had an

11   attorney and ignored both you and your attorney's

12   notice, then it is safe to say that defendants knowingly

13   went around your counsel to contact you directly,

14   correct?

15             MR. CARDENAL:  Objection.

16   BY MS. VALENZANO

17      Q    And, if defendants knew that you had an

18   attorney and ignored both you and your attorney's

19   notice, then it is safe to say that the defendants

20   willingly went around your counsel to contact you

21   directly, correct?

22      A    Correct.

23      Q    So, the calls made by defendants to you were

24   both knowingly and intentional, correct?

25      A    Correct.

Page 141

1      Q    And considering their actions were knowing and

2    willingly, then their actions were harassing, correct?

3              MR. CARDENAL:   Objection.

4      A    Correct.

5      Q    And, if the defendants knowingly and

6    intentionally made calls to you, ignoring you and your

7    counsel, amounting to harassment, then their actions

8    were malicious, correct?

9      A    Correct.

10             MR. CARDENAL:   Objection.

11   BY MS. VALENZANO

12     Q    Now, Ms. Josefina, you initiated contact with

13   defendants on several occasions, correct?

14     A    Correct.

15     Q    Now, Ms. Josefina, you don't have any

16   background or experience in any debt collection,

17   correct?

18     A    Correct.

19     Q    And you also don't have any background or

20   experience as a lawyer or in law, correct?

21     A    Correct.

22     Q    So, if you don't have any experience in debt

23   collecting and in law, then you would consider yourself

24   to be what is considered a least sophisticated consumer,

25   correct?

Page 142

1      A     Correct.

2      Q     And, so, if you did not have any experience in

3   debt collecting and law, then you would not know that

4   defendants were under a duty to inform you that they

5   could not speak to you because you had a lawyer,

6   correct?

7      A     Correct.

8      Q     And, in fact, in none of those occasions when

9   you initiated the calls to defendants did the defendants

10  or their agents inform you that they could not speak to

11  you because you were represented by an attorney,

12  correct?

13     A     Correct.

14     Q     And, in fact, the reality is that defendants

15  and their representatives continued the communications

16  with you, without the presence of your attorney, or

17  without their consent, correct?

18     A     Correct.

19     Q     Now, Ms. Josefina, when the defendants called

20  you on several occasions and you answered the call,

21  there was, on some occasions, some type of space of

22  silence or delay, correct?

23     A     Correct.

24     Q     And, in the same calls, sometimes you would

25  hear a beeping noise, correct?

Page 143

```
 1       A    Correct.

 2       Q    Now, the space of silence or beeping noise

 3  could not have been made by an actual person, correct?

 4       A    Correct.

 5            MR. CARDENAL:  Objection.  This goes outside

 6       the scope of the direct.  We asked no questions

 7       about automatic dialers because the complaint for

 8       the TCPA violations isn't currently pending against

 9       Bank of America.

10  BY MS. VALENZANO

11       Q    Ms. Josefina, considering that the defendants

12  are debt collectors --

13            MR. CARDENAL:  Objection.

14       Q    -- they should be aware of the debt collection

15  laws and have policies that abide by those laws,

16  correct?

17       A    Correct.

18       Q    And any person or company that violates those

19  laws should be held responsible, correct?

20            MR. CARDENAL:  Objection.

21       A    Correct.

22       Q    As such, the defendants should be held

23  responsible for all the violations alleged in your

24  complaint, correct?

25            MR. CARDENAL:  Objection.
```

Page 144

1        A    Correct.

2        Q    And, if it's your contention that they should

3    be held liable, then they should be responsible for each

4    and every violation committed against you, correct?

5        A    Correct.

6        Q    Specifically, the approximately 1400 or 1500

7    calls and the other violations alleged in your

8    complaint, correct?

9        A    Correct.

10       Q    Now, Ms. Josefina, counsel asked you about

11   property insurance that you had on the property and as

12   to the force-placed insurance, correct?

13       A    Correct.

14       Q    You testified earlier that you were paying

15   your own property insurance for your home, correct?

16       A    Correct.

17       Q    And you also testified that defendants were

18   notified that you had your own insurance, correct?

19       A    Correct.

20       Q    And your agent, Angel, in particular, sent

21   copies of your property insurance on repeated occasions,

22   correct?

23       A    Correct.

24       Q    So, the defendants knew that you had your own

25   property insurance, correct?

Page 145

1    A    Correct.

2    Q    And, even after these repeated notifications,

3  defendants willingly ignored the fact that you were

4  paying your own property insurance, correct?

5    A    Yes, correct.

6    Q    So, defendants knowingly and willingly forced

7  their insurance on you for you to pay, correct?

8    A    Correct.

9    Q    And this amounted to illegal amounts being

10  added to your loan, correct?

11        MR. CARDENAL:  Objection.

12    A    Correct.

13    Q    Now, Ms. Josefina, counsel asked you about the

14  emotional distress that you have suffered in reference

15  to the claims in your complaint, correct?

16    A    Correct.

17    Q    And you mentioned some of the pains that you

18  have been experiencing, some of the suffering that you

19  have been experiencing.

20        Now, is there anything else that you would

21  like to add in reference to the pain and suffering that

22  you have had in reference to this case that you may have

23  left out?

24    A    Well, I can't sleep.  I would say not at all.

25  Sometimes, it's 3:00 in the morning, 4:00 in the

Page 146

1    morning, and I'm still awake.  I can barely keep my eyes

2    closed for an hour.

3            All of that is hurting me.  Also, about the

4    chiropractor, also, I was in a treatment there, too.

5            Well, that happened to me because of so many

6    things, so many problems.

7            Like right now, I don't feel well.  And the

8    back pain and my waist pain is very strong.  And I

9    understand that it's due to all of this stress.

10       Q    And you continue to experience this pain and

11   suffering, correct?

12       A    Correct.

13       Q    Now, Ms. Josefina, you mentioned a lot

14   throughout your testimony that you either didn't know an

15   answer or you couldn't remember an answer, correct?

16       A    Correct.

17       Q    Now, Ms. Josefina, you mentioned earlier in

18   your testimony that you had a son, correct?

19       A    Correct.

20       Q    And you consider the birth of your son to be

21   an important and significant event in your life,

22   correct?

23       A    Correct.

24       Q    But, although that event in your life was

25   significant and important, you don't remember the names

Page 147

1   of any and all doctors and nurses that were present that

2   day, correct?

3        A    Correct.

4        Q    And you also consider this present case and

5   the violations committed against you to be a significant

6   and important event in your life, correct?

7        A    Correct.

8        Q    But, in fact, you testified to some of the

9   questions that you didn't know and you didn't remember,

10  correct?

11       A    Correct.

12       Q    So, it's safe to say that, even if an event is

13  significant in someone's life, and you would think that

14  someone could remember every and all details in

15  reference to that important, significant event, that you

16  wouldn't remember every detail, correct?

17       A    Correct.

18       Q    Now, one last question, Ms. Josefina.

19            Going back to the force-placed insurance, if

20  defendant knowingly and willingly added illegal amounts

21  to your loan, then you were deceived as to the amount

22  that you owed on your debt, correct?

23       A    Correct.

24            MS. VALENZANO:  I'm all done.

25  //

Page 148

1                    REDIRECT EXAMINATION

2     BY MR. CARDENAL

3          Q     Just a couple questions on cross.  How old is

4     your son?

5          A     24.

6          Q     But you don't remember -- okay, that's fine.

7                The last bit of your attorney's questions

8     discussed not knowing information or not remembering

9     information, even though it was an important event.

10               Do you think it is important to keep records

11    or keep track of that kind of information?

12         A     I understand that both of us should have that.

13         Q     Do you have any?

14         A     It's possible.  I would have to check.

15         Q     Why didn't you check before today?

16         A     Today?

17         Q     Yes.

18         A     That I should check today?

19         Q     Uh-huh.

20         A     I have been checking since a long time ago.

21         Q     Then why didn't your attorney produce any

22    documents in support of your claims against the

23    defendants?

24         A     Like she well said, I don't remember

25    everything.

Page 149

1          MR. CARDENAL:  All right.  We're just going in

2      circles there.  I have no further questions.

3          On the record, though, we did print out a

4      redacted version of the RMA, the social security

5      number, and I will substitute this one in for

6      Exhibit 9.

7          MS. VALENZANO:  Okay.  Do you want to go ahead

8      and do that now?

9          MR. CARDENAL:  Yes.

10          (Off the record.)

11                      CROSS EXAMINATION

12  BY MR. DIAZ

13      Q    Ms. Herrera, I am not going to repeat the

14  instructions for depositions.  I think you're aware of

15  them.

16          The only thing I ask is, if you don't

17  understand a question, just tell me.  And try not to

18  speak over me and the translator, because it makes it

19  difficult to transcribe.

20          Again, your attorney may object to my

21  questions.  Unless your attorney says not to answer, you

22  have to answer the question.

23          Prior to coming here today, what did you do to

24  prepare for this deposition?

25      A    Before coming?  Can you repeat that, please.

```
                                                 Page 150
```

1      Q    Before today's deposition, what did you do to

2   prepare for the deposition?

3      A    Today, or yesterday?

4      Q    Whenever.  Did you prepare for this

5   deposition?

6      A    Something normal.  That is to say, it's what's

7   there in the papers.

8      Q    Did you review any documents before coming

9   here today?

10      A    No.

11      Q    You didn't review any notes that you had

12   written?

13      A    Not of this, no.

14      Q    Did you review any telephone records before

15   today?

16      A    No.  No, I didn't.

17      Q    Did you review your discovery answers before

18   coming in today?

19      A    I saw them, some of them.

20      Q    You sell products for a living?

21      A    No.  No, I don't.

22           MS. VALENZANO:  Relevance.

23   BY MR. DIAZ

24      Q    What do you do for a living?

25      A    Sales.

```
 1              MS. VALENZANO:  Relevance.
 2   BY MR. DIAZ
 3        Q    And do you communicate with customers?
 4              MS. VALENZANO:  Relevance.
 5        A    Yes.
 6        Q    And how many years have you been doing
 7   sales --
 8              MS. VALENZANO:  Relevance.
 9        Q    -- in America?
10        A    How long?
11        Q    Correct, how long, in America?
12        A    I don't remember exactly.
13        Q    What year did you come to America?
14              MS. VALENZANO:  Relevance.
15        A    Wow, I don't remember that.  Many years.
16        Q    20 years?
17              MS. VALENZANO:  Relevance.
18        A    Possibly.
19        Q    More than 20?
20              MS. VALENZANO:  Same objection.
21        A    I don't remember exactly.
22        Q    And, since you have been working in America,
23   do you work in English, or do you work in Spanish?
24              MS. VALENZANO:  Relevance.
25        A    I would say both.
```

```
                                              Page 152

 1        Q     Which one do you speak more, English or
 2   Spanish, for work?
 3        A     Spanish, which is my main, my first tongue.
 4        Q     So, when you are doing sales, you are doing
 5   sales only in Spanish?
 6              MS. VALENZANO:  Form, relevance.
 7        A     It all depends.
 8        Q     So, you said earlier that, when you prepared
 9   this complaint, you went on Google?
10              MS. VALENZANO:  Form.
11        A     Yes.
12        Q     And you Googled other winning complaints?
13        A     I can send you one right now.  Right now, tell
14   me your cell.
15        Q     No, no, no.  The question is ---
16        A     If I went to Google and did a search of
17   winning cases.  I will send you one right now, right
18   now, winning cases.
19        Q     So, when you prepared this complaint, as part
20   of the preparation, you personally Googled winning
21   unlawful debt collection cases?
22        A     Of all of them.  Of all of them.
23              MS. VALENZANO:  Relevance.
24   BY MR. DIAZ
25        Q     And those complaints, is this a copy of some
```

Page 153

1    of those complaints?

2        A    They are public cases.

3        Q    Are some of these allegations, your claims in

4    here, copies from those other complaints?

5        A    I would say it's a combination.

6        Q    Do you have Exhibit 2?  Please look through

7    your complaint and identify to me what you put in

8    yourself that is not a copy from another complaint.

9            MS. VALENZANO:  Relevance.

10       A    No, I can't do that like that.  I can't.  I

11   just go combining it at the moment.  I can't do it like

12   that, no.

13       Q    So, some of these facts are from a complaint

14   you found on Google?

15           MS. VALENZANO:  Form, relevance.

16       A    Correct.  I'll tell you again.  It's a

17   combination.

18       Q    Paragraph number three, which is on page two,

19   where it says, "Damages exceed $2.25 million," was that

20   from a complaint you found on Google?

21           MS. VALENZANO:  Relevance.

22       A    I understand that the calls have a price,

23   right?

24       Q    The question is, this number, did it come from

25   a Google complaint?

Page 154

1      A     I am answering.  Supposedly, the calls have a

2    price, correct?  And, if I am telling you how many calls

3    approximately were made, plus all of the medical damages

4    too and what I am feeling right now, if you combine it,

5    it's there.

6      Q     But, the question is, did you type that number

7    in yourself, into this complaint?

8      A     Correct.

9      Q     And please break down for me what math you did

10   to come up with that number, or did you get that from a

11   complaint you found on Google?

12     A     According to the calls, according to the

13   winning cases, some against you themselves, I can send

14   them to you, winning cases that I have here, against

15   Truman and you.  I'm not lying.  Plus -- oh, it left me.

16   It's too long, the question.

17     Q     The question is simple.  What did you do to

18   figure out that number, or did you copy that number from

19   one of those winning cases?

20     A     No.  For the calls made, for the price for

21   each call, plus the damages that Josefina Herrera has at

22   this time, the doctor, and from what I am still

23   suffering.

24     Q     You just testified based on cross examination

25   that you believe there was 1500 calls.

Page 155

1           MS. VALENZANO:   Form.

2      A    Approximately.

3      Q    Why did you only allege 1400 calls in the

4  complaint?

5           MS. VALENZANO:   Form.

6      A    Approximately.

7      Q    The 1400 calls alleged in the complaint, did

8  that come from a form complaint you found online?

9           MS. VALENZANO:   Relevance.

10     A    No.

11     Q    What diligence or what did you do to come up

12 with 1400 calls, if you sit here today and say you have

13 no documents for those calls?

14          MS. VALENZANO:   Form.

15     A    For the amount of calls that Bank of America

16 made and, in a group, all of the rest, and I asked them

17 again at Bank of America and U.S. Bank and Rushmore

18 about all of the calls, to prove that as well.

19     Q    No, no, no.  Let's go back.

20          When you prepared this complaint, you came up

21 with the number 1400.  How?

22     A    Approximately, approximately.

23     Q    Did that number come just from your brain, or

24 did you rely on something else?

25     A    We are repeating the same question and the

                                        Page 156

1    same answer.

2         Q    No.  You are not telling me how you came up

3    with the number.

4         A    Yes, I am telling you.

5         Q    How?

6         A    For the calls made by Bank of America and

7    Truman -- excuse me -- and U.S. Bank and Rushmore, in

8    combination, the total of everything, approximately.

9         Q    As you sit here today, you can't recall a

10   single phone call?

11             MS. VALENZANO:  Form.

12   BY MR. DIAZ

13        Q    You weren't able to recall any time period how

14   many calls took place.  So, I am asking, how did you

15   come up with 1400?

16             MS. VALENZANO:  Form.

17        A    We are doing the same.  I am explaining to you

18   how.

19        Q    So, you have no documentation for the 1400

20   calls?

21             MS. VALENZANO:  Form.

22        A    For the calls, approximately, for the calls

23   made from Bank of America, U.S. Bank, and Rushmore,

24   approximately.

25             Now, if we want to reach a truer number, then,

Page 157

1    please, you need to respond to me with the records that

2    you have the amount of calls, which I asked for.

3         Q    You testified on cross examination from your

4    own lawyer that there was only a hundred calls from

5    Rushmore.

6              MS. VALENZANO:  Form.

7    BY MR. DIAZ

8         Q    Is that correct?

9              MS. VALENZANO:  Form.

10        A    Approximately.

11        Q    So, why didn't you allege in your complaint

12   that there was a hundred only calls from Rushmore?

13        A    We never said only a hundred.

14        Q    Approximately?

15        A    Approximately, exactly.

16             If we want to show it a hundred percent, I've

17   asked you, by God.

18        Q    How did you just now come up with this hundred

19   calls in addition to the 1400 calls you alleged in your

20   complaint?

21        A    Approximately.

22        Q    How did you come up with the 100 number?

23        A    Approximately.

24        Q    So, you have no evidence of the 100 calls?

25             MS. VALENZANO:  Form.

Page 158

1     A    We have just said that we don't remember

2  everything.  I asked them first, the calls, and they

3  still haven't been presented.

4     Q    How many times did U.S. Bank call you?

5          MS. VALENZANO:  Form.

6     A    I don't remember exactly.

7     Q    Do you know U.S. Bank's relationship in this

8  case?

9     A    Authorized by Bank of America, that's what I

10 know.

11    Q    How do you know that?

12    A    If Bank of America was the ones I was dealing

13 with, and then, suddenly, U.S. Bank starts calling me

14 and telling me that they, from now on, are the people

15 who are going to be calling me, that's why I know it.

16    Q    Do you have any evidence that U.S. Bank called

17 you?

18         MS. VALENZANO:  Form.

19    A    You should have it on your records, just like

20 he put that recording on.

21    Q    Let me tell you, U.S. Bank is a trustee for

22 Truman.  They never made a phone call because they are

23 not a servicer.  Do you know what a mortgage servicer

24 is?

25    A    No.  I don't have any relationship -- I don't

Page 159

1   have any knowledge of mortgage brokers or real estate.

2          They are just their client because I got a

3   loan from an institution that is called Bank of America,

4   and then, suddenly, another one calls me and tells me,

5   "From now on, you have to deal with me."  So I don't

6   know.

7          Q    Ms. Herrera, is Herrera your maiden name?

8          A    Yes.

9          Q    Who is Luis Alfredo Aguirre?

10         A    My ex-husband.

11         Q    And when were you married to Luis?

12         A    If you ask me, I have a bad memory.

13              MS. VALENZANO:  Relevance.

14   BY MR. DIAZ

15         Q    Were you married at the time you took out this

16   loan?

17              MS. VALENZANO:  Relevance.

18         A    I don't remember the exact date.

19         Q    So, is there a chance you were married when

20   you took this loan out?

21              MS. VALENZANO:  Form.

22         A    I don't remember, truthfully.

23         Q    Did you ever live in New Jersey?

24         A    Never in my life.

25              MS. VALENZANO:  Relevance.

Page 160

1    BY MR. DIAZ

2        Q    Were you sued in New Jersey by Bumble &

3    Bumble?

4             MS. VALENZANO:  Relevance.

5        A    Correct.

6        Q    When Daniel asked you those questions earlier

7    about Bumble & Bumble, why didn't you disclose that?

8        A    About what?

9        Q    About litigation with Bumble & Bumble.

10            MS. VALENZANO:  Relevance.

11       A    He asked me something, and I answered him

12   about the lawsuit, yes, yes.  And I even explained to

13   him that it was dismissed.  That is to say, I had

14   nothing to do with it.  It wasn't my fault or any of

15   that.  I explained that.

16       Q    Was the lawsuit in Florida dismissed with

17   Bumble & Bumble in your bankruptcy, or was the New

18   Jersey lawsuit dismissed?

19            MS. VALENZANO:  Form.

20       A    I don't remember exactly if it was both.  But,

21   from what I understand, it was over there first and I

22   believe here after.  But I don't remember like that.  I

23   would have to look for the papers.

24       Q    Who is D&G Business Services Corporation?

25            MS. VALENZANO:  Relevance.

Page 161

1      A    D&G?  I don't remember.

2      Q    You had a short sale for this house, correct?

3      A    Oh, yes.  Yes, correct.

4      Q    Do you know who was trying to purchase that

5   house?

6      A    From what I understand, it was that company.

7      Q    And Rushmore and U.S. Bank approved the short

8   sale, correct?

9           MS. VALENZANO:  Form.

10     A    I don't remember if it was approved.

11     Q    Did you have a closing day, a closing date

12  set?

13     A    I don't remember that.

14     Q    Did you file a Chapter 11 case to have more

15  time to do a short sale?

16     A    No.  That wasn't the reason, no.

17     Q    So, why did you file the Chapter 11?

18          MS. VALENZANO:  Relevance.

19     A    I needed to do the MMS (sic) program, a

20  modification.

21     Q    Ms. Herrera, when you filed this lawsuit, did

22  you think it would cancel a foreclosure sale?

23          MS. VALENZANO:  Relevance.

24     A    No.  Not really, no.

25     Q    So, why did you file this case very close to a

Page 162

1    foreclosure sale?

2            MS. VALENZANO:  Relevance.

3       A    I understood that I had the opportunity of

4    doing the modification -- that's all I was looking

5    for -- to see if they would give me the opportunity to

6    see what I wanted and to give the opportunity like they

7    have given to other people.

8       Q    Did you think this case would assist you in a

9    modification?

10           MS. VALENZANO:  Relevance.

11      A    From what I understand, yes.

12      Q    So, one of the reasons you filed this case for

13   an unlawful debt collection was to assist you in a

14   modification review?

15           MS. VALENZANO:  Form, relevance.

16      A    I don't understand the question.  I don't

17   understand.

18      Q    Okay.

19           MR. DIAZ:  Have we marked her statement of

20       claim yet?

21           MR. CARDENAL:  No.

22           MR. DIAZ:  Let me make one more copy.  Be

23       right back.

24              (Recess taken.)

25           MR. DIAZ:  Since we are doing this on one

Page 163

1          transcript, I am going to continue marking with

2          your numbers, if that's okay.

3                 MR. CARDENAL:  Sure.

4                 (A document was marked for identification as

5          Defendants' Exhibit 13.)

6     BY MR. DIAZ

7          Q    Ms. Herrera, do you recognize that?

8          A    One question.  Has this document been shown or

9     been presented by Bank of America?

10         Q    I don't understand your question.

11         A    First, I am going to ask a question.

12         Q    Now, I am just going to remind you, you are

13    here in a deposition today.  We are not here to answer

14    your questions.

15                Understand?

16         A    If I don't understand, then I believe you are.

17         Q    I am what?

18                MS. VALENZANO:  She is just asking who is

19         representing who.

20    BY MR. DIAZ

21         Q    Bank of America (pointing), and I represent

22    Rushmore and U.S. Bank.

23         A    Oh, okay.  Thank you.

24         Q    So, do you recognize that document?

25         A    Okay.

Page 164

1      Q    Do you recognize that document?

2      A    Correct.

3      Q    Did you create that document?

4      A    Correct.

5      Q    Do you recall when you created that document?

6      A    Not exactly.

7      Q    Did you Google search affidavits to create

8  this document, like you did for the complaint?

9           MS. VALENZANO:  Relevance.

10     A    What does "affidavit" mean?

11     Q    That's the document in your hand that you

12 signed.

13     A    Okay.

14     Q    Did you Google form affidavits like you did

15 for the complaints --

16          MS. VALENZANO:  Relevance.

17     Q    -- to create this?

18          MS. VALENZANO:  Relevance.

19     A    No.  There are things that -- no, no.  Because

20 things are about the calls that you made.  The name of

21 my attorneys, I don't have to Google those.  Those were

22 my attorneys.

23     Q    So you -- go ahead.

24     A    No, it's fine.

25     Q    So, you hand-drafted this affidavit yourself?

Page 165

1      MS. VALENZANO:  Form.

2   A    No.

3   Q    So, who drafted this affidavit?

4   A    Nobody has to do it.

5        By hand?

6   Q    How was this created?

7   A    I don't understand.  What does that have to do

8   with who did it, who didn't do it, if it was written by

9   hand or not written by hand?

10  Q    Did you type this on a computer?

11       MS. VALENZANO:  Relevance.

12  A    Oh, excuse me.  Excuse me.  Okay, I put the

13  things together.  Together, I placed them and I put

14  them.

15  Q    So, was this created with a form that you

16  found on Google?

17       MS. VALENZANO:  Form.

18  A    If you are referring to the idea of how to put

19  it, yes, if you look at it that way, looking at other

20  affidavits, if that's what you are asking.

21  Q    Were any of these facts taken from one of

22  those forms?

23       MS. VALENZANO:  Relevance.

24  A    I don't remember right now.  There are too

25  many things.

Page 166

1        Q    For the first sentence, it says you received

2    more than 1,400 telephone calls over the last four

3    years.  What did you review to come up with that

4    allegation?

5            MS. VALENZANO:  Form.

6        A    For the amount of times that I received the

7    calls.

8        Q    How did you verify that there was

9    approximately 1400 calls?

10       A    Approximately.

11       Q    How did you verify that?

12       A    I put an interrogatory to Bank of America,

13   Rushmore, U.S. Bank.

14       Q    I'm sorry.  That's not the question.

15       A    That's my answer.  Why don't you listen to me?

16       Q    Before you put the request in, before you

17   filed this complaint, you came up with the 1400 number.

18            How?  Because you haven't produced anything to

19   support that.  And this is an affidavit signed under

20   oath by you.  So, I'm asking, how did you come up with

21   the number?

22            MS. VALENZANO:  Form.

23       A    Because it's four years.  There was a lot of

24   calls.  That's why.

25       Q    How did you come up with the number?

Page 167

1            MS. VALENZANO:  Form.

2    BY MR. DIAZ

3        Q    What did you review to figure out 1400 calls?

4        A    I will tell you again.  Four years of

5    suffering, calling every day.  Exactly how many per day,

6    I couldn't tell you, but many.  Because the suffering,

7    now is when I am feeling it.  Now it's coming out.

8    That's why I know it was many calls.  It's four years,

9    four years.

10       Q    But 1400 calls weren't from Rushmore, right?

11            MS. VALENZANO:  Form.

12       A    I have always said that it's among all of

13   them, approximately.

14       Q    Do you recall what year you received the first

15   call from Rushmore?  Not the exact date.

16       A    Impossible.  If we were to check the records,

17   your records, then yes.

18       Q    But there has been a lot of calls?

19       A    Exactly, exactly, exactly.  It's impossible.

20       Q    There has been a lot of calls, correct?

21       A    Yes, many calls.

22       Q    But you can't remember what year you received

23   a call?

24       A    No, sir.

25       Q    Tell me how that's possible.

Page 168

1      A     Because we are human beings and we are not

2      going to remember everything.  It's impossible.

3      Q     You haven't kept any records of any phone

4      calls you said were called?

5      A     They're at the companies.  It's not difficult

6      to get that.  And they made the calls.  They must have

7      the records, too.  Why don't they present them?

8      Q     So, you drafted this based on a guess?

9            MS. VALENZANO:  Form.

10     A     I would say it wasn't a guess.  We're talking

11     about real things, about phone calls they made.

12           Of how many?  You can prove that too in the

13     records.

14     Q     You can't quantify approximately how many

15     calls you received in 2014?

16     A     I don't remember it like that.

17     Q     Or 2013?

18     A     No.  I don't remember.

19     Q     Or 2012?

20     A     No.

21     Q     Or 2011?

22     A     No.

23     Q     But, you can guess that it was 1400?

24           MS. VALENZANO:  Form.

25     A     I'm not guessing.  I'll tell you again.  I'm

Page 169

1   telling you an approximation of the calls during four

2   years because I was the one who suffered those calls.

3   And I do remember the calls.  Exactly days, dates,

4   years, no.

5        Q    We are talking approximation?

6        A    Exactly, but I'm not guessing.  It's an

7   approximation.  They happened.  They're acts.  They're

8   facts.  I'm not inventing them.

9        Q    So, this is your approximation, without

10   reviewing anything?

11            MS. VALENZANO:  Form.

12        A    If we checked the years, then it's an

13   approximation.

14        Q    Let's go to the next paragraph, paragraph two.

15   You said these calls have been received from Bank of

16   America, N.A. and Rushmore Loan Management Services, who

17   have claimed to be under the direction of U.S. Bank,

18   N.A.

19            So, the calls were only from Bank of America

20   and Rushmore?

21            MS. VALENZANO:  Form.

22        A    U.S. Bank, I remember having heard calls from

23   U.S. Bank.

24        Q    When?

25        A    You said that it was -- I don't know.  I don't

Page 170

 1    remember what you called it.

 2         Q    But this affidavit that you signed, you are

 3    testifying under oath that these calls were only

 4    received from Bank of America and Rushmore?

 5         A    U.S. Bank was under the direction of Bank of

 6    America and Rushmore.

 7         Q    That's not what this says.  So, my question

 8    is, is this statement incorrect?  And would you like me

 9    to read it again?

10         A    No, no, no.  I understand that all three made

11    calls.  How many each of them made, I couldn't tell you

12    exactly.  But, in your records, also, that should be

13    there, just like he presented a call right there.

14         Q    So, why did you sign under oath, under penalty

15    of perjury, that Bank of America and Rushmore are the

16    ones who made the calls and not U.S. Bank, N.A?

17         A    I don't understand very well your question and

18    where you are trying to go.

19         Q    You understand everything you say today is

20    under oath?

21         A    Okay.

22         Q    You understand that?

23         A    Okay.

24         Q    You understand that this affidavit is also a

25    statement under oath?

Page 171

1      A    Okay.

2      Q    That you drafted.

3      A    Okay.

4      Q    So, my question is, which statement is

5   correct, the one that you made here in the affidavit,

6   that the calls were only made by Bank of America and

7   Rushmore?

8           And, if that's true, why did you just tell me

9   U.S. Bank also made calls?

10          MS. VALENZANO:   Form.

11     A    I understand that U.S. Bank and Rushmore are

12   part of or they worked together with Bank of America,

13   right?

14          If Bank of America authorizes one of them and

15   authorizes the other one, they are all responsible,

16   right?

17     Q    So, you've made two statements that conflict

18   each other.

19     A    I don't understand.

20     Q    And you've made both of those statements under

21   oath.

22          Today, you said U.S. Bank made phone calls.

23   But you said in this affidavit that the calls were from

24   Bank of America and Rushmore.

25          Both statements cannot be true.  Which one is

Page 172

1    true?

2        A     One moment.  U.S. Bank, what I am referring to

3    here is that it claims to be under the direction of

4    Rushmore Loan Services and Bank of America.  That is

5    correct.

6        Q     The statement actually says, and let me read

7    it to you again, "These calls have been received from

8    Bank of America, N.A. and Rushmore Loan Management

9    Services, who have claimed to be under the direction of

10   U.S. Bank, N.A."

11             You just told me that Rushmore Loan Management

12   Services and U.S. Bank, N.A. claim to be under the

13   direction of Bank of America.

14             So, you've made a statement that's not true.

15   I am asking you to clarify.

16       A     No, no, no.  U.S. Bank claimed to be under the

17   direction of Rushmore and Bank of America.  That's what

18   I understand from here, what I am saying here.

19             Here, it says that, unless my translation

20   isn't understood.

21       Q     What did you review to make that statement

22   under oath, if you can't remember a phone call?

23       A     Can you repeat that question?

24       Q     Paragraph two in this affidavit, when you

25   signed this on October 30, 2015, what did you review to

Page 173

1    make sure that that statement is accurate, if you have

2    no records and you can't remember a phone call?

3        A    Excuse me.  I was trying to translate to

4    myself.  Excuse me.  Excuse me.

5             About this question, can you translate number

6    two?

7        Q    You would like me to repeat it?

8        A    So that she can translate it.

9        Q    Sure.

10            "These calls have been received from Bank of

11   America, N.A. and Rushmore Loan Management Services, who

12   have claimed to be under the direction of U.S. Bank,

13   N.A."

14            And my question is, what did you do to verify

15   that statement, because this is signed under oath?

16       A    Okay.  I remember that, at some point, I don't

17   know when, U.S. Bank -- was it U.S. Bank, or was it

18   Rushmore at that time?  I don't remember -- where they

19   said that Rushmore and U.S. Bank were the ones who were

20   going to be, from now on, during that time, I don't

21   remember when, that they were going to be the ones

22   contacting me.

23            But dates, days, I don't remember, although it

24   should be in the papers that he has here.

25       Q    So, you verified this based on your memory?

Page 174

1          MS. VALENZANO:  Form.

2      A    The call existed.  At that time, I don't know

3  if it was Rushmore or U.S. Bank.  One of the two called

4  to let me know.

5      Q    Let's go to paragraph three.  I am going to

6  read it to you, okay?

7          "Plaintiff alleges that, while she was in

8  foreclosure and represented by the Law Offices of

9  Neusten Law Group and Jeanne M. Siebert, Esquire,

10  plaintiff has been represented by counsel since

11  September 23, 2010."

12      A    I know that I have been represented by several

13  attorneys.  So, during what time, which and which, I

14  can't tell you exactly, but they were attorneys of mine.

15      Q    Why didn't you list all the law firms that you

16  listed in your responses to the first set of

17  interrogatories?

18      A    At that time, I didn't remember all of them,

19  no.

20      Q    Did your memory get better now when you

21  executed the interrogatories from when you executed this

22  affidavit?

23      A    Well, as time goes by, if they ask me

24  questions or whatever, I look at the documents, the part

25  on the back, like I showed him, and there it shows a

Page 175

1  list of the attorneys, and I get them from there,

2  because I don't remember exactly who, when, names.

3      Q    Did you have a foreclosure lawsuit pending on

4  September 23, 2010?

5      A    I don't remember.

6      Q    Do you know if you hired a lawyer before a

7  lawsuit was initiated against you?

8      A    An attorney before?

9      Q    Before the lawsuit was filed, did you hire

10 one?

11     A    Before?

12     Q    That's the question.

13     A    I understand that, when you look for an

14 attorney, it's because of a situation.  Why would I look

15 for her before if I don't have anything?

16     Q    It's a yes or no question.

17     A    I'm answering.

18     Q    Did you hire a lawyer prior to the foreclosure

19 that was filed by Bank of America?

20     A    No.  I don't remember.

21     Q    So, if the foreclosure was filed in 2011, why

22 did you testify under oath here that you had a lawyer

23 since September 23, 2010?

24     A    Can you repeat that?  When was that?

25     Q    The foreclosure was filed in 2011.  And, in

Page 176

1    this affidavit, you stated that you had counsel since

2    September 23, 2010.  But, you said you didn't hire a

3    lawyer before the lawsuit.

4              MS. VALENZANO:  Form.

5    BY MR. DIAZ

6         Q    So, what's true?

7         A    Okay.  For the foreclosures, I was represented

8    by lawyers since it started.

9              Which attorney it was, I don't remember.  I

10   don't know if it was Neusten Law Group or if it was

11   another one.

12        Q    So, the question is simple.  Did you retain a

13   lawyer before the lawsuit?

14        A    I don't remember.

15        Q    Or is this statement wrong?

16             MS. VALENZANO:  Form.

17        A    I'd have to look at information from papers.

18        Q    How did you verify this statement in your

19   affidavit?

20             MS. VALENZANO:  Form.

21        A    What I am saying is that I was represented by

22   an attorney during my foreclosure.  That's what it says

23   here.

24             Oh, excuse me.  I was represented while I was

25   in the foreclosure.

Page 177

```
 1       Q    The question is, how did you come up with the

 2  date September 23, 2010?  Was this from a form you found

 3  online?

 4       A    Of my representation, no, no.

 5       Q    So, how did you come up with that date, if the

 6  lawsuit was filed after that date?

 7       A    Something has to exist with that date.  That's

 8  why it's there.  The thing is that now, now, to remember

 9  everything I did, and all of the things, no, it's not

10  that easy at the moment.

11       Q    Let's go to number four.  I am going to read

12  it to you, okay?

13            "Although plaintiff pleaded with defendants

14  Bank of America, N.A, U.S. Bank, N.A, and Rushmore Loan

15  Management Services, to stop calling his home,

16  defendants ignored said request and continued their

17  illegal collection efforts, eventually calling

18  plaintiffs several hundreds of times since September 23,

19  2015."

20            Did you get this allegation from a form you

21  found online or an example you found online?

22            MS. VALENZANO:  Form, relevance.

23       A    No.

24       Q    Okay.  Then why does the sentence say to stop

25  calling "his" home, if you are not a him?
```

Page 178

1     A    That's a small mistake in the writing, but he

2  knows that I'm a woman, if it's to me that it is

3  referring, right?

4     Q    And why doesn't this allegation make reference

5  to cellular calls, if that's what your complaint says?

6     A    Well, because the calls were to cell phones

7  and to fixed lines, too.

8     Q    Why didn't you put in here that it was also to

9  cell phones, because this is your statement of claim

10 under oath?

11    A    Because it's put down in other documents which

12 were served to them.

13    Q    It also says here you received several hundred

14 phone calls since September 23rd of 2015.  So, did you

15 only receive phone calls from September 23, 2015 to

16 present --

17         MS. VALENZANO:  Form.

18    Q    -- or is that also incorrect?

19    A    If you look at number five, the telephone

20 calls for collection that he made, approximately, don't

21 come only from 2015.  They come also from further back.

22    Q    Who is "he"?

23    A    No.  Excuse me.  Not him.  What I am referring

24 to is the institution.  It could be him, it could be

25 her, whoever is calling.  That, we know.

Page 179

1    Q    Who is Maria -- I'm going to spell it --
2  P-E-L-A-E-Z?
3    A    Who?
4    Q    Maria Pelaez.
5    A    Where is that?
6    Q    Do you know who she is?
7    A    I don't remember who it is.  Maria?  Maria
8  Pelaez?
9    Q    You never executed a power of attorney with
10 Maria --
11            MS. VALENZANO:  Form.
12   Q    -- in 2014?
13   A    How could I remember that?  That's many years
14 ago already.
15   Q    So, you don't recall if you ever authorized
16 someone to demand $3.4 million from Rushmore?
17            MS. VALENZANO:  Form, relevance.
18   A    I don't remember.  Can you show me that?
19   Q    No.
20            So, let's talk about the attorneys you hired
21 in your interrogatory response.
22            Gabriel Gonzalez, Esquire from Kingcade
23 Garcia, is that one of your attorneys?
24   A    Can you repeat it?
25   Q    Gabriel Gonzalez, Esquire of Kingcade

Page 180

1    Garcia --

2        A     Okay, okay.

3        Q     -- did you hire them?

4        A     Correct.

5        Q     For your bankruptcy?

6        A     Correct.

7        Q     Not for the foreclosure?

8        A     Correct.

9        Q     Gonzalez & Tybor, P.A --

10       A     Correct.

11       Q     -- when did you retain them?

12       A     Kingcade?

13       Q     No, no, no.  Gonzalez & Tybor, P.A.

14       A     Recently.  What day, I don't remember.

15       Q     Why did you retain them?

16       A     Because I am trying to do the modification to

17   see if they will give me the opportunity.

18       Q     And do you know if Gonzalez & Tybor ever

19   appeared in a foreclosure on your behalf?

20       A     Excuse me?

21       Q     Do you know if that law firm appeared in the

22   foreclosure on your behalf?

23       A     Excuse me for a moment.  You just asked me the

24   question of the two attorneys for bankruptcy, correct?

25             That means that they're federal attorneys.

Page 181

1    How can you mix two federal attorneys with a state

2    attorney?

3        Q    Gonzalez & Tybor, were they hired for the

4    bankruptcy as well?

5            THE INTERPRETER:  The interpreter just needs

6        everybody to please slow down a little bit and one

7        at a time.

8    BY MR. DIAZ

9        Q    Gonzalez & Tybor, did you hire them for your

10   bankruptcy?

11       A    Correct.

12           MS. VALENZANO:  Relevance, and also relevance

13       to the last three or four questions, please.

14   BY MR. DIAZ

15       Q    And Kingcade Garcia was also for your

16   bankruptcy?

17       A    Correct.

18           MS. VALENZANO:  Form, relevance.

19   BY MR. DIAZ

20       Q    Paul Meadows, Esquire, do you recognize that

21   name?

22       A    Correct.

23       Q    Why did you hire them?

24       A    That's a state attorney --

25           MS. VALENZANO:  Form, relevance.

Page 182

```
 1        A     -- from what I understand.
 2        Q     But, did you hire them for the foreclosure
 3   action?
 4             MS. VALENZANO:  Form, relevance, and also
 5        could possibly infringe upon the attorney-client
 6        privilege.
 7             Do not answer, Ms. Josefina.
 8             MR. DIAZ:  I'm not asking communication.  I'm
 9        asking if he appeared in the case for her.
10             MS. VALENZANO:  You are asking her as to what
11        is the reason she sought representation.
12             MR. DIAZ:  No.  The last question was, "Did
13        you hire them for the foreclosure," not "What was
14        your communication?"
15             MS. VALENZANO:  Right.  That's still divulging
16        the reason why she obtained representation.
17             MR. DIAZ:  So she can testify if they appeared
18        in a foreclosure for her.
19             MS. VALENZANO:  It still possibly could
20        divulge -- I mean, you are going into possibly the
21        retainer agreement as to the reason as to why she
22        was being represented.
23             MR. DIAZ:  This is in your responses.  You are
24        alleging that she hired lawyers and we violated
25        federal law by communicating with lawyers (sic).
```

Page 183

1          If she can't remember why she hired them or if

2      they appeared in a foreclosure, that's relevant to

3      this case.

4          MS. VALENZANO:  But you are asking her why she

5      sought the representation.

6          MR. DIAZ:  Okay, fine.  I will ask a different

7      question.

8          MS. VALENZANO:  Yeah.  I mean, if you ask it

9      in another way so it doesn't possibly infringe.

10          MR. DIAZ:  Sure, sure.

11  BY MR. DIAZ

12      Q    Do you know if Paul Meadows appeared in the

13  foreclosure action on your behalf?

14          MS. VALENZANO:  Relevance.

15      A    He was substituting another attorney who

16  suddenly left.  That's why I couldn't be left without an

17  attorney, and that's why it was that I hired him,

18  because I'm not an attorney and I want to do things

19  better and know what I am doing.

20      Q    And was that in the foreclosure action?

21      A    Correct.

22      Q    And do you recall who he substituted in for?

23          MS. VALENZANO:  Relevance.

24      A    Jeanne Siegel, Siebert.

25      Q    Jeanne M. Siebert, she was hired for the

Page 184

1    foreclosure?

2         A    She was the one who was representing me as far

3    as the state.

4         Q    For your short sale?

5         A    In everything that was statewide.  That's her,

6    her -- I don't know how to explain it to you.

7              Not her capacity.  It's like you.  What type

8    of attorney are you?  That's what I mean to say.  That

9    is to say, she represents me in the state.  I don't know

10   how to explain what she is.

11        Q    Vanessa Bravo, do you recognize that name, of

12   Neusten Law Group?

13        A    Yes, I recognize it.

14        Q    They represented you in the foreclosure?

15        A    In the state, I believe.

16             MS. VALENZANO:  Relevance.

17   BY MR. DIAZ

18        Q    Sixto & Associates, did you hire them for the

19   foreclosure?

20             MS. VALENZANO:  Relevance.

21        A    I remember that some papers arrived for me and

22   they recommended me to him.

23        Q    For the foreclosure?

24        A    I understand it's state.  It was a while back.

25        Q    Have you been sued multiple times in state

Page 185

1    court about this loan?

2         A    What do you mean "sued"?  Because I understand

3    that it's been just one process with the same

4    institution, so I don't know what you mean.

5              (A document was marked for identification as

6         Defendants' Exhibit 14.)

7    BY MR. DIAZ

8         Q    Let me show you this.  This is a notice of

9    appearance for the Law Office of Adams & Associates in

10   your foreclosure action.

11             Did you retain them to represent you in your

12   foreclosure?

13             MS. VALENZANO:  Relevance.

14        A    Yes.  He was my attorney, too.

15        Q    Why didn't you list them in this interrogatory

16   as a law firm for you?

17        A    At that time, I didn't remember.  There's

18   many.  That is to say, at that moment, it's impossible.

19        Q    You've hired a lot of lawyers?

20        A    Well, without offending anybody, this

21   gentleman, when I went, I asked him to work for the

22   modification, but that didn't happen.  So, I have to

23   substitute him if he doesn't respond to my needs, if

24   that answers your question.

25        Q    Do you know who Lydia Quesada is?

Page 186

1      A    I don't remember.

2           MS. VALENZANO:  Relevance.

3  BY MR. DIAZ

4      Q    You are unsure if she was an attorney with

5  Adams & Associates?

6      A    No.  Vanessa would call me.  I only remember

7  the person who worked with me the most.

8      Q    Vanessa, you put in your interrogatories,

9  works for Neusten Law Group.

10     A    Yes, because she was the one who would

11 communicate with me.

12     Q    She doesn't work at Adams & Associates.  That

13 is a different law firm.

14     A    Oh, I don't know.  I don't know.

15     Q    So, do you recall hiring Adams & Associates?

16          MS. VALENZANO:  Relevance.

17     A    I've never said no.

18     Q    Okay.

19     A    I said I went for the modification and he

20 didn't do what I said.

21     Q    Are you aware that Adams & Associates

22 represented you during a summary judgment in that case?

23     A    I don't know what that means.

24     Q    Are you aware that there is a judgment of

25 foreclosure in your foreclosure?

```
                                               Page 187

 1            MS. VALENZANO:  Relevance.

 2       A    No, I don't know.  I don't know.  I don't

 3   know.

 4            MR. DIAZ:  Let's mark this as 15.

 5            (A document was marked for identification as

 6       Defendants' Exhibit 15.)

 7            MS. VALENZANO:  Counsel, could you hand the

 8       exhibit to me before giving it to my client,

 9       please.

10            MR. DIAZ:  Oh, I'm sorry.

11       A    Is there a possibility that Vanessa may have

12   changed from attorney to attorney?

13       Q    I am here to find out what you know.

14       A    That's why I'm saying it's so many years.

15            (Recess taken.)

16   BY MR. DIAZ

17       Q    Have you ever seen that document in front of

18   you?

19       A    I believe I recognize it because of these

20   numbers.

21       Q    Do you know who was representing you when that

22   judgment was entered?

23       A    I don't remember.

24       Q    Did an attorney advise you that a judgment was

25   entered?
```

```
                                              Page 188
```

1     A    I don't remember.

2     Q    So, how did you find out that a judgment was

3  entered?

4     A    This paper, I believe, arrived at the house,

5  if I am remembering correctly.  I do remember having

6  seen this, this.

7     Q    Are you aware that you were granted an extra

8  90 days for a foreclosure sale because you consented to

9  judgment?

10         MS. VALENZANO:  Relevance.

11     A    No, I don't remember.  I don't know what you

12  are talking about.  That is to say, I don't understand.

13         (A document was marked for identification as

14        Defendants' Exhibit 16.)

15  BY MR. DIAZ

16     Q    Sure.  When your attorney is done looking,

17  this is Exhibit 16.

18     A    90 days?  90 days, did you say, with this?

19     Q    We'll talk about it.  Have you ever seen that

20  document before?

21     A    No.  I don't recognize it.

22     Q    So, you have never seen that document?

23         MS. VALENZANO:  Form.

24     A    I don't remember.

25     Q    You don't know if you have ever seen it?

Page 189

1          A    I don't remember.  I don't remember.  So many

2     papers, I don't remember.

3          Q    Have you ever spoken with Lydia Quesada

4     before?

5          A    I don't remember who Lydia is.

6          Q    Have you ever sent any email communication

7     with Lydia Quesada?

8          A    No.  If I don't remember who Lydia is -- who

9     is she?  Is she an attorney, or does she work for an

10    attorney?

11              If you have it there, then you can tell me.

12         Q    Did you have any communication, any email

13    communication, with Adams & Associates?

14         A    Adams & Associates were my attorneys.

15         Q    Were you aware that Adams & Associates entered

16    into a settlement agreement on your behalf?

17         A    No.

18         Q    Did you authorize Adams & Associates to enter

19    into a settlement agreement in the foreclosure?

20         A    No.  I authorized them for a modification.

21         Q    So, you had no idea that Lydia Quesada entered

22    into a settlement agreement on your behalf?

23              MS. VALENZANO:  Form.

24         A    No.  I don't remember.

25         Q    And you don't have any emails to Adams &

```
                                        Page 190

 1    Associates regarding a settlement agreement in the

 2    foreclosure case?

 3              MS. VALENZANO:  Form.

 4         A    If you are coming to the topic as to which you

 5    and I had a conversation on the phone, trying to reach

 6    an agreement, if you are referring to that ---

 7         Q    I am talking about the foreclosure action and

 8    the document in your hand.

 9         A    But you are talking about that attorney.

10         Q    Did you authorize Adams & Associates to enter

11    into a settlement agreement in the foreclosure case?

12         A    I authorized them for a modification, that

13    they represent me for a modification.

14              What he spoke of on the other side, I don't

15    know.  I didn't sign any paper that says to do any --

16    what was it that he said?

17              I don't know the word that you used.

18    Agreement?  I don't know.  What was the word you used?

19         Q    So, Adams & Associates never sent you that to

20    review?

21         A    I don't remember this paper.

22              MS. VALENZANO:  Relevance.

23         A    Excuse me.  Excuse me.

24         Q    Were you answering a question or speaking to

25    yourself?
```

Page 191

1      A      Since you asked me if I knew this document, I

2  was reading the title to see if I would remember it, but

3  no.

4      Q      Okay.  So, you only retained Adams &

5  Associates for a loan modification?

6      A      For them to represent me as state attorneys

7  and to put me for a modification.  In which way he

8  manages that, I don't know.

9      Q      So, if they entered into the settlement

10  agreement on your behalf, you believe that was outside

11  your attorney-client relationship?

12            MS. VALENZANO:  Relevance.

13      A      I don't understand what you are trying to

14  reach.

15            MR. DIAZ:  Can you just clarify your relevance

16        objection to this particular one.

17            Did you read this document?  Do you know

18        there's a release of claims in this document?

19            MS. VALENZANO:  Yeah.  You mentioned it

20        before.

21            MR. DIAZ:  So, why is this not relevant?

22            MS. VALENZANO:  Because this specific release

23        was for the foreclosure, for any claims for the

24        foreclosure, not for any and all claims regarding

25        any consumer claims.

Page 192

1          MR. DIAZ:  That's what it says.

2          MS. VALENZANO:  That's your interpretation.

3          MR. CARDENAL:  Those are the exact words.

4          MS. VALENZANO:  Well, you can continue your

5     questioning.

6     A     I know there were some documents that weren't

7     registered, that weren't docket (sic), regarding this

8     document, about what he did that I never signed.  And,

9     that, I could prove.

10          Immediately, I was called by -- let me see if

11    it was you, yourself, who made that comment.

12          I'm not sure if it was you, but one of you.  I

13    don't know which.

14          Wait.  What was I saying?  Where I said that

15    this wasn't docket (sic).  So, they used the word

16    "confidential."  And I never, never said that I was

17    refusing the house, that I was turning it in.

18          I wanted him to do the modification.  That's

19    why I went there, to check the date and check if this is

20    docket (sic), signed by me and docket (sic).  And it's

21    not.

22          They immediately said that I had made it

23    confidential, and I didn't give him any authorization to

24    turn in my house.  It wouldn't make any sense, all of

25    this.

Page 193

1           THE INTERPRETER:  She's saying docket, docket,
2       verbatim, in English, so I don't know what she's
3       saying.
4           MS. VALENZANO:  Are you referring to the court
5       docket?
6           THE WITNESS:  Yes, yes, of the court.  All of
7       the documents about what we have talked about are
8       within the court.  Like I put it, you put it, they
9       are signed and registered.
10          This is the only document that's not there.  I
11      didn't authorize it, for them to make it.  The only
12      thing I heard, "I got you an extension."
13          I didn't ask for that.  I asked for a
14      modification.  And that is the truth.
15  BY MR. DIAZ
16      Q    So, there is no email communication between
17  you and anyone from Adams & Associates granting them
18  permission to enter into that agreement?
19      A    Of that type of negotiation, at least I didn't
20  say that.  How he deals with an attorney to do his
21  things, I don't know.  And what he did and what he
22  delivered, I don't know that either.
23          I understood that this was for a modification.
24          MS. VALENZANO:  Relevance.
25  //

Page 194

1    BY MR. DIAZ

2        Q    And did you ever tell Adams & Associates that

3    you didn't agree with that?

4        A    Before, no.  How would I say it, if I didn't

5    know what they did?  I only received the news that I had

6    time, but I thought it was for the modification.

7             Haven't you realized that the only thing that

8    I am looking for is a modification, that I can have an

9    opportunity like everybody else, because I work hard to

10   get ahead?

11            Why don't they give me that?

12       Q    But, if you want a modification, why did you

13   apply for a short sale?

14       A    I went for a modification.

15       Q    Which was denied?

16       A    No.  The first modification I asked for.

17       Q    From who?

18       A    It was Rushmore.  They asked me for all of the

19   papers.  I handed them in.  I believe it was the same

20   day.

21            No.  That is to say, there wasn't any -- I

22   understand there wasn't anything checked.  It's like,

23   automatically, it's just closed.  It's negative.

24            "No, there's no opportunity for you."

25       Q    So, why did you apply for a short sale?

Page 195

1      A    At least in order to not lose my credit.  Or

2   not to lose it, but it's different.  That's what I

3   understand, right?

4           If it's a short sale, it's different, the

5   credit.  My life continues, also.

6      Q    So, one of the purposes, again, of this

7   complaint is to work on getting towards a modification?

8           MS. VALENZANO:  Form.

9      A    Of what complaint are you referring?

10     Q    Exhibit 2, the complaint you filed in this

11  case.

12          MR. DIAZ:  Can you repeat the question.

13  BY MR. DIAZ

14     Q    Do you need a moment?

15     A    Yes.  It's too much stress, too much.

16          MS. VALENZANO:  Let the record reflect that

17       the plaintiff does not feel well.

18          MR. DIAZ:  Just tell us whenever you are

19       ready.  Take all the time you need.

20          THE WITNESS:  Can you give me another water,

21       please.

22              (Recess taken.)

23          MR. DIAZ:  Could we just put on the record

24       that she is reading Exhibit 16.

25          THE WITNESS:  He gave it to me to read, right?

Page 196

```
1              MR. DIAZ:  Yes.  I just want to put it on the
2       record.
3              THE WITNESS:  Oh, okay.
4              MR. DIAZ:  Are you ready?
5              THE WITNESS:  Yes.
6              MR. DIAZ:  Can you read back the last
7       question, please.
8              (Thereupon, the question referred to was
9              read by the reporter as above recorded.)
10      A    Do you have there -- or this one?  Are you
11  talking about this?
12      Q    No.  The document right next to you.
13             So, you have testified that you have done a
14  lot of things to get a modification.
15             MS. VALENZANO:  Form.
16             MR. DIAZ:  You know what, scratch that.
17  BY MR. DIAZ
18      Q    What is your email address?
19      A    Josefina H. Herrera -- no.  Excuse me.
20  JosefinaH999@Gmail.com.
21      Q    Is that your only email?
22      A    Of course not.
23      Q    What's your other email?
24      A    Old ones because --
25      Q    What have you used in the last five years?
```

Page 197

1       A    -- it got infected with a virus, with a virus.

2       Q    How long have you used JosefinaH999@Gmail.com?

3       A    For a little while.  I don't remember exactly.

4       Q    Over a year?

5       A    I don't remember exactly.

6       Q    Okay.  What was your other email address?

7       A    Lujo Production.

8       Q    Can you spell that?

9       A    L-U-J-O, Lujo.  Lujo, in Spanish.  Lujo

10   Production.

11      Q    Production in English, or production Spanish?

12      A    Production in English, yes.

13      Q    Can you spell that email, the whole email

14   address out?

15      A    L-U-J-O Production, P-R-O-D-U-C-T-I-O-N-S, at

16   Yahoo.com.

17      Q    You testified earlier that you no longer have

18   a landline.

19      A    Correct.

20      Q    So, the home you are currently living in has

21   no phone?

22      A    Correct.

23      Q    How long have you been in that home without a

24   home phone?

25      A    I don't remember.

1     Q     Well, why don't you have a phone anymore?

2           MS. VALENZANO:  Relevance.

3     A     It's more economic.

4     Q     So, you shut it off?

5           MS. VALENZANO:  Form.

6     A     What do you mean I myself shut it off?

7     Q     You cancelled your phone plan for the house?

8           MS. VALENZANO:  Form.

9     A     Correct.

10    Q     And when did you do that?

11    A     I don't remember.  I maintained it for a long

12 time, paying it.

13          MS. VALENZANO:  Relevance.

14 BY MR. DIAZ

15    Q     Did you have a landline last year, 2015?

16          MS. VALENZANO:  Relevance.

17    A     I don't remember.

18    Q     So, Rushmore, Bank of America, or U.S. Bank

19 called your home.  That's what you have alleged.

20    A     They called the telephones, but I can't tell

21 you when or how or at what time or which of those

22 numbers they used.

23          If we check the records with you, then, yes,

24 exactly, because it was you who called.  I'm referring

25 to you, to all of you, right.

Page 199

1      Q    So, you don't know if anyone, being U.S. Bank,

2   Rushmore, or Bank of America, called your home line?

3      A    If I don't remember?  If I don't remember?

4   Excuse me?  Excuse me?

5      Q    Okay, I am going to give you a number, and

6   tell me if this was your home phone number.

7           954-620-0340.

8      A    Correct.

9      Q    That was your home phone number?

10      A    Correct.

11      Q    And here's another number:  305-556-4898.

12      A    That was also at home.

13      Q    Why do you have two home numbers with

14   different area codes for the same home?

15      A    Easy.

16           MS. VALENZANO:  Relevance.

17      A    That number, I've had it for a long time.

18      Q    Which number, the 954 or the 305?

19      A    Excuse me.  The 305.

20      Q    And you had that number, 305-556-4898, as your

21   home phone number for a very long time?

22      A    Let's go back.  Let's turn things back.  That

23   number was transferred to the 954, because I didn't want

24   to lose that number because I had had it for a long

25   time, but I was paying for it, too.

Page 200

1        Q    The question is, did you have one line for

2    your home phone?

3        A    When you say one line, are you saying

4    specifically that number that's set for the house?  Yes,

5    yes, it was at the house.

6        Q    Why did that number change from a 305 area

7    code to a 954 area code?

8             MS. VALENZANO:  Relevance.

9        A    You are not understanding me.  You are not

10   understanding me.

11            That number never changed.  It was always at

12   the home, 954.  I explained that the 305 was a number

13   that I had from a long time ago when I was in Miami, in

14   the Miami area, right.

15            When you move, you can come with your number,

16   and you transfer it.  You do a -- what do you call it?

17            The companies, for example, AT&T, they give

18   you the number.  And, when they call you to that number,

19   they transfer it and pass it to the other one, and I

20   never lose calls.

21            So, the people who had that number, like Bank

22   of America, and the rest, they continued calling me and

23   the call comes in.

24        Q    So, just to be clear, you used to live in

25   Miami with the 305 number?

Page 201

1     A    Correct.

2     Q    And that was before you moved into the 18112

3     Southwest property?

4     A    Correct.

5     Q    How would Bank of America have a number for a

6     property that you owned before moving into this property

7     where you had the loan with Bank of America for the

8     first time?

9     A    It's simple.  When you move or when you move

10    or when you move or you move, you don't want to lose

11    your number.

12    Q    Here's the question --

13    A    That's the reason.

14    Q    -- when you moved into this property, you gave

15    Bank of America the 305 number?

16    A    Correct.  And I don't know if he noted it down

17    right now, that there was a 551-6362 (sic).  I believe

18    that he jotted it down, too.  And I said I remembered

19    another one.

20          That number was called a lot by Bank of

21    America, and that number -- excuse me.  I'm going too

22    fast, right?

23          Okay, hold on.  That number -- don't make me

24    laugh, please.  You just smiled.

25          Okay.  I did the same thing.  I transferred

Page 202

1    the number in order not to lose it.  And it doesn't

2    matter where I move or what I buy, you always ask, "What

3    are the numbers I can contact you at?"  And I gave those

4    to you, too.

5         Q    So, you had two 305 numbers that were

6    landlines?

7         A    Transferred, transferred.

8         Q    Those numbers were landlines for homes you

9    lived in before this one?

10        A    Correct.

11        Q    And, when you took this loan out, you gave

12   Bank of America those 305 numbers?

13        A    Correct.

14        Q    And then those numbers transferred into the

15   954 number?

16        A    I don't know if you understand when I say

17   transferred.

18             The number continues to be mine, and the

19   company makes the transfer of the number.  That is to

20   say, they continued to be living.  I don't know what you

21   call that.

22             If you call me, I am still going to receive it

23   at the 954.  And, since I gave you the 954, they would

24   also call me at the 954.  That is to say that they could

25   find me any of those ways.  And that's the reason.

Page 203

1      Q     So, did you ever give Rushmore those 305
2  numbers?
3      A     I don't remember because Bank of America
4  supposedly transferred everything to Rushmore, so that
5  means that Rushmore has all of my information from A to
6  Z.
7      Q     So, did you ever receive a call from Rushmore
8  at the 305-556-6362 number?
9      A     Excuse me.  No, I don't remember.
10     Q     And did you ever receive a call from Rushmore
11 at the 305-556-4898 number?
12     A     I don't remember.  One thing that's important,
13 when numbers are transferred and it rings on the 954
14 phone, it doesn't tell me where it came from, where the
15 call entered from.  That's it.
16     Q     So, you received calls from Rushmore at your
17 home?
18     A     I don't remember.
19     Q     In 2014, do you know if you still had that 954
20 number live?
21     A     I don't remember exactly.
22     Q     Is it possible that you didn't have the
23 number?
24     A     I don't know.  I don't remember exactly when I
25 had it until.

Page 204

1    Q    Do you have any documents to establish when

2    that number was turned off?

3    A    No.  I don't remember.

4    Q    Did you tell Bank of America that the number

5    was turned off?

6    A    Bank of America had all of my numbers.

7    Q    Did you tell them you turned it off so it was

8    no longer working?

9    A    How can I still keep receiving all of the

10   calls?  That's why I put all of the numbers of the

11   telephones there.

12   Q    At one point, you stopped using this number.

13   A    But I don't remember when.

14   Q    I understand.  But did you tell Bank of

15   America that you turned it off?

16   A    I don't remember.  Most certainly, it would be

17   yes, but I don't remember.  Because, in any way, they

18   still communicated with me.

19   Q    But not at that number?

20   A    But they would call me on my cell phone.

21   Q    So Rushmore didn't call you at that number?

22   A    I don't remember.  Truthfully, I don't

23   remember.

24   Q    So, you put in your responses to requests for

25   production that you intend to provide testimony at trial

Page 205

1   of your medical history regarding severe stress and back

2   problems due to stress.

3          Are you only testifying, or are you producing

4   documents to establish that statement?

5      A    Well, that it happened.  It happened, and it

6   is happening.  So I don't understand what it is that you

7   really want.

8          I have the problem.  I can't sleep.  I have

9   stress.  I couldn't walk.

10         All of that can be proven, if that's what you

11  understand that you need to be proven to you.

12     Q    So, the question is, do you intend to produce

13  documents at trial regarding your medical history?

14     A    If it has to be done, the doctors are there.

15  Nobody is saying lies.  That, I know.

16     Q    Why didn't you produce any documents then of

17  your medical issues?

18     A    I mentioned the problems that I had, and I

19  mentioned the institutions I went to, and I still keep

20  going to, so...

21     Q    But, do you have any documents?  Do you have

22  any medical records of those damages?

23     A    Well, when you go to the doctor, they tell you

24  everything.

25     Q    Did you give those documents to your lawyer?

Page 206

1        A     No.  I mentioned the institutions I went to,

2   even the pains here.  They gave me something to take,

3   something white.  I don't know.

4            They put me through some machines to see what

5   was happening, twice.  In one, I almost died.  They gave

6   me some liquid that seemed like I couldn't take or -- I

7   don't know.

8            When I returned home was when I realized that

9   I couldn't even walk.  At that moment, I was in the

10  bathroom.  And, if there hadn't been somebody there, I

11  wouldn't be telling you about this today.

12           And I have that proof that that was there.

13  And everyone was checking to see what the problem was,

14  because I couldn't walk because the stress was extremely

15  bad.

16       Q     And you think that was caused because Rushmore

17  called you?

18       A     Because of the stress, yes, from all of the

19  calls and all of the pressure and all of the things.

20  And, knowing that I had an attorney, they still called

21  me.

22       Q     Did you ever call Rushmore when you were

23  represented?

24       A     If I called Rushmore when I had

25  representation?  I don't remember having called.  I

Page 207

1    don't remember.

2           Are you referring to you?  Because you and I

3    had a conversation.

4      Q    We are talking about Rushmore, not me.

5      A    Well, on their behalf, in their

6    representation.

7      Q    No, no, no.  We are talking about Rushmore,

8    the company, the mortgage servicer.  Did you ever call

9    them?

10     A    Excuse me.  You represent two institutions,

11   U.S. Bank and Rushmore.

12     Q    No, the question is not whether or not you and

13   I discussed anything.  So don't even think of me.

14     A    Okay.

15     Q    Did you ever call Rushmore, the company, while

16   you were being represented?

17     A    I don't remember.  Truthfully, I don't

18   remember.

19     Q    Did you ever call Rushmore and tell them that

20   you currently were not represented?

21     A    No.

22     Q    Your medical history, that started happening

23   before 2014?

24     A    It's been a while.

25     Q    But before 2013?

Page 208

1          MS. VALENZANO:  Form.

2     A    I don't remember.

3     Q    Before 2014, I mean.

4     A    Excuse me.  No, no, I don't remember.

5     Q    If you don't know when the pain began, how are

6  you splitting the damages between Rushmore and Bank of

7  America?

8     A    I'm not splitting anything.  Rushmore and U.S.

9  Bank are being represented or were represented by Bank

10  of America.  For me, it's the same.

11          I don't believe they changed the loan number.

12  Bank of America transfers the same loan to the other one

13  and the other one.  And they are claiming the same loan.

14  So, for me, it's the same.

15     Q    You had some testimony with your attorney

16  about illegal charges for insurance.

17     A    Okay.

18     Q    Did you raise that issue in the foreclosure

19  case?

20     A    What does it mean "raise that issue"?  What

21  does that mean?

22     Q    Did you tell the court in the foreclosure case

23  that you believe Bank of America or Rushmore or U.S.

24  Bank was seeking to collect illegal charges?

25     A    I understand that the last time that we were

Page 209

1   at federal court, I brought it to introduce, yes.

2       Q    I am talking about state court, where you had

3   those attorneys.

4       A    Since I was at the federal, and he (sic) was

5   too, and I did try to introduce it in the federal, so

6   then I understand that, yes, I did mention it.

7       Q    We are talking about the state court case that

8   was in Broward County Courthouse.  Not the federal

9   courthouse.  Not the bankruptcy courthouse.  The court

10  that that judgment was entered.

11      A    This one?

12      Q    Exhibit 15, this is the state court case.

13  This is the judgment of foreclosure that has been

14  entered against you.

15          Before this was entered, did you tell the

16  state court, either yourself or through an attorney,

17  that the banks were seeking illegal charges?

18      A    I did mention a thing about the insurance, the

19  reason why I paid insurance and, at the same time, they

20  were paying insurance.

21          Why?

22          And then they got my insurance and then I

23  didn't have insurance anymore.  So I said, if I am

24  paying for insurance, then why are they now taking my

25  insurance with Florida Peninsula, I believe it is.

Page 210

1          That was when I didn't pay any more insurance

2    anymore, because they got my insurance that I was paying

3    for.

4          I never understood why they did that, because

5    I had never stopped paying my insurance, never.  It

6    didn't matter that it was in foreclosures.  It didn't

7    matter.  I kept paying it.

8          And Bacon (sic) has Mr. Angel.  And he would

9    send faxes and faxes proving that I had insurance.  And

10   they would always say, "We haven't received it.  We

11   haven't received it."

12         And you can ask him for copies, that he would

13   send them, because they would tell me that they hadn't

14   received it.  They would call me.  And I would say -- I

15   would fight with Angel and be like, "Angel, what's going

16   on here?"

17         And he would tell me, "I sent it.  I sent it.

18   I don't know what's going on with those people.  They

19   don't know what they're doing."

20         That's what Angel would say.  And he would

21   always send it.  He must have a copy of all of that

22   insurance that I got and that he would send, because

23   Bank of America would ask for copies.  And that was

24   always sent back.

25         Q    So, you raised that issue in state court?

Page 211

```
 1      A    If at that time I had an attorney, then I am
 2  certain that I mentioned that problem to my attorney,
 3  because I did pay for insurance, and it wasn't fair that
 4  I would pay for my insurance and they would always say
 5  that they didn't receive anything.  And I always paid
 6  for insurance, a thousand and some dollars, $1,600,
 7  something like that.
 8           Sometimes it would change a little bit, but
 9  not a big difference.
10           MR. DIAZ:  Okay.  Let's take like a
11       five-minute break.  I think I'm almost done.
12               (Recess taken.)
13           THE WITNESS:  I don't know which question it
14       was that he asked.  What did he say here?
15           MR. DIAZ:  We haven't asked a question yet.  I
16       am waiting.  Are you ready?
17           THE WITNESS:  Okay.
18  BY MR. DIAZ
19      Q    We are looking at paragraph 29 of the
20  complaint.  I am going to read it to you, okay?
21      A    Uh-huh.
22      Q    "Consequently, plaintiff has paid her
23  insurance while in foreclosure and only stopped paying
24  her insurance on or about January 1, 2013."
25           So let's just talk about that sentence.  Why
```

Page 212

1   did you stop paying your insurance on January 1, 2013?

2        A    Like I commented to you, I was paying for my

3   insurance every year, and there was a year -- I can't

4   tell you exactly which one -- when Bank of America took

5   my insurance.

6            That's when I said, "But I am paying for

7   insurance.  Why are they doing that?"

8            That was when I called Angel and he told me.

9   "No.  You are covered.  They are paying for the

10  insurance."

11           And I said, "But why?  I am paying for my

12  insurance."

13           That was when the dilemma happened.  And, so,

14  that's when I no longer paid for the insurance.  But I

15  always paid for my insurance to protect the property if

16  anything happened, that whatever happened could be

17  recovered, the property, as much as the things inside.

18  I never stopped paying it.

19       Q    So, in 2013, when you stopped paying your

20  insurance, Bank of America was the servicer for your

21  loan?

22       A    I don't remember.  I don't remember.

23           MS. VALENZANO:  Form.

24  BY MR. DIAZ

25       Q    Okay.  I am going to read the next sentence to

Page 213

1    you, okay?

2            "Plaintiff previously paid 3200 per year and

3    now defendant Rushmore Loan Management Services, under

4    direction from U.S. Bank, N.A. and Bank of America, N.A,

5    have added $14,543.29 for the last three years alone,

6    more than double what plaintiff paid before."

7            So, Rushmore started servicing this loan on

8    January 21, 2014.  At that time, you weren't paying your

9    insurance, right?

10           MS. VALENZANO:  Form.

11      A    I don't remember.

12      Q    Well, your allegation here said you stopped

13   paying January 1, 2013, right?

14      A    What does "about" mean in Spanish?

15      Q    Your complaint, paragraph 29, says you stopped

16   paying your insurance around January 1, 2013.  Is that

17   wrong?

18      A    Around?

19      Q    Well, did you pay insurance for a year after

20   January 1, 2013?

21      A    I understand that, when you pay for insurance,

22   you pay for it for a year, right?  So, it's around.

23           I would have to look at the papers and look at

24   the papers with Bacon Insurance (sic) and look exactly

25   for when it was exactly.

Page 214

1      Q    So, how did you state this allegation if now

2   you are completely unsure when you stopped paying?

3           MS. VALENZANO:  Form.

4      A    We're talking about something generalized.

5   Around or around.  I'm not saying exactly then.  On or

6   after.  Close or after.

7      Q    So, on or after could range a year, based on

8   your interpretation?

9      A    And isn't the insurance annual?  Doesn't it

10  cover it for a year?

11     Q    The question is, when is the last time you

12  made a payment for insurance?

13     A    I don't remember.

14     Q    So, this could be wrong in your complaint?

15     A    No, because it is on or about.  The

16  translation there, I don't know.

17     Q    So you keep changing your story?

18          MS. VALENZANO:  Form.

19     A    No.

20     Q    What did you do to verify this statement when

21  you filed this complaint, or is this a form you pulled

22  off of Google?

23          MS. VALENZANO:  Form.

24     A    No, no.

25     Q    So, what did you review to make that

Page 215

1    statement?

2         A    It was the years of payment of insurance.

3         Q    How did you come up with the 14,000 number in

4    paragraph 29?

5         A    Because, in your coverage, it shows $7,000 per

6    insurance, and I was paying 3,600.  It's impossible that

7    I would pay 7,000 for the same coverage.  I had flood

8    and I also had the insurance.

9         Q    You stated in your complaint that Rushmore

10   added $14,543.29, and you are saying that's an illegal

11   charge.  How did you come up with that number?

12        A    Because the insurance that you would send said

13   7,000 something bucks.

14        Q    7,000 a year?

15        A    Something like that.  Well, I don't remember.

16   It could be a little bit less or a little bit more for

17   that.

18        Q    Well, you said that this was added for three

19   years, so 7,000 times three is 21,000.  That's not the

20   number you alleged.

21        A    Let's say it's around.

22        Q    No, no, no.  This is an exact number that you

23   stated.  You never said "about."

24             How did you get that number?

25        A    Because they paid for an insurance that I had

1   already paid for.  That's what I have been saying this

2   whole time.  They are charging me for money that I also

3   paid to my insurance.

4        Q    Here's the question:  You said Rushmore did

5   this.  By, when Rushmore started servicing this loan,

6   you were not paying insurance.

7             MS. VALENZANO:   Form.

8   BY MR. DIAZ

9        Q    So, how are you attributing that number to

10  Rushmore?

11       A    I don't remember.

12       Q    So, you did nothing to verify that Rushmore is

13  the one who added this number at all?

14       A    What do you mean "at all"?

15       Q    Is this an assumption that Rushmore charged

16  these illegal charges because you stopped paying for

17  your insurance?

18       A    No.  You sent that.

19       Q    I sent what?

20       A    You had that.

21       Q    I had what?

22       A    Paying insurance at the same time as I was.

23       Q    I did that?

24       A    Well, not you personally.

25       Q    Who did that then?

Page 217

1      A     Whoever was in charge of that at that time.

2    My insurance knows that.

3      Q     But you are alleging Rushmore did it.  How do

4    you know that?

5      A     Because they were paying for insurance at the

6    same time as I was.

7      Q     But you stopped paying your insurance before

8    Rushmore took over the loan.

9      A     The thing is, Rushmore is directed by Bank of

10   America.  It's the same.

11     Q     That's just not true.

12     A     Well.

13     Q     Is that what your assumption was when you

14   drafted this?

15           MS. VALENZANO:  Form.

16     A     From what I understand, if Bank of America

17   authorizes Rushmore, it's as much responsible, one and

18   the other and the other, because Rushmore is not going

19   to do anything that isn't authorized.  That's what I

20   understand.

21     Q     Rushmore doesn't work with or for Bank of

22   America.  That's why Daniel gave you a letter from Bank

23   of America that said Rushmore is taking over servicing.

24           So, when Rushmore took over servicing in 2014,

25   you weren't making any insurance payments, correct?

Page 218

1      A    You would have to check it.  I don't remember

2  right now because, at that time, for me, Bank of

3  America, Rushmore, U.S. Bank, Truman, it's the same.

4  It's the same loan.  And one delegates to the other the

5  same responsibilities.

6      Q    I forgot to ask these questions at the

7  beginning, but I will ask them now.

8           Are you on any medication for your pain?

9      A    What do you call it, those pills?  Like

10  Tylenol, ibuprofen, those are the ones I take.

11      Q    You are on no prescription medicine.

12      A    Right now, no.  They gave me some, but they

13  are too strong and they were damaging my insides.

14      Q    So, before you came here today, you didn't

15  take any prescription medication?

16      A    No.  I took two pills, 500 each, for the pain.

17      Q    Have you been taking any medication that

18  affects your memory?

19      A    No.

20      Q    Have you been drinking any alcohol?

21      A    I don't drink.

22      Q    So, you are not on anything that would affect

23  your memory today?

24      A    No.  If you are saying it because I don't

25  remember, it's because of the stress, because too much

Page 219

1  pressure.  Too much pressure.

2              MR. DIAZ:  I have no further questions.

3                  (Recess taken.)

4                      RECROSS EXAMINATION

5  BY MS. VALENZANO

6     Q     Ms. Josefina, it's about to be right now 8:10

7  at night.

8     A     Wow.

9     Q     I'm going to try and go through these

10 questions as quickly as possible, but some of these

11 questions may seem a little bit repetitive and might be

12 repetitive.  However, I just want to make sure that your

13 case is said on the record.

14             Now, Ms. Josefina, counsel for Rushmore and

15 U.S. Bank asked you about your research on Google

16 regarding your complaint and your statement of claim.

17             Now, you testified earlier that you were

18 representing yourself pro se, correct?

19    A     Correct.

20    Q     So, considering that you were representing

21 yourself pro se, you have to find a means to do

22 research, correct?

23             MR. DIAZ:  Objection to form.

24    A     Correct.

25    Q     So, it's safe to say that any individual,

Page 220

1    including yourself, would use Google and other research

2    engines to represent themselves, correct?

3               MR. DIAZ:  Objection.  Objection to form.

4         A    Correct.

5         Q    Counsel asked you about errors on your

6    affidavit or statement of claim, that you didn't add

7    U.S. Bank or that calls were made to your cell phones,

8    correct?

9         A    Correct.

10              MR. DIAZ:  Objection to form.

11   BY MS. VALENZANO

12        Q    Now, considering that you were representing

13   yourself pro se, Ms. Josefina, you would consider all of

14   us here in this room to be humans, correct?

15        A    Correct.

16        Q    And it's safe to say that, as humans, we make

17   mistakes, correct?

18              MR. DIAZ:  Objection to form.

19        A    Correct.

20        Q    And, in fact, you made a mistake on your

21   statement of claim in not adding U.S. Bank in one of the

22   statements that was in that document, correct?

23        A    Oh, excuse me.  Correct.

24        Q    And you also made an error on the statement of

25   claim by omitting that calls were made to your cell

Page 221

1    phone, correct?

2        A    Correct.

3        Q    Now, Ms. Josefina, you have already testified,

4    and through the complaint it is obvious, that you are

5    suing Bank of America, U.S. Bank, and Rushmore for

6    violations committed against you.

7            Now, out of the approximately 1500 calls that

8    were made by the defendants -- and, when I refer to the

9    defendants, I am referring to Bank of America, U.S. Bank

10   and Rushmore -- out of those 1500 calls, approximately a

11   hundred were made by Rushmore, correct?

12       A    Correct.

13       Q    And these calls were made directly to your

14   cell phone, correct?

15       A    Correct.

16       Q    And you certified this in your claim, correct?

17       A    Correct.

18       Q    And you also certified that in your statement

19   of claim, correct?

20            MR. DIAZ:   Objection to form.

21       A    Correct.

22       Q    And you also certified that in your responses

23   to Bank of America's interrogatories, correct?

24       A    Correct.

25       Q    Now, you were, in fact, represented by

Page 222

1    attorneys since September 23, 2010, correct?

2              MR. DIAZ:  Objection to form.

3        A    Correct.

4        Q    And the defendants, including Rushmore and

5    U.S. Bank, were noticed by your attorney that they were

6    representing you, correct?

7              MR. DIAZ:  Objection to form.

8        A    Correct.

9        Q    You personally also informed the defendants,

10   including Rushmore and U.S. Bank, that you were

11   represented by attorneys, correct?

12             MR. DIAZ:  Objection to form.

13       A    Correct.

14       Q    And you did so on repeated occasions, correct?

15       A    Correct.

16       Q    Now, Rushmore and U.S. Bank never called you

17   with your attorney's consent or your consent, correct?

18       A    Correct.

19       Q    And U.S. Bank and Rushmore also never called

20   you and told you that they were calling you due to an

21   emergency, correct?

22       A    Correct.

23       Q    Now, considering that U.S. Bank and Rushmore

24   were aware that you were represented by attorneys

25   throughout that period, it is obvious that, if they were

Page 223

1    aware of that fact, they would stop any and all contact

2    directly with you, correct?

3         A    Correct.

4         Q    However, U.S. Bank and Rushmore ignored the

5    fact that you were represented by an attorney and

6    continued to contact you directly, correct?

7         A    Correct.

8         Q    And, if U.S. Bank and Rushmore were on notice

9    that you were represented by an attorney, then they knew

10   that they should stop any and all communication with

11   you, correct?

12        A    Correct.

13        Q    However, they still went ahead and contacted

14   you directly, correct?

15        A    Correct.

16        Q    Going around your counsel, correct?

17        A    Correct.

18        Q    And, if U.S. Bank and Rushmore knew that you

19   had an attorney and ignored both you and your attorney's

20   notice, then it is safe to say that U.S. Bank and

21   Rushmore knowingly went around your counsel to contact

22   you directly, correct?

23             MR. DIAZ:  Objection to form.

24        A    Correct.

25        Q    And it is also safe to say that defendants

Page 224

1   willingly went around your counsel to contact you

2   directly, correct?

3        A    Correct.

4        Q    So, it's safe to conclude that the calls that

5   were made by U.S. Bank and Rushmore were both knowingly

6   and willingly, correct?

7        A    Correct.

8        Q    And, if they were knowingly and willingly made

9   by U.S. Bank and Rushmore, ignoring you and your

10  counsel's notice, then their actions were harassing,

11  correct?

12       A    Correct.

13       Q    Additionally, if they knowingly and willingly

14  made calls to you directly, ignoring both you and your

15  counsel's notice, amounting to harassment, then their

16  actions were malicious, correct?

17       A    Correct.

18       Q    Now, counsel also asked you about any calls

19  that you may have initiated with U.S. Bank and Rushmore,

20  correct?

21       A    Correct.

22       Q    Now, Ms. Josefina, you don't happen to have

23  any background or experience in debt collecting or in

24  law, correct?

25       A    Correct.

Page 225

1     Q    So, if you don't have any experience in debt

2     collecting and in law, then, in reality, you are

3     considered to be a least sophisticated consumer,

4     correct?

5          MR. DIAZ:  Objection to form.

6     A    Correct.

7     Q    And, therefore, U.S. Bank and Rushmore had a

8     duty to inform you that they could not speak to you

9     because of the lawyers that you had at the time,

10    correct?

11    A    Correct.

12    Q    And, on none of those occasions that you

13    initiated those calls to defendants, in this case

14    specifically with U.S. Bank and Rushmore, did they or

15    their agents inform you that they could not speak to you

16    because you had a lawyer, correct?

17    A    Correct.

18    Q    Now, Ms. Josefina, counsel asked you about

19    calls in general.  And that's the essence of your

20    complaint.  And their contention is that there was no

21    automatic dialing system used to make these calls to

22    your cell phone.

23         MR. DIAZ:  Objection.  Before you answer,

24         objection.  That's outside the scope.  We didn't

25         discuss any auto-dialers during our examination.

Page 226

1          MS. VALENZANO:  You discussed the complaint.

2          MR. DIAZ:  Correct, but we didn't discuss any

3     questions regarding the use of an auto-dialer.  We

4     just talked about calls in general.

5          Obviously, you can ask the question.  It's

6     just outside the scope of my examination.

7          MS. VALENZANO:  It's on the record.

8  BY MS. VALENZANO

9     Q    Now, on some occasions when the defendants

10 called you, in this case, U.S. Bank and Rushmore, and

11 you answered the call, on some of these occasions, there

12 was a space of silence or delay, correct?

13    A    Correct.

14         MR. DIAZ:  Objection to form.

15         I am just going to put a standing objection to

16    any questions regarding an auto-dialer as outside

17    the scope.

18 BY MS. VALENZANO

19    Q    And, in these same calls, sometimes you would

20 hear a beeping noise, correct?

21    A    Correct.

22    Q    Now, the space of silence and beeping noise

23 must have been made by a machine, correct?

24    A    Correct.

25         MR. DIAZ:  Objection to form as well as the

Page 227

1       standing objection.

2   BY MS. VALENZANO

3       Q    And, if these calls were being made by

4   machines, they must have been set up through an

5   automatic dialing system, correct?

6       A    Correct.

7       Q    And these calls made through the automatic

8   dialing system were, in fact, made directly to you,

9   correct?

10      A    Correct.

11      Q    And directly to your cell phone, correct?

12      A    Correct.

13      Q    And, on some occasions, directly to your home

14  lines, correct?

15           MR. DIAZ:  Objection to form.

16      A    Correct.

17      Q    And these calls made through the automatic

18  dialing system also went around your counsel, correct?

19      A    Correct.

20      Q    Now, at no time, Ms. Josefina, did you consent

21  or did your counsel consent to receive any automatic

22  dialing calls to your cell phone or your home line,

23  correct?

24      A    Correct.

25      Q    Now, considering that defendants, including

1  U.S. Bank and Rushmore, are debt collectors, they should

2  be well aware of the debt collection laws and have

3  policies that abide by those laws, correct?

4          MR. DIAZ:  Objection to form.

5      A   Correct.

6      Q   And any person or company that collects debt

7  and violates those debt collection laws should be held

8  responsible, correct?

9          MR. DIAZ:  Objection to form.

10     A   Correct.

11     Q   Therefore, defendants, including U.S. Bank and

12 Rushmore, should be held responsible for violating those

13 laws, correct?

14     A   Correct.

15     Q   And, if they should be held liable for

16 violating those laws, they should be responsible for

17 each and every violation, correct?

18     A   Correct.

19     Q   And, in fact, these violations were for calls

20 made to you directly, around your attorney, dual

21 tracking, harassing and oppressing calls, force-placed

22 insurance, among other things, correct?

23     A   Correct.

24     Q   Now, defendants collectively made

25 approximately 1500 calls, from what you have testified,

Page 229

1    of which 100, approximately, were made by U.S. Bank and

2    Rushmore?

3         A    Correct.

4         Q    Therefore, these approximate 1500 calls were

5    an approximate of 1500 violations, correct?

6              MR. DIAZ:   Objection to form.

7         A    Correct.

8         Q    And each one of these violations was a

9    separate and independent event, correct?

10        A    Correct.

11        Q    And, therefore, defendants, including U.S.

12   Bank and Rushmore, should be held responsible for these

13   approximate 1500 violations, correct?

14        A    Correct.

15        Q    Now, counsel also asked you about the property

16   insurance you were paying, and you testified that you

17   were paying your own property insurance for your home.

18        A    Correct.

19        Q    So, your testimony today was that, in fact,

20   defendants, including U.S. Bank and Rushmore, were

21   notified that you were paying your own separate

22   insurance, correct?

23        A    Correct.

24        Q    Specifically, your agent from, I believe you

25   said Bacon --

Page 230

1      A    Correct.

2      Q    -- sent copies to the defendants, including

3  U.S. Bank and Rushmore, of your property insurance on

4  repeated occasions, correct?

5      A    Correct.

6      Q    So, if the defendants were notified that you

7  had your own property insurance on repeated occasions,

8  then they knew that you had separate property insurance,

9  correct?

10     A    Correct.

11     Q    However, even after these repeated

12 notifications, the defendants, including U.S. Bank and

13 Rushmore, willingly ignored the fact that you were

14 paying your own property insurance, correct?

15          MR. DIAZ:  Objection to form.

16     A    Correct.

17     Q    And, therefore, the defendants, including U.S.

18 Bank and Rushmore, knowingly and willingly forced you to

19 pay their insurance, although they had been notified

20 that you had separate insurance, correct?

21     A    Correct.

22     Q    And, if they forced you to pay this insurance,

23 then they knowingly and willingly added illegal amounts

24 to your loan, correct?

25          MR. DIAZ:  Objection to form.

Page 231

1      A      Correct.

2      Q      Therefore, because of these illegal amounts

3    that were added to your loan, you were deceived by the

4    defendants, including U.S. Bank and Rushmore, as to the

5    amount of your debt, correct?

6      A      Correct.

7      Q      Now, counsel for U.S. Bank and Rushmore asked

8    you questions regarding medical records and what you

9    have been suffering.

10            Is there anything that you may not have

11   mentioned to counsel that you would like to mention now

12   as to your pain and suffering?

13     A      Yes.  Like that I was at the chiropractor,

14   that I forgot to mention that, with so many problems.

15            I was at other institutions as well.  I forgot

16   to mention that.  And, as we are talking, then, you

17   know, I start remembering.

18     Q      Now, Ms. Josefina, in reference to the dual

19   tracking violation, the defendants, including U.S. Bank

20   and Rushmore, went ahead and put your property up for

21   short sale when there was a pending loan modification,

22   correct?

23            MR. DIAZ:  Objection to form.  And, in

24        addition to form, that is a mischaracterization of

25        what was testified to today.  And I've just got to

Page 232

1          put that one on the record.

2                  MS. VALENZANO:  No problem.  You're allowed

3          to.

4                  MR. DIAZ:  Just got to put that one out there.

5                  Can you read back the question.

6                  (Thereupon, the question referred to was

7                  read by the reporter as above recorded.)

8          A    Correct.

9          Q    Now, the defendants, including U.S. Bank and

10    Rushmore, were aware that you had the loan modification

11    pending and the short sale, correct?

12                 MR. DIAZ:  Objection to form.

13         A    Correct.  It's hurting a lot.

14         Q    I apologize.  I'm almost done, Ms. Josefina.

15                 If they were on notice that the loan

16    modification and the short sale were going on at the

17    same time -- and, by "they," I mean the defendants,

18    including U.S. Bank and Rushmore -- they acted knowingly

19    and willingly with malice, correct?

20                 MR. DIAZ:  Objection to form.

21         A    Correct.

22         Q    Now, the same as with your earlier testimony

23    with counsel for Bank of America, in reference to your

24    testimony as to the questions from counsel for U.S. Bank

25    and Rushmore, you couldn't remember and you didn't know

Page 233

1    certain answers, correct?

2        A    Correct.

3        Q    Now, you testified earlier that this

4    situation, this complaint, the case itself, is a

5    significant and important event in your life, correct?

6        A    Correct.

7        Q    But, although it is a significant and

8    important event in your life, it is impossible for

9    anyone to remember any and all details as to any

10   significant or important event in their life, correct?

11       A    Correct.

12       Q    Now, Ms. Josefina, throughout your whole

13   testimony today, prior to coming to your deposition,

14   during your deposition, no one at any time assisted you

15   with answering any of the questions that were asked here

16   today, correct?

17       A    Correct.

18       Q    And your testimony was to the best of your

19   recollection, correct?

20       A    Correct.

21            MS. VALENZANO:  I have no further questions.

22            MR. DIAZ:  Do you need a quick break,

23        Ms. Herrera?

24            THE WITNESS:  Yes.

25            MR. DIAZ:  Let's take like a two-minute break.

Page 234

1    I have a couple questions, and I will wrap it up.

2              (Recess taken.)

3                   RECROSS EXAMINATION

4    BY MR. DIAZ

5         Q    I have a couple questions.  Why is it, when I

6    ask you a question, you can't remember, but, when your

7    attorney asks you a question, you remember?

8         A    It seems to be the way in which you ask it.

9         Q    Let me give you an example.  Your attorney

10   said that the calls that were made were harassing phone

11   calls, and you agreed, correct?

12        A    Correct.

13        Q    The tape we heard from Bank of America today,

14   that wasn't harassing, correct?

15        A    In that case, Bank of America had sent a

16   modification package in which I had gone personally.

17   When I returned is when the call comes in.  I understand

18   that it's for the same process that they were doing.

19        Q    So, that call is not one of the 1400 calls

20   that you are complaining about?

21        A    I understand that.  No.

22        Q    And you can't remember a single call and what

23   took place in any of those calls when I asked you a

24   question.

25              MS. VALENZANO:  Form.

Page 235

1      A     I believe I made a comment where -- what's

2    your name?  Excuse me.

3             MS. VALENZANO:  She is referring to counsel

4        for Bank of America.

5        A     -- where I said in the way that they called.

6    That's why.

7        Q     So, you can't remember any calls with

8    Rushmore, can you?

9             MS. VALENZANO:  Form.

10       A     In the way that they call, always, that it's a

11   call to attempt to collect a debt.  And the rest of the

12   things, no.

13       Q     Besides the statement about calling to collect

14   a debt, a disclaimer, can you give me one example of a

15   harassing call from Rushmore?

16       A     When they called to tell me that they were the

17   ones who had to collect, but they did so in a way

18   that -- in the same way that they do the recording.  So

19   I told them, "Why, if I have my attorney?"

20             I told that to Rushmore.  I told that to

21   Rushmore.  I remember that.  It could be in the

22   recording.  You recorded it.  You record them.

23       Q     So, Rushmore advised you that they were taking

24   over the loan?

25       A     And, at the time, they said it's an attempt to

Page 236

1    collect a debt and everything that you say is going to

2    be used -- a way that they have it, they say it.

3           If he will play a recording of the ones that

4    they played, then I can tell him if it was yes or no, in

5    the way that they say it, that they ask it.

6       Q    So, your belief is that, because Rushmore said

7    that they are attempting to collect a debt, it's

8    harassment?

9       A    No.  It's with pressure.  It's with pressure

10   that they do that.  And they ask more questions.

11          In my head, like this, I don't remember

12   because there are too many things, what they say, and

13   that they are recording me and that -- oh, what else --

14   and that anything, all of the things that I say, they

15   are going to use against me.  Some things like that.

16          If you play the recording, then I will tell

17   you if it's that or not.

18      Q    Okay.  Second example, I asked you if you

19   hired a lawyer before the lawsuit, and you said no.

20          Your attorney said you hired a lawsuit (sic)

21   in 2010, which was before the lawsuit, and you said yes.

22          THE INTERPRETER:  "Your attorney said you

23      hired a lawsuit"?

24          MR. DIAZ:  Oh, is that what I said?

25          THE INTERPRETER:  Yes.

Page 237

1          MR. DIAZ:  Sorry.

2     BY MR. DIAZ

3          Q     Your attorney said you hired a lawyer in 2010,

4     prior to a lawsuit being filed, and you agreed.

5               Both statements can't be true.  What is the

6     truth?

7          A     Can you repeat that again, please.

8          Q     Sure.

9          A     Excuse me.

10         Q     You testified, when I asked you the question,

11    that you did not hire a lawyer prior to the foreclosure,

12    which was in 2011.

13              Your lawyer asked you if you hired a lawyer on

14    September 23, 2010, and you said yes.

15              Both statements can't be true.  So, what is

16    the truth?

17         A     That I can remember, 2010, I understand that I

18    did have an attorney.

19         Q     Prior to the lawsuit?

20         A     The lawsuit was?

21         Q     2011.

22         A     That was the first lawsuit with Bank of

23    America?

24         Q     The foreclosure lawsuit was from 2011.  When I

25    asked you the question about that, you said you wouldn't

Page 238

1    have hired a lawyer before the lawsuit.

2           And, just so you know, in that lawsuit,

3    Neusten was the first firm that appeared in 2012.

4           So, why are you now saying with your attorney

5    that you hired an attorney in 2010?

6       A    If I am remembering correctly, Sixto was

7    before Neusten Law Group.

8       Q    Prior to 2011?

9       A    I understand that there was another lawsuit,

10   so we are talking about -- I am referring to the

11   beginning, with Bank of America.

12          For me, it's the same.

13      Q    Okay.  My last question is, you told me that

14   you listed your home for a short sale.  Your attorney

15   said that Rushmore put the home up for short sale.

16   Which one is correct?

17      A    I understand that they put the foreclosure

18   anyway.  That's what we were referring to.

19      Q    When you say "we," do you mean you and your

20   attorney?

21      A    And you also.  We were referring -- I'm

22   speaking generally, okay?

23      Q    Are you done answering?

24      A    Uh-huh.

25      Q    Do you know what a short sale is?

Page 239

1      A      Explain it to me.

2      Q      Did you apply for a short sale for this house?

3      A      Correct.

4      Q      And you did it to try to save your credit?

5      A      Correct.

6      Q      And you are the one who applied for the short

7   sale?

8      A      Correct.

9      Q      Then why did you agree with your attorney when

10   she said Rushmore put the home up for short sale while

11   you were being reviewed for a loan modification?

12             That's not correct.

13             MS. VALENZANO:  Form.

14      A      I understood that it was knowing that it was

15   in that process.

16             MR. DIAZ:  I've got no further questions.

17        We're done.

18             MS. VALENZANO:  I just have one more question

19        and we are done, unless you are going to have more

20        questions.

21             MR. DIAZ:  No.  I was going to say she has the

22        right to read this, but we can do that when you are

23        done.

24             MS. VALENZANO:  Okay.

25   //

Page 240

1                    RECROSS EXAMINATION

2   BY MS. VALENZANO

3        Q    Ms. Josefina, you hire an attorney for the

4   purpose for that attorney to go ahead and handle

5   whatever situation that you are hiring them for,

6   correct?

7        A    Correct, yes.

8        Q    And you also hire an attorney so that the

9   attorney can be the one that is contacted directly

10  and/or initiates communication on your behalf, correct?

11       A    Correct.

12       Q    Now, you testified earlier that you informed

13  defendants that you were represented by a lawyer,

14  correct?

15       A    Correct.

16       Q    And you informed them on repeated occasions,

17  correct?

18       A    Correct.

19       Q    And your counsel also informed defendants that

20  you were represented by counsel on repeated occasions,

21  correct?

22            MR. DIAZ:  Objection to form.  These were all

23       asked and answered during your cross, twice.

24       A    Correct.

25       Q    Now, if you and your counsel are notifying the

Page 241

1    defendant that you have an attorney, you expect the

2    defendants to stop contacting you directly, correct --

3         A    Correct.

4              MR. DIAZ:  Objection.  These were all asked

5         and answered.

6         Q    -- especially since they were informed

7    repeatedly, correct?

8              MR. DIAZ:  Objection.  Asked and answered.

9         A    Correct.

10        Q    And, if the defendants are continuing to

11   contact you after you and your counsel informed them

12   that you were represented by an attorney, then those

13   calls were not consented by you or your attorney,

14   correct?

15        A    Correct.

16             MR. DIAZ:  Objection.  Again, that was already

17        asked and answered.  This is the third time you

18        have asked this question.

19   BY MS. VALENZANO

20        Q    And, therefore, if you didn't consent or your

21   attorney didn't consent, then that's considered

22   harassment, correct?

23        A    Correct.

24             MR. DIAZ:  Objection.  Asked and answered for

25        the third time, that question.

Page 242

1          MS. VALENZANO:  I'm all done.

2          MR. DIAZ:  Ms. Herrera, you have the right to

3     read this transcript or waive the right to read it.

4          MS. VALENZANO:  Plaintiff reserves the right.

5     And I just want to ask both counsel for Bank of

6     America, U.S. Bank, and Rushmore whether you have

7     any other questions at this time.

8          My client, the plaintiff, is here today,

9     willing and able to answer your questions.

10                  REDIRECT EXAMINATION

11  BY MR. CARDENAL

12     Q    I've got one question.  Is there any document

13  that you can look at that would refresh your

14  recollection and allow you to answer any of the

15  questions we have asked with specificity?

16     A    I don't remember.

17     Q    Does that mean a document might exist?

18     A    For what question?

19     Q    Is there anything anywhere that you can review

20  that would allow you to answer our questions

21  specifically?

22     A    I don't remember like that.

23          MR. CARDENAL:  All right.  I've got nothing

24     else.

25          THE WITNESS:  It's too many questions.

Page 243

1          MR. DIAZ:  I have no more questions.

2          THE REPORTER:  Is this being ordered?

3          MS. VALENZANO:  Plaintiff will not be ordering

4     at this time.

5          MR. CARDENAL:  I'm not going to order it now.

6                         - - -

7          (Whereupon, the taking of the deposition was

8     concluded at 9:03 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 244

1                    CERTIFICATE OF OATH

2

3          I, Barbara Wilkie, Shorthand Reporter and

4      Notary Public in and for the State of Florida at

5      large, do hereby certify that the witness, JOSEFINA

6      HERRERA, appeared personally before me and was duly

7      sworn.

8          Signed and sealed this 20th day of June, 2016.

9

10

11

       _____

12                     Barbara Wilkie, Reporter

13

14   Commission No. FF112703

     My Commission Expires:

15   July 9, 2018

16

17

18

19

20

21

22

23

24

25

Page 245

1                          CERTIFICATE
2     STATE OF FLORIDA        )
                             )   ss.
3     COUNTY OF BROWARD       )
4
              I, Barbara Wilkie, Shorthand Reporter and
5     Notary Public in and for the State of Florida at Large,
      do hereby certify that I reported the deposition of
6     JOSEFINA HERRERA, a witness called by the Defendants in
      the above-styled cause; and that the foregoing pages,
7     numbered from 1 to 243, inclusive, constitute a true and
      correct transcription of my shorthand report of the
8     deposition of said witness.
9              I further certify that I am not an attorney
      or counsel of any of the parties, nor a relative or
10    employee of counsel connected with the action, nor
      financially interested in the action.
11
              WITNESS my hand and official seal in the
12    City of Plantation, County of Broward, State of Florida,
      this 20th day of June, 2016.
13
14
15
      _____
16                Barbara Wilkie, Reporter
17
18
19    Commission No. FF112703
      My Commission Expires:
20    July 9, 2018
21
22
23
24
25

```
1                    ERRATA SHEET
                VERITEXT LEGAL SOLUTIONS
2                    800-567-8658
    ASSIGNMENT NO. CS2326551
3   CASE NAME: Herrera, Josefina v. Bank Of America, Et Al
    DATE OF DEPOSITION: 6/7/2016
4   WITNESS' NAME: Josefina Herrera
5

    PAGE/LINE(S)/    CHANGE         REASON
6   _____/_____/_____/_____
    _____/_____/_____/_____
7   _____/_____/_____/_____
    _____/_____/_____/_____
8   _____/_____/_____/_____
    _____/_____/_____/_____
9   _____/_____/_____/_____
    _____/_____/_____/_____
10  _____/_____/_____/_____
    _____/_____/_____/_____
11  _____/_____/_____/_____
    _____/_____/_____/_____
12  _____/_____/_____/_____
    _____/_____/_____/_____
13  _____/_____/_____/_____
    _____/_____/_____/_____
14  _____/_____/_____/_____
    _____/_____/_____/_____
15  _____/_____/_____/_____
    _____/_____/_____/_____
16  _____/_____/_____/_____
    _____/_____/_____/_____
17  _____/_____/_____/_____
    _____/_____/_____/_____
18  _____/_____/_____/_____
    _____/_____/_____/_____
19  _____/_____/_____/_____
20            _____
                 Josefina Herrera
21  (Notary not required in California)
    SUBSCRIBED AND SWORN TO
22  BEFORE ME THIS_____DAY
    OF_____, 2016.
23
    _____
24      NOTARY PUBLIC
25  MY COMMISSION EXPIRES_____
```

```
                                              Page 247
                      Veritext Legal Solutions
  1              290 W. Mt. Pleasant Ave. - Suite 3200
  2                    Livingston, New Jersey 07039
                   Toll Free: 800-227-8440   Fax: 973-629-1287
  3

  4
        June 21, 2016
  5
        To: Gabreilly Valenzano, Esq.
  6
        Case Name: Herrera, Josefina v. Bank Of America, Et Al
  7
        Veritext Reference Number: 2326551
  8
        Witness:  Josefina Herrera        Deposition Date:  6/7/2016
  9
 10     Dear Sir/Madam:
 11     The deposition transcript taken in the above-referenced
        matter, with the reading and signing having not been
 12     expressly waived, has been completed and is available
        for review and signature.  Please call our office to
 13     make arrangements for a convenient location to
        accomplish this or if you prefer a certified transcript
 14     can be purchased, which can be sent to you or the
        deponent directly.
 15
 16     If the jurat is not returned within thirty days of your
        receipt of this letter, the reading and signing will be
 17     deemed waived.
 18
 19
 20
 21     Sincerely,
 22
 23     Production Department
 24
 25     cc:   Daniel Cardenal, Esq.
```

| & |
| --- |
| **&**   2:8 27:2 160:2,7,9 160:17 180:9,13,18 181:3,9 184:18 185:9 186:5,12,15 186:21 189:13,14 189:15,18,25 190:10,19 191:4 193:17 194:2 |

| 0 |
| --- |
| **03/2011**   86:23 |
| **0621**   116:23 117:4 |
| **07**   67:25 68:5 |
| **07039**   247:2 |
| **08**   67:25 68:5 |
| **09**   68:5 |

| 1 |
| --- |
| **1**   3:14 17:15,25 18:2 18:3,11,20 19:22,23 28:17 37:12 38:16 108:9 132:10,11,16 211:24 212:1 213:13,16,20 245:7 |
| **1,400**   106:25 166:2 |
| **1,600**   211:6 |
| **1,624**   39:17 |
| **1-800**   81:21,22 |
| **10**   3:18 47:5,8,17 53:3,8 |
| **10/12/13**   44:9,24 45:5 |
| **100**   157:22,24 229:1 |
| **104,614.79**   35:23 |
| **107th**   2:4 |
| **10:08**   1:13 |
| **11**   3:19 26:22 68:23 69:1 87:4 161:14,17 |
| **12**   3:19 63:8,12,18 87:4 90:25 91:5,6 122:21,24 |
| **122**   3:19 |
| **13**   3:20 44:23 56:17 56:20 57:12,13,21 |

57:21 58:14,15 72:6 76:1,5,10,20,20 78:11,12,14 79:24 79:24 101:19 102:22 103:3 132:11 163:5
**133**   3:5
**13th**   56:21
**14**   3:20 48:23 77:24 185:6
**14,000**   215:3
**14,543.29**   213:5 215:10
**1400**   94:14 131:16 131:21 132:2,13,17 136:4 144:6 155:3,7 155:12,21 156:15 156:19 157:19 166:9,17 167:3,10 168:23 234:19
**148**   3:5
**149**   3:6
**15**   1:3 3:21 187:4,6 209:12
**1500**   136:11 144:6 154:25 221:7,10 228:25 229:4,5,13
**16**   3:21 104:10 188:14,17 195:24
**163**   3:20
**17**   3:14 71:1,1,4,5
**18112**   9:13 16:25 17:9 201:2
**184th**   94:25
**185**   3:20
**187**   3:21
**18710**   2:4
**188**   3:21
**19**   3:14
**1st**   108:9

| 2 |
| --- |
| **2**   3:14 19:3,23 22:3 22:7 28:5 45:14 115:10 128:24 |

131:18 153:6 195:10
**2,250,000**   115:16,20
**2.25**   127:5,15,15 153:19
**2/21**   69:10
**20**   13:21 54:8 151:16,19
**20,000**   39:17
**200**   79:22 80:1
**2000**   11:3 12:17,20 14:13
**2007**   32:20 67:21 108:9
**2008**   67:24 117:4,24
**2009**   68:1
**2010**   14:10 60:6 68:4,5 74:21 87:6 91:2,14,18 96:10 136:24 174:11 175:4,23 176:2 177:2 222:1 236:21 237:3,14,17 238:5
**2011**   44:13 45:4 68:10 74:23 75:1,2 86:25 87:3 96:12 132:10,11,17 168:21 175:21,25 237:12,21,24 238:8
**2012**   41:7,10 68:12 75:5 132:20 168:19 238:3
**2013**   41:12,13 55:11 57:12,21 58:14,20 59:2,11,14 61:1,24 68:16 71:1,4 75:2 75:10,21 76:10,20 78:11,14 79:24 88:3 101:8,19 102:22 103:3 106:2 117:12 168:17 207:25 211:24 212:1,19 213:13,16,20
**2014**   48:6,8 54:8,10 61:22 71:1,5 104:9

107:15,25 108:3,12 108:16 109:4 128:18,22 129:7 168:15 179:12 203:19 207:23 208:3 213:8 217:24
**2015**   56:17,17,20,21 57:13,21 58:15 61:2 61:18 62:11 76:10 76:20 78:12 79:24 109:14,20,20,24 129:4 132:12 172:25 177:19 178:14,15,21 198:15
**2016**   1:12 244:8 245:12 246:22 247:4
**2018**   244:15 245:20
**2076**   56:8
**20th**   244:8 245:12
**21**   48:6,8 69:4 104:9 213:8 247:4
**21,000**   215:19
**213**   2:15
**219**   3:6
**21st**   48:22 54:9
**22,000**   119:11
**23**   55:11 56:17 91:2 91:14,18 136:24 174:11 175:4,23 176:2 177:2,18 178:15 222:1 237:14
**2326551**   247:7
**234**   3:7
**23rd**   178:14
**24**   109:10,12 148:5
**240**   3:6
**242**   3:5
**243**   245:7
**244**   3:7
**247**   3:8
**25**   62:7,11

**25th** 2:9
**27** 2:4 3:15
**2706** 57:3,3
**28** 109:11,12
**29** 3:15,16 211:19
  213:15 215:4
**290** 247:1

**3**

**3** 3:15 27:17,20
  28:17
**3,000** 71:23
**3,006** 66:15
**3,200** 66:16
**3,600** 215:6
**3.4** 179:16
**3/20/11** 44:4
**30** 13:21 39:14
  107:15,25 108:2,12
  109:4 114:11,15,18
  114:18,18 128:11
  172:25
**305** 60:7 105:5
  199:18,19 200:6,12
  200:25 201:15
  202:5,12 203:1
**305-234-2424** 2:5
**305-379-0400** 2:10
**305-458-7525** 60:10
  101:12,14
**305-556-4898** 103:7
  199:11,20 203:11
**305-556-6362** 105:3
  105:19 203:8
**309** 2:14
**31** 3:16
**3200** 213:2 247:1
**33029** 9:14
**33130** 2:9
**33157** 2:4
**33317** 2:14
**34** 3:17
**36** 3:17
**3600** 39:14 71:24
  72:3

**39** 124:22
**3:00** 145:25

**4**

**4** 3:4,15 29:2,4,6
  33:10
**41** 117:6
**41,000** 117:8 118:1
**41,824.08** 116:22
  117:5
**41,824.08.** 117:4
**41st** 9:13 17:1,9
**42** 3:18
**44** 2:9
**4606** 102:14,14,24
**47** 3:18
**4898** 104:24
**499** 1:11 2:14
**4:00** 145:25
**4:30** 82:6

**5**

**5** 3:16 29:21,23
  133:14
**5,228** 39:13
**5/1/64** 5:20
**500** 97:18 218:16
**551-6362** 201:17
**556** 105:3,3
**559.729** 72:7
**561-674-2076** 55:19
**561-929-4600** 102:2
**561-929-4606** 102:6
  102:20

**6**

**6** 3:16 31:20,22 32:2
**6/7/2016** 246:3
  247:8
**62156** 1:3
**63** 65:2
**66** 72:6
**6650** 81:25 82:1
**669** 81:23,24
**68** 3:19 76:14

**7**

**7** 1:12 3:17 26:20
  34:9,13 35:5
**7,000** 72:1 215:5,7
  215:13,14,19
**70th** 1:11 2:14
**750,000** 124:23
**7525** 103:18,20,24
**786-306-6524**
  103:11
**79** 39:15
**79,000** 39:16

**8**

**8** 3:17 36:4,7 82:6
**8/1/2007** 107:16
  108:25
**8/1/2008** 107:16
  109:1
**80,000** 39:15,16
**80/20** 29:13 31:10
  32:21
**800** 39:6,7
**800-227-8440** 247:2
**800-567-8658** 246:2
**85,644.63** 29:5
**85,644.67.** 29:8
**865** 39:8,8
**89** 124:22

**9**

**9** 3:18 42:19,21,25
  86:7 133:5 149:6
  244:15 245:20
**90** 188:8,18,18
**954** 59:24 104:24
  199:18,23 200:7,12
  202:15,23,23,24
  203:13,19
**954-564-0071** 2:15
**954-620-0340** 103:1
  199:7
**973-629-1287** 247:2
**9:03** 243:8

**a**

**a.m.** 1:13 82:6
**abide** 143:15 228:3
**able** 55:8 61:20,25
  63:22 79:12 82:13
  82:25 83:23 95:25
  127:17 156:13
  242:9
**accomplish** 247:13
**account** 35:23
**accurate** 173:1
**act** 45:20 63:9,16,25
  76:3
**acted** 232:18
**action** 74:18 92:20
  92:20,21 182:3
  183:13,20 185:10
  190:7 245:10,10
**actions** 78:20 141:1
  141:2,7 224:10,16
**acts** 169:7
**actual** 143:3
**adam** 2:13
**adams** 185:9 186:5
  186:12,15,21
  189:13,14,15,18,25
  190:10,19 191:4
  193:17 194:2
**add** 99:22 104:1
  145:21 220:6
**added** 65:4 145:10
  147:20 213:5
  215:10,18 216:13
  230:23 231:3
**adding** 220:21
**addition** 157:19
  231:24
**additional** 135:25
  136:7
**additionally** 137:10
  224:13
**address** 9:12 13:3
  29:16 43:17 89:20
  196:18 197:6,14

**addresses** 11:6
**adiaz** 2:15
**admission** 127:10
**advise** 187:24
**advised** 235:23
**affect** 73:21 218:22
**affidavit** 106:23
  164:10,25 165:3
  166:19 170:2,24
  171:5,23 172:24
  174:22 176:1,19
  220:6
**affidavits** 164:7,14
  165:20
**afford** 40:16
**affordable** 43:5,7,12
  124:7
**afterward** 38:21
**agent** 68:14 70:8,19
  71:7,22 107:12
  144:20 229:24
**agents** 142:10
  225:15
**ago** 11:16 16:7 34:7
  96:8 107:4 114:5
  128:11 129:16,17
  130:18 148:20
  179:14 200:13
**agree** 40:6 44:25
  57:22 117:14
  124:12 194:3 239:9
**agreed** 234:11 237:4
**agreement** 182:21
  189:16,19,22 190:1
  190:6,11,18 191:10
  193:18
**aguirre** 159:9
**ahead** 6:14 59:19
  62:19 89:6 101:21
  133:17 139:7,9,24
  140:5 149:7 164:23
  194:10 223:13
  231:20 240:4
**al** 246:3 247:6

**alcohol** 218:20
**alfredo** 159:9
**allegation** 50:23
  139:1,5 166:4
  177:20 178:4
  213:12 214:1
**allegations** 78:3,9
  109:12 153:3
**allege** 51:7 77:9
  155:3 157:11
**alleged** 50:18 51:3
  117:11 143:23
  144:7 155:7 157:19
  198:19 215:20
**alleges** 64:19 77:25
  91:9 174:7
**alleging** 64:18 116:5
  182:24 217:3
**allow** 31:5 242:14
  242:20
**allowed** 56:1 139:11
  139:25 232:2
**ambulance** 96:17,25
**america** 1:7 2:7
  10:20,24 11:20,21
  11:23 12:2,9,13,21
  12:25 14:10,13,17
  14:22,23 15:21
  16:15,22 17:6,10,11
  23:11 25:1 31:12
  34:3,18,20 40:4,20
  40:24 41:9,12,13,17
  42:4 44:3 45:17,19
  46:2,12,21,25 49:9
  49:11,12,14,17,19
  49:20,23,23 50:1,19
  51:2,4,8,17,18,24
  52:2,10,15,23,25
  53:15 54:7,15,24
  55:1 56:7,24 57:15
  58:4,9,12,13,18
  60:17,24 61:8,11
  62:2,10,14,17 64:10
  64:19,19,21 65:3,7
  65:21 70:21 71:3,6

71:23 72:1 73:22,25
74:4,7,10 75:4,9,20
75:23,25 76:9,19,22
76:25 77:3,4,7,20
77:25 78:1,10,23
79:15,25 80:4,9
81:3,12 82:10,22
86:4 87:16,23 88:8
88:24 89:19,24 90:4
90:10 94:7,9,13,16
95:1 99:6,7 100:20
101:12,14,16,20
102:2,23 103:1,4,7
103:11,15,24 104:2
104:5,7,8,16 108:19
109:15,19,23
111:14,21 112:12
112:15,17,22,23
113:8 115:23
116:12,23 117:3,7,8
117:15,17 118:11
119:4,8 120:7,9
124:1 128:21 129:7
131:8 134:2 135:23
136:1,5,21 137:3
138:5 143:9 151:9
151:11,13,22
155:15,17 156:6,23
158:9,12 159:3
163:9,21 166:12
169:16,19 170:4,6
170:15 171:6,12,14
171:24 172:4,8,13
172:17 173:11
175:19 177:14
198:18 199:2
200:22 201:5,7,15
201:21 202:12
203:3 204:4,6,15
208:7,10,12,23
210:23 212:4,20
213:4 217:10,16,22
217:23 218:3 221:5
221:9 232:23
234:13,15 235:4

237:23 238:11
242:6 246:3 247:6
**america's** 57:11
  58:8 95:16 121:11
  221:23
**amount** 30:10 34:19
  147:21 155:15
  157:2 166:6 231:5
**amounted** 145:9
**amounting** 141:7
  224:15
**amounts** 65:4 80:2
  145:9 147:20
  230:23 231:2
**angel** 65:11,18,19
  68:14 144:20 210:8
  210:15,15,20 212:8
**annual** 214:9
**answer** 6:21 7:23
  18:17 22:1 33:16
  37:20 42:1,16 51:15
  53:14 54:6,22 55:9
  61:20,25 65:1 68:15
  77:19 79:12 95:12
  101:25 104:13
  146:15,15 149:21
  149:22 156:1
  163:13 166:15
  182:7 225:23 242:9
  242:14,20
**answered** 5:14 9:21
  9:22,24 52:13
  142:20 160:11
  226:11 240:23
  241:5,8,17,24
**answering** 5:1,7
  42:17 51:16 80:4,4
  113:19 154:1
  175:17 190:24
  233:15 238:23
**answers** 4:3,17 5:2
  38:2 53:4 95:8
  139:16 150:17
  185:24 233:1

**anti**  119:7,10
**anybody**  29:14
  105:21 185:20
**anymore**  59:21
  198:1 209:23 210:2
**anyplace**  106:8
**anyway**  118:17
  238:18
**apologize**  102:6
  232:14
**appearance**  185:9
**appearances**  2:1
**appeared**  180:19,21
  182:9,17 183:2,12
  238:3 244:6
**applied**  44:2,15
  239:6
**apply**  41:1,3,7,11
  133:21 194:13,25
  239:2
**appreciate**  105:6
**appropriately**  4:18
**approved**  17:10
  161:7,10
**approximate**  136:11
  229:4,5,13
**approximately**
  118:1 136:4,7 144:6
  154:3 155:2,6,22,22
  156:8,22,24 157:10
  157:14,15,21,23
  166:9,10 167:13
  168:14 178:20
  221:7,10 228:25
  229:1
**approximation**
  129:11 169:1,5,7,9
  169:13
**area**  95:25 98:3
  199:14 200:6,7,14
**argumentative**
  139:11
**arising**  117:11
**arrangements**
  247:13

**arrived**  89:11
  184:21 188:4
**aside**  139:18
**asked**  9:21,24 24:6
  41:20,23,25 42:10
  44:18 47:11,12
  57:15 58:1 75:12
  77:20 83:23 90:1,17
  90:18,21 94:15
  102:1 103:23 106:6
  106:8,10 111:8
  112:24 113:20
  115:1,4,22 122:5
  128:17 134:10
  139:3,18 143:6
  144:10 145:13
  155:16 157:2,17
  158:2 160:6,11
  180:23 185:21
  191:1 193:13
  194:16,18 211:14
  211:15 219:15
  220:5 224:18
  225:18 229:15
  231:7 233:15
  234:23 236:18
  237:10,13,25
  240:23 241:4,8,17
  241:18,24 242:15
**asking**  4:25 12:15
  12:16 24:4 33:13
  34:24 52:16 65:10
  74:14,15 75:15
  76:12 83:22 92:9
  94:18 101:15,16,21
  104:17 111:22
  112:2 114:11 122:5
  123:1 128:9,11
  135:4 139:1,4,8,20
  156:14 163:18
  165:20 166:20
  172:15 182:8,9,10
  183:4
**asks**  86:19 107:6
  112:10 114:21

234:7
**assert**  64:11
**asserting**  63:16,25
  72:7
**assignment**  246:2
**assist**  25:12 162:8
  162:13
**assistance**  43:4,11
  44:16 86:8 134:21
**assisted**  233:14
**associates**  184:18
  185:9 186:5,12,15
  186:21 189:13,14
  189:15,18 190:1,10
  190:19 191:5
  193:17 194:2
**association**  131:1
**assume**  101:23
**assumption**  216:15
  217:13
**at&t**  61:7,7 200:17
**attach**  28:1 131:22
**attached**  18:12,20
  19:13,24 28:9
  131:17
**attempt**  64:10,21
  80:5 235:11,25
**attempted**  64:19
  78:1
**attempting**  236:7
**attempts**  122:15
**attorney**  2:2 7:22
  17:20 20:5,6 22:14
  23:14,22,25 24:13
  24:15,17,20 26:3
  28:3,9 33:14,18
  51:11 52:6 61:13
  62:20 64:16 74:12
  74:13 79:16,25 80:8
  80:10 85:19 88:9
  90:5 92:15 95:11
  110:14,18,21
  117:22 122:18,19
  127:24 134:6,21
  136:25 137:7,12

138:2,13,17,21
  140:11,18 142:11
  142:16 148:21
  149:20,21 175:8,14
  176:9,22 179:9
  181:2,24 182:5
  183:15,17,18 184:8
  185:14 186:4
  187:12,12,24
  188:16 189:9,10
  190:9 191:11
  193:20 206:20
  208:15 209:16
  211:1,2 222:5 223:5
  223:9,19 228:20
  234:7,9 235:19
  236:20,22 237:3,18
  238:4,5,14,20 239:9
  240:3,4,8,9 241:1
  241:12,13,21 245:9
**attorney's**  138:21
  140:11,18 148:7
  222:17 223:19
**attorneys**  2:7,12
  20:12 21:17,18 23:8
  24:22 25:11 92:2,5
  92:10,15,25 93:1
  109:16,17 113:3
  123:24 137:6,22,24
  137:24 164:21,22
  174:13,14 175:1
  179:20,23 180:24
  180:25 181:1
  189:14 191:6 209:3
  222:1,11,24
**attributing**  216:9
**audio**  93:16
**august**  32:20 70:25
  71:1,4,5 108:9,9
**authenticate**  82:14
  83:1
**authentication**
  82:15
**authored**  111:12

**authorization** 76:24
192:23
**authorize** 49:20
189:18 190:10
193:11
**authorized** 49:13,19
49:24 51:4,19 76:22
89:13,14 158:9
179:15 189:20
190:12 217:19
**authorizes** 76:25
77:3 171:14,15
217:17
**auto** 225:25 226:3
226:16
**automatic** 143:7
225:21 227:5,7,17
227:21
**automatically** 138:3
194:23
**available** 247:12
**ave** 247:1
**avenue** 1:11 2:4,14
**awake** 146:1
**award** 109:20
**aware** 13:22 14:6
138:2,5,16 143:14
149:14 186:21,24
188:7 189:15
222:24 223:1 228:2
232:10

**b**

**b** 91:12 107:13
**back** 15:5 16:6 22:2
22:24 33:20 37:3
44:22 45:9 60:1
81:14 82:16 83:2
86:7 92:16,25 93:10
97:15 98:8,8 111:16
112:20 114:7,7
117:9,15,17 118:1
125:19 129:15
130:11 132:8 146:8
147:19 155:19

162:23 174:25
178:21 184:24
196:6 199:22,22
205:1 210:24 232:5
**background** 141:16
141:19 224:23
**backtrack** 124:19
**backwards** 84:2
**bacon** 66:9,14 210:8
213:24 229:25
**bad** 38:20 79:1,11
97:12,22 159:12
206:15
**balance** 29:8 35:22
65:4
**balloon** 29:7
**bank** 1:7,8 2:7,12
10:20,24 11:20,21
11:23 12:1,9,13,20
12:24 14:9,12,17,22
14:23 15:21 16:15
16:22 17:6,10,11
23:10 25:1,2 31:5
31:12 33:7 34:3,18
34:19 40:3,20,24
41:9,12,13,17 42:4
44:3 45:16,16,19
46:2,8,11,12,12,18
46:21,21,23,24,25
47:1 49:9,10,11,12
49:13,14,16,17,18
49:19,20,20,22,23
49:23,24 50:1,2,19
51:2,4,4,8,8,16,18
51:19,24 52:2,10,14
52:22,25 53:15 54:7
54:15,24,25,25 55:2
56:7,24 57:11,15
58:3,7,8,12,13,18
60:17,23 61:8,11
62:2,9,10,14,16
64:10,18,19,21 65:3
65:3,7,21 70:20
71:3,6,23,25 73:22
73:25 74:4,7,10

75:4,9,20,23,25
76:9,19,22,22,25,25
77:3,4,7,11,20,21,25
78:1,4,9,22 79:15
79:25 80:4,9 81:2
81:12 82:10,22 86:4
87:16,23 88:8,23
89:19,24 90:4,9
94:7,9,13,13,16,25
95:1,16 99:5,7
100:19 101:12,14
101:16,20 102:2,23
103:1,4,7,11,15,24
104:2,5,7,7,8,15
108:19 109:15,19
109:23 111:14,20
112:12,15,17,18,21
112:23 113:8
115:22 116:12,12
116:23 117:3,7,8,15
117:17 118:11
119:4,8 120:7,9
121:11 124:1
128:21 129:6 131:8
134:2,3 135:23,23
136:1,1,5,20 137:3
137:4 138:5 143:9
155:15,17,17 156:6
156:7,23,23 158:4,9
158:12,13,16,21
159:3 161:7 163:9
163:21,22 166:12
166:13 169:15,17
169:19,22,23 170:4
170:5,5,15,16 171:6
171:9,11,12,14,22
171:24 172:2,4,8,10
172:12,13,16,17
173:10,12,17,17,19
174:3 175:19
177:14,14 198:18
198:18 199:1,2
200:21 201:5,7,15
201:20 202:12
203:3 204:4,6,14

207:11 208:6,9,9,12
208:23,24 210:23
212:4,20 213:4,4
217:9,16,21,22
218:2,3 219:15
220:7,21 221:5,5,9
221:9,23 222:5,10
222:16,19,23 223:4
223:8,18,20 224:5,9
224:19 225:7,14
226:10 228:1,11
229:1,12,20 230:3
230:12,18 231:4,7
231:19 232:9,18,23
232:24 234:13,15
235:4 237:22
238:11 242:5,6
246:3 247:6
**bank's** 46:5,14
158:7
**bankruptcy** 26:6,17
26:19,22,25 92:20
98:25 160:17 180:5
180:24 181:4,10,16
209:9
**banks** 79:9 209:17
**barbara** 1:18 244:3
244:12 245:4,16
**barely** 146:1
**barrier** 135:6
**base** 4:22 72:23
**based** 57:2 154:24
168:8 173:25 214:7
**bathroom** 97:10,11
206:10
**beacon** 107:12
**beauty** 7:1 8:15
**bed** 96:20
**beeping** 142:25
143:2 226:20,22
**began** 56:16 67:7
118:12 122:11
130:5 131:11,12
132:10 208:5

**beginning**  17:12
47:3,23,23 82:17
99:9 107:15 109:4
218:7 238:11
**begins**  29:6 67:22
108:13
**behalf**  1:17 52:14,22
180:19,22 183:13
189:16,22 191:10
207:5 240:10
**beings**  128:5,9
168:1
**belief**  236:6
**believe**  16:16 44:13
46:18 48:24 49:16
54:18,19,24 62:14
62:14,15,16 63:3
66:9,10 68:6 69:4
72:25 74:24 84:17
85:22 86:1 89:18
95:13 102:3 112:21
121:23 128:3
154:25 160:22
163:16 184:15
187:19 188:4
191:10 194:19
201:17 208:11,23
209:25 229:24
235:1
**believing**  44:17
**belong**  69:7
**belongs**  69:6
**best**  75:19 85:5
117:25 233:18
**better**  32:1 59:4
174:20 183:19
**beyond**  124:8,20
**big**  30:8,11 37:3,15
37:18 38:18 39:5
124:24 132:22
211:9
**bill**  131:3
**billing**  48:13
**bills**  130:22

**birth**  5:19 43:15
45:2 146:20
**bit**  73:10 133:17
148:7 181:6 211:8
215:16,16 219:11
**black**  35:16
**bloom**  1:3
**bold**  35:15
**bolded**  35:19
**born**  5:21
**borrowed**  37:10
**borrower**  43:14
44:8,15 86:22
**borrowers**  138:6
**bothered**  64:15
**bottle**  133:10
**bottom**  38:9 53:3
76:7 119:2
**bought**  12:14 16:11
67:8 71:12 120:7
**box**  44:7,14 86:8,19
**brain**  155:23
**bravo**  184:11
**break**  5:12,13,15
18:24 26:12 31:15
45:7 87:10 99:25
100:6 110:6 154:9
211:11 233:22,25
**breakfast**  31:25
97:23
**broker**  65:11
**brokers**  159:1
**brought**  209:1
**broward**  11:12,13
11:14,19 89:20
209:8 245:3,12
**bucks**  215:13
**building**  120:19
**bumble**  27:2,2 160:2
160:3,7,7,9,9,17,17
**bunch**  51:10 80:6
**business**  13:7
160:24
**buy**  12:6,24 17:2,4,7
120:3,9,11,12 202:2

**buying**  71:17

**c**

**c**  107:13 197:15
**calculate**  127:17
**california**  246:21
**call**  27:8,21 32:21
34:17 38:12 42:11
43:5 46:9,20,22
47:18,19 49:13,13
49:21,24,25 51:5,6
51:14,17,19 52:5
54:21,25 56:2,8,24
57:7,7,9,14,23 58:1
60:19 61:14 65:18
67:16 68:14,18
70:14,15 71:21
72:18 81:13 82:16
82:18 83:2,4 84:13
84:14 85:15,17,21
87:9,16 88:10,11,12
88:18 89:22,25 90:5
90:16 93:12,19,25
94:2,8 95:2 96:17
96:25 98:14 101:12
101:14,16,20 102:2
102:23 103:1,4,6,6
103:7,11,13,17,24
104:8 108:4 111:24
112:20 113:10
116:7,13,15 119:22
121:23 122:19
125:1 132:4,7
142:20 154:21
156:10 158:4,22
167:15,23 170:13
172:22 173:2 174:2
186:6 200:16,18,23
202:21,22,24 203:7
203:10,15 204:20
204:21 206:22
207:8,15,19 210:14
218:9 226:11
234:17,19,22
235:10,11,15

247:12
**called**  4:7 34:5
37:18 43:10 51:9,20
52:4,10 57:6,6,9,12
58:6,8,13 60:17
66:9 70:8 71:25
84:11 90:10,22,22
94:14,24 103:16
104:3,12,14,19
106:9,25 109:23
121:25 126:11
132:6,12 137:14,18
142:19 158:16
159:3 168:4 170:1
174:3 192:10
198:19,20,24 199:2
201:20 206:17,20
206:24,25 212:8
222:16,19 226:10
235:5,16 245:6
**calling**  20:16,18
51:22 52:9,14 55:1
55:2 61:9,12 73:16
73:16 137:15
158:13,15 167:5
177:15,17,25
178:25 200:22
222:20 235:13
**calls**  42:8 46:4,10
49:22 50:24,25
57:16,16,20 58:18
58:19 60:25 72:11
72:13,13 73:13,20
76:15 78:23 79:9,10
80:10 87:15,18,21
87:23 88:3 89:8
93:23 94:1,5,10
95:16,23 104:3,14
105:3 107:2,4
109:22 111:20
112:18 113:8
114:13,17 115:19
115:20,22 116:4,7,8
116:10 117:12
121:11 127:20

**[calls - clients]**

128:7,14,23 129:2,7
129:18,19 130:5,9
131:8,10,14,16,21
131:21,23 132:2,8,9
132:18,18,20 134:6
134:7 135:19,22,25
136:4,7,11 137:19
138:3 140:23 141:6
142:9,24 144:7
153:22 154:1,2,12
154:20,25 155:3,7
155:12,13,15,18
156:6,14,20,22,22
157:2,4,12,19,19,24
158:2 159:4 164:20
166:2,7,9,24 167:3
167:8,10,18,20,21
168:4,6,11,15 169:1
169:2,3,15,19,22
170:3,11,16 171:6,9
171:22,23 172:7
173:10 178:5,6,14
178:15,20 200:20
203:16 204:10
206:19 220:7,25
221:7,10,13 224:4
224:14,18 225:13
225:19,21 226:4,19
227:3,7,17,22
228:19,21,25 229:4
234:10,11,19,23
235:7 241:13
**cancel** 161:22
**cancelled** 198:7
**capacity** 184:7
**car** 97:7
**cardenal** 2:8 3:4,5
4:12 6:17,20 7:9,21
8:6,23 9:20,24 10:8
11:17 13:6,10,14,23
14:3,7,8 15:5,19
17:16 18:24 21:7,15
22:24 25:7,10 26:12
26:16 27:18 29:3,22
31:15,21 34:15 36:5

36:19 42:20 45:6,12
47:6 49:3 64:9
68:24 80:14,17,20
83:6 84:24 85:7,12
87:10 88:17 98:11
99:16,24 100:1,4,9
100:13 102:10
110:3,7,9 111:16
122:22 132:25
133:3 138:23
139:15 140:2,5,15
141:3,10 143:5,13
143:20,25 145:11
148:2 149:1,9
162:21 163:3 192:3
242:11,23 243:5
247:25
**care** 94:24,24 96:19
**case** 1:3 23:25 24:16
24:22,25 25:4,12
33:16 41:18 58:4
71:6,18 79:2 94:6
129:1,4,7,10 145:22
147:4 158:8 161:14
161:25 162:8,12
182:9 183:3 186:22
190:2,11 195:11
208:19,22 209:7,12
219:13 225:13
226:10 233:4
234:15 246:3 247:6
**cases** 22:12 25:18,20
25:23 26:9 135:2
152:17,18,21 153:2
154:13,14,19
**cause** 1:21 98:20,25
114:22 115:6 245:6
**caused** 95:16 128:14
206:16
**causing** 125:24
**cc** 247:25
**cell** 55:10,15,24
58:20 59:2,10 60:5
60:11,13 61:9,12
72:11,13 73:13,16

101:5,5 104:21
105:25 106:6,14
131:3 135:22 136:5
136:8 152:14 178:6
178:9 204:20 220:7
220:25 221:14
225:22 227:11,22
**cellular** 76:16
106:11,17,18 178:5
**certain** 211:2 233:1
**certainly** 204:16
**certificate** 3:7 92:4
244:1 245:1
**certified** 136:13,16
136:19 221:16,18
221:22 247:13
**certify** 244:5 245:5
245:9
**chance** 4:16 81:5
159:19
**change** 40:14 54:15
60:3 200:6 211:8
246:5
**changed** 19:8 28:20
47:1 48:18 187:12
200:11 208:11
**changing** 124:8
214:17
**chapter** 26:20,22
161:14,17
**charge** 36:8,9,15,20
82:12 90:12 215:11
217:1
**charged** 216:15
**charges** 208:16,24
209:17 216:16
**charging** 216:2
**check** 14:25 15:14
16:5,6,22,23 40:3,4
41:4,6 56:22 57:8
57:10 58:18 59:8
60:23 61:3,5 71:6,7
77:22 84:1 86:4
105:2 108:16 109:5
109:10 131:14

148:14,15,18
167:16 192:19,19
198:23 218:1
**checked** 22:9 169:12
194:22
**checking** 148:20
206:13
**chiropractor** 146:4
231:13
**chiropractors**
126:12,13
**choosing** 121:8
**circle** 69:17 86:11
**circled** 86:19
**circles** 149:2
**circumstances** 8:12
**citizen** 84:3
**city** 11:10 245:12
**claim** 21:12 42:5
94:13 106:24
114:22 115:5,18
116:21 127:15
136:17 162:20
172:12 178:9
219:16 220:6,21,25
221:16,19
**claimed** 169:17
172:9,16 173:12
**claiming** 115:7
208:13
**claims** 128:12
145:15 148:22
153:3 172:3 191:18
191:23,24,25
**clarify** 16:21 36:19
77:7 93:5 172:15
191:15
**class** 6:3 55:22
**clear** 38:8 51:25
54:23 73:15 200:24
**client** 139:16 159:2
182:5 187:8 191:11
242:8
**clients** 34:18,20
116:3

[close - continued]

**close** 161:25 214:6
**closed** 146:2 194:23
**closing** 29:14 120:2
  161:11,11
**code** 200:7,7
**codes** 199:14
**coincidence** 52:16
**collect** 57:13 58:14
  61:1 74:4,7,10,15
  78:1,12 80:5 116:16
  116:17 208:24
  235:11,13,17 236:1
  236:7
**collecting** 77:12
  141:23 142:3
  224:23 225:2
**collection** 45:20
  57:20,23 63:9,16,25
  76:3 117:12,20,20
  117:20 141:16
  143:14 152:21
  162:13 177:17
  178:20 228:2,7
**collectively** 137:4
  228:24
**collector** 52:5
**collectors** 51:10
  143:12 228:1
**collects** 228:6
**combination** 120:17
  153:5,17 156:8
**combine** 154:4
**combining** 153:11
**come** 45:8 151:13
  153:24 154:10
  155:8,11,23 156:15
  157:18,22 166:3,20
  166:25 177:1,5
  178:21,21 200:15
  215:3,11
**comes** 31:7 57:8
  124:2 129:23
  200:23 234:17
**comfortable** 135:15
  135:17

**coming** 97:24 98:17
  107:2 149:23,25
  150:8,18 167:7
  190:4 233:13
**comment** 192:11
  235:1
**commented** 212:2
**commission** 244:14
  244:14 245:19,19
  246:25
**committed** 144:4
  147:5 221:6
**communicate** 151:3
  186:11
**communicated**
  78:10 204:18
**communicating**
  182:25
**communication**
  182:8,14 189:6,12
  189:13 193:16
  223:10 240:10
**communications**
  52:2 142:15
**companies** 26:24
  49:11 79:8 107:7
  168:5 200:17
**company** 6:1 7:3
  8:16 15:17 27:4,5
  49:17 55:21 56:22
  59:8 61:5,6 71:20
  87:2 143:18 161:6
  202:19 207:8,15
  228:6
**complaining** 234:20
**complaint** 18:12,21
  19:24 20:3 21:5,11
  22:3 23:14 24:1,11
  28:2,9 45:15 50:18
  62:7 63:8 64:7 72:6
  76:14 91:1 106:23
  115:11 116:25
  117:18 131:18,22
  132:9,12,16,17
  134:2,11 135:1

136:13 139:1,5,20
  143:7,24 144:8
  145:15 152:9,19
  153:7,8,13,20,25
  154:7,11 155:4,7,8
  155:20 157:11,20
  164:8 166:17 178:5
  195:7,9,10 211:20
  213:15 214:14,21
  215:9 219:16 221:4
  225:20 226:1 233:4
**complaints** 20:17,18
  20:21,22 152:12,25
  153:1,4 164:15
**complete** 63:23 81:9
  82:14 99:5
**completed** 247:12
**completely** 34:2
  83:25 214:2
**complicated** 73:10
**compound** 11:18
**comprehend** 135:11
**computer** 165:10
**concern** 38:21
  114:21 115:5
**concerning** 10:24
  38:19 50:25
**conclude** 224:4
**concluded** 243:8
**conduct** 76:17
**conference** 56:14,14
**confidential** 192:16
  192:23
**confirm** 64:6
**conflict** 171:17
**confused** 22:20 23:3
  24:3 64:24
**confusing** 24:5 26:8
**connected** 245:10
**connection** 11:23
  15:15 77:5 122:16
**consent** 142:17
  222:17,17 227:20
  227:21 241:20,21

**consented** 137:19
  188:8 241:13
**consequence** 72:18
  76:18,23
**consequently**
  211:22
**consider** 141:23
  146:20 147:4
  220:13
**considered** 141:24
  225:3 241:21
**considering** 137:22
  141:1 143:11
  219:20 220:12
  222:23 227:25
**constitute** 245:7
**construction** 121:6
**consumer** 45:20
  63:9,15,24 76:2
  141:24 191:25
  225:3
**contact** 74:13 79:15
  80:9 138:18 140:13
  140:20 141:12
  202:3 223:1,6,21
  224:1 241:11
**contacted** 74:14
  79:25 223:13 240:9
**contacting** 79:16
  138:14 173:22
  241:2
**contemporaneously**
  111:13
**content** 35:7
**contention** 18:6
  144:2 225:20
**context** 69:11
**continuation** 93:23
**continue** 13:19
  53:14 54:6,14 71:14
  146:10 163:1 192:4
**continued** 68:21
  138:13 142:15
  177:16 200:22
  202:20 223:6

[continues - current]                                                    Page 9

**continues**   58:3
  195:5 202:18
**continuing**   76:15
  241:10
**continuous**   93:23
  94:5
**convenience**   4:14
  38:7 81:14
**convenient**   247:13
**conversation**   83:8
  83:13 85:13 111:13
  112:1 190:5 207:3
**conversations**   84:19
  112:11 116:1
**copies**   65:10,11 66:8
  66:10 112:4,6
  144:21 153:4
  210:12,23 230:2
**copy**   18:6,11 19:9
  19:23 23:10 28:8
  65:18,19,19 133:7,8
  152:25 153:8
  154:18 162:22
  210:21
**corner**   32:13,16
**corporation**   160:24
**correct**   5:8,11,24
  9:16 10:11 12:22
  15:22,25 17:13
  23:17,18 26:18 27:7
  28:7 29:17,19 36:2
  37:2,2 40:9 41:2,2
  54:12 55:23 58:6
  61:10 62:23 66:22
  67:2,5 68:21 71:12
  71:15 74:6,17 78:4
  79:21,23 83:11,14
  83:16 86:21 89:2
  98:10,16 100:20
  101:3 103:2,8,12
  108:11 110:22
  117:10,16,23 121:7
  121:19,21 122:2,10
  122:19 125:24
  129:3 132:19 134:3

134:4,8,9,12,13,15
134:16,18,19,22,23
135:2,3,7,8,13,14,17
135:18,23,24 136:2
136:3,5,6,8,9,11,12
136:14,15,17,18,21
136:22,25 137:1,8,9
137:12,13,16,17,19
137:20 138:3,4,7,8
138:10,11,14,15,18
138:19 140:14,21
140:22,24,25 141:2
141:4,8,9,13,14,17
141:18,20,21,25
142:1,6,7,12,13,17
142:18,22,23,25
143:1,3,4,16,17,19
143:21,24 144:1,4,5
144:8,9,12,13,15,16
144:18,19,22,23,25
145:1,4,5,7,8,10,12
145:15,16 146:11
146:12,15,16,18,19
146:22,23 147:2,3,6
147:7,10,11,16,17
147:22,23 151:11
153:16 154:2,8
157:8 160:5 161:2,3
161:8 164:2,4
167:20 171:5 172:5
180:4,6,8,10,24
181:11,17,22
183:21 197:19,22
198:9 199:8,10
201:1,4,16 202:10
202:13 217:25
219:18,19,22,24
220:2,4,8,9,14,15,17
220:19,22,23 221:1
221:2,11,12,14,15
221:16,17,19,21,23
221:24 222:1,3,6,8
222:11,13,14,15,17
222:18,21,22 223:2
223:3,6,7,11,12,14

223:15,16,17,22,24
224:2,3,6,7,11,12,16
224:17,20,21,24,25
225:4,6,10,11,16,17
226:2,12,13,20,21
226:23,24 227:5,6,9
227:10,11,12,14,16
227:18,19,23,24
228:3,5,8,10,13,14
228:17,18,22,23
229:3,5,7,9,10,13,14
229:18,22,23 230:1
230:4,5,9,10,14,16
230:20,21,24 231:1
231:5,6,22 232:8,11
232:13,19,21 233:1
233:2,5,6,10,11,16
233:17,19,20
234:11,12,14
238:16 239:3,5,8,12
240:6,7,10,11,14,15
240:17,18,21,24
241:2,3,7,9,14,15,22
241:23 245:7
**corrected**   47:12
**correctly**   23:24
  62:20 63:1 68:2
  89:1 117:6,7 125:20
  188:5 238:6
**cost**   119:10
**counsel**   6:13 13:19
  27:19 34:12 36:6
  47:7 72:11 76:16
  78:2 91:2,13,17
  99:17,22 100:20
  134:10 135:4 138:1
  138:6,24 139:6
  140:1,13,20 141:7
  144:10 145:13
  174:10 176:1 187:7
  219:14 220:5
  223:16,21 224:1,18
  225:18 227:18,21
  229:15 231:7,11
  232:23,24 235:3

240:19,20,25
  241:11 242:5 245:9
  245:10
**counsel's**   224:10,15
**count**   63:8,15,24
  64:17,18 75:25 76:1
  76:7 77:24
**country**   84:3
**counts**   45:16,18
  46:2 77:24
**county**   209:8 245:3
  245:12
**couple**   148:3 234:1
  234:5
**course**   16:19,24,24
  79:11 84:5 87:22
  131:6 132:5 196:22
**court**   1:1,18 25:1,13
  185:1 193:4,6,8
  208:22 209:1,2,7,9
  209:12,16 210:25
**courtesy**   139:8
**courthouse**   209:8,9
  209:9
**cover**   67:1 214:10
**coverage**   66:23 72:3
  215:5,7
**covered**   212:9
**create**   124:7 164:3,7
  164:17
**created**   164:5 165:6
  165:15
**credit**   12:6 195:1,5
  239:4
**cross**   3:5,6 13:21,24
  133:4,12,22 139:12
  139:14,25 140:4
  148:3 149:11
  154:24 157:3
  240:23
**crying**   97:7,11
**cs2326551**   1:25
  246:2
**current**   5:25

**currently** 5:23 9:9
143:8 197:20
207:20
**customer** 48:13 82:9
82:11
**customers** 151:3
**cut** 24:8 30:22 131:4
**cv** 1:3

**d**

**d** 3:1 197:15
**d&g** 160:24 161:1
**damage** 117:11
118:3,9 131:7
**damaged** 8:16 73:14
93:19 115:8
**damages** 109:7,17
109:21 110:1,2
114:22 115:5,15,18
116:21 117:17
118:13 126:19
127:3,7 153:19
154:3,21 205:22
208:6
**damaging** 218:13
**daniel** 2:8 133:20
160:6 217:22
247:25
**date** 5:19 43:15 44:4
44:8,9,13,15,15,19
45:1,2 48:11 49:1
52:17,18 55:12
56:19 59:6,6,7
66:19 67:3,14,15,16
67:17,22 74:9 75:6
75:8,22,24 78:16
86:22 88:5 101:22
103:5 108:13,14,18
109:4,4 137:7,12
159:18 161:11
167:15 177:2,5,6,7
192:19 246:3 247:8
**dates** 41:15 44:20
58:16 61:19,20
67:11 75:2 78:11,13

78:15,20 79:3,5
80:2 91:15 92:17
101:10,10,15
109:25 129:10,14
130:7 169:3 173:23
**day** 52:17 89:5
147:2 161:11 167:5
167:5 180:14
194:20 244:8
245:12 246:22
**days** 58:16 110:1
114:11,16,18,19
128:11 169:3
173:23 188:8,18,18
247:16
**dcardenal** 2:10
**deal** 109:12 159:5
**dealing** 46:25
158:12
**deals** 7:1 193:20
**dear** 48:4 247:10
**debt** 36:1 51:10 52:5
57:13,20,22 58:14
61:1 73:23,25 74:2
78:1,12 80:6 116:16
117:11 141:16,22
142:3 143:12,14
147:22 152:21
162:13 224:23
225:1 228:1,2,6,7
231:5 235:11,14
236:1,7
**deceived** 147:21
231:3
**december** 59:11
128:18,22
**decision** 124:2
**deemed** 247:17
**defendant** 2:7,12
7:19 8:8,10,20,24
9:2 147:20 213:3
241:1
**defendants** 1:9,17
3:13 17:15 18:11,20
19:3,23 27:17,20

29:2,21 31:20 34:9
36:4,7 38:15 42:19
42:25 45:14 47:5,8
47:16 53:3,8 68:23
68:25 72:7 76:17
122:21,24 135:20
136:1,10 137:3,5,10
137:14,18,25
138:12,16,20
140:10,12,17,19,23
141:5,13 142:4,9,9
142:14,19 143:11
143:22 144:17,24
145:3,6 148:23
163:5 177:13,16
185:6 187:6 188:14
221:8,9 222:4,9
223:25 225:13
226:9 227:25
228:11,24 229:11
229:20 230:2,6,12
230:17 231:4,19
232:9,17 240:13,19
241:2,10 245:6
**defenses** 42:5
**delay** 142:22 226:12
**delegates** 218:4
**delivered** 107:2
193:22
**demand** 179:16
**demanda** 21:8,9,10
**demonstrate** 95:22
**denied** 89:6 124:13
194:15
**deny** 57:25
**department** 82:8
90:24 123:24
247:23
**depends** 13:25
21:13 152:7
**deponent** 247:14
**deposed** 4:20
**deposition** 1:15,20
7:25 14:1 93:6
113:4 133:16,25

139:7,24,25 149:24
150:1,2,5 163:13
233:13,14 243:7
245:5,8 246:3 247:8
247:11
**depositions** 149:14
**detail** 147:16
**details** 147:14 233:9
**determines** 67:19
**dialer** 226:3,16
**dialers** 143:7 225:25
**dialing** 225:21 227:5
227:8,18,22
**diaz** 2:13 3:6,7
31:17 80:19 100:12
102:16 105:13,17
149:12 150:23
151:2 152:24
156:12 157:7
159:14 160:1
162:19,22,25 163:6
163:20 167:2 176:5
181:8,14,19 182:8
182:12,17,23 183:6
183:10,11 184:17
185:7 186:3 187:4
187:10,16 188:15
191:15,21 192:1
193:15 194:1
195:12,13,18,23
196:1,4,6,16,17
198:14 211:10,15
211:18 212:24
216:8 219:2,23
220:3,10,18 221:20
222:2,7,12 223:23
225:5,23 226:2,14
226:25 227:15
228:4,9 229:6
230:15,25 231:23
232:4,12,20 233:22
233:25 234:4
236:24 237:1,2
239:16,21 240:22
241:4,8,16,24 242:2

243:1
**dictionary**  21:2
**died**  206:5
**difference**  19:17
  25:20,23 124:24
  125:11 211:9
**different**  14:20
  28:24,25 36:12,16
  36:17 60:5 63:4
  75:1 77:3 87:25
  88:1 93:9 112:21
  183:6 186:13 195:2
  195:4 199:14
**differentiate**  26:8
**difficult**  52:20 57:5
  78:16 104:11 124:3
  149:19 168:5
**digits**  81:9
**dilemma**  212:13
**diligence**  155:11
**diligent**  117:25
**direct**  3:4 4:11
  81:18 82:2 143:6
**directed**  51:8,17
  54:24 217:9
**direction**  62:9
  169:17 170:5 172:3
  172:9,13,17 173:12
  213:4
**directly**  61:5 71:8
  77:8 78:11 134:6
  138:3,14,18 140:13
  140:21 221:13
  223:2,6,14,22 224:2
  224:14 227:8,11,13
  228:20 240:9 241:2
  247:14
**discharge**  36:21,22
**disclaimer**  235:14
**disclose**  160:7
**discovery**  95:10,17
  150:17
**discuss**  33:19 82:13
  83:1 110:17,20
  225:25 226:2

**discussed**  148:8
  207:13 226:1
**discussing**  69:8
**dismissed**  27:8
  160:13,16,18
**distress**  145:14
**distributor**  6:3
  55:22
**district**  1:1,1
**divided**  32:22
**division**  1:2
**divulge**  182:20
**divulging**  182:15
**docket**  192:7,15,20
  192:20 193:1,1,5
**doctor**  96:22 97:17
  98:14 125:15,18
  127:11 154:22
  205:23
**doctors**  127:21
  128:13 147:1
  205:14
**document**  17:14
  18:2,3,19 19:2,6
  21:16 27:16,20,21
  27:24 29:1,20 30:16
  31:19 32:3,12,24
  33:6,9,18 34:3,8
  36:3 37:1 38:6,11
  38:22 39:3,4 42:18
  42:24 43:2,5,8
  44:18 45:2 47:4,18
  68:22 69:2,22 89:24
  90:9,19 93:6 100:25
  110:17,24 111:1
  115:12 121:24
  122:20 130:4 163:4
  163:8,24 164:1,3,5
  164:8,11 185:5
  187:5,17 188:13,20
  188:22 190:8 191:1
  191:17,18 192:8
  193:10 196:12
  220:22 242:12,17

**documentation**
  156:19
**documented**  65:24
**documents**  17:18
  23:10 30:19 41:20
  55:14 56:10,11,12
  57:17,19 70:24 71:3
  82:20 86:5,15 92:10
  92:12,13,17,23 93:2
  94:12 95:20 110:14
  111:5 114:21 115:4
  115:17 116:3,21
  127:23,24 128:12
  130:2,8 134:15,17
  134:20,25 148:22
  150:8 155:13
  174:24 178:11
  192:6 193:7 204:1
  205:4,13,16,21,25
**doing**  54:2 65:21
  105:10 119:21
  128:4 139:21 151:6
  152:4,4 156:17
  162:4,25 183:19
  210:19 212:7
  234:18
**dollars**  39:18 71:24
  72:2 211:6
**dominican**  5:22
**double**  213:6
**downstairs**  120:24
**dr**  95:24 96:7
  125:14
**draft**  20:6 22:7,14
  23:14 24:1 117:21
  134:25
**drafted**  20:3 24:10
  28:6 64:7,18 73:7
  117:22 134:11,14
  134:18,20 164:25
  165:3 168:8 171:2
  217:14
**drink**  16:18 31:23
  218:21

**drinking**  218:20
**dual**  72:10,12,15,21
  73:1,5,15,19 76:17
  134:7 228:20
  231:18
**due**  29:8 39:24
  134:5 137:15 146:9
  205:2 222:20
**duly**  4:1,7 244:6
**duty**  142:4 225:8

### e

**e**  3:1 21:6,6 91:11,11
  91:12,12,12,12
  107:13 179:2,2
**earlier**  21:23 23:16
  27:5 36:10,24 37:4
  50:1 71:10 113:16
  125:14 134:1,14
  144:14 146:17
  152:8 160:6 197:17
  219:17 232:22
  233:3 240:12
**earliest**  81:14
**early**  47:12
**earn**  44:7,14 86:9,20
**easier**  131:13
**easy**  62:3 68:14
  70:11 79:10 86:4
  116:1 127:21
  177:10 199:15
**economic**  16:12
  198:3
**economy**  40:14
**effort**  118:15
**efforts**  12:3,5
  118:18 177:17
**eight**  107:9 114:20
  114:24
**either**  38:16 69:11
  95:20 128:7 146:14
  193:22 209:16
**elaborate**  6:11
**eligibility**  123:22

**eligible**  124:4,6
**email**  56:12 189:6
  189:12 193:16
  196:18,21,23 197:6
  197:13,13
**emails**  189:25
**emergency**  76:15
  137:15 222:21
**emotional**  99:20
  145:14
**employed**  5:23
**employee**  111:14
  245:10
**employment**  5:25
  6:9
**ended**  51:13
**endorsed**  71:22
**endorsement**  19:12
  19:13,15,16
**ends**  69:4,9 108:14
  117:3
**endured**  95:23
**enforce**  64:20,22
  73:22,25 74:2
**engage**  40:23
**engaged**  76:17
**engines**  220:2
**english**  4:15 20:20
  27:8,11,12 29:25
  30:3 47:25 53:18
  63:6 64:6 73:9
  75:17 83:17,23,24
  84:20 135:7,10,10
  151:23 152:1 193:2
  197:11,12
**enter**  189:18 190:10
  193:18
**entered**  121:22
  187:22,25 188:3
  189:15,21 191:9
  203:15 209:10,14
  209:15
**entire**  22:18 35:11
  70:23 123:16

**entities**  107:6
**entitle**  109:16,20
**entitled**  14:4 109:7
  127:5
**entity**  119:12
**equity**  35:23
**errata**  3:8 246:1
**error**  220:24
**errors**  220:5
**especially**  241:6
**esq**  2:3,8,13 247:5
  247:25
**esquire**  91:12 174:9
  179:22,25 181:20
**essence**  225:19
**establish**  204:1
  205:4
**estate**  159:1
**estimate**  129:21
**estimation**  14:21
**et**  246:3 247:6
**event**  146:21,24
  147:6,12,15 148:9
  229:9 233:5,8,10
**eventually**  177:17
**everybody**  93:11
  181:6 194:9
**everyone's**  139:19
**evidence**  41:18
  57:22 58:2,4 95:15
  99:17 131:11
  157:24 158:16
**ex**  159:10
**exact**  39:12 41:6,15
  60:16 66:19 74:9
  78:13 79:13 89:19
  91:15 101:10
  159:18 167:15
  192:3 215:22
**exactly**  11:2 13:4
  14:15,24 18:3,22
  19:6,7 25:17 28:11
  35:13 37:6,6 38:12
  39:6 40:4 57:4 59:8
  59:17,17,18 60:17

60:23 61:16 66:2
  74:22 75:3,22 79:3
  79:19 83:25 86:17
  87:5,9 94:11 96:11
  96:13 103:10,17
  108:1 109:25
  113:12 128:19
  129:11,20,23 130:1
  131:25 151:12,21
  157:15 158:6
  160:20 164:6 167:5
  167:19,19,19 169:3
  169:6 170:12
  174:14 175:2 197:3
  197:5 198:24
  203:21,24 212:4
  213:24,25 214:5
**exactness**  57:6
**examination**  3:4,5,5
  3:6,6,7 4:11 133:12
  148:1 149:11
  154:24 157:3 219:4
  225:25 226:6 234:3
  240:1 242:10
**examined**  4:8
**example**  76:25
  177:21 200:17
  234:9 235:14
  236:18
**examples**  72:25
**exams**  95:21
**exceed**  115:15
  153:19
**exception**  113:10
**excuse**  6:13 7:1,15
  12:18 30:1 32:4,10
  32:10 38:3,4 39:16
  42:14 43:22 53:16
  53:16 54:20,22
  59:19 60:7,10,14
  62:18,18 63:11,18
  66:11 75:14,15 76:4
  84:23 91:3,3,3
  102:14 105:11,11
  105:24 109:18

110:19,19 111:15
  114:23 116:17
  124:19 129:9
  130:14,15 156:7
  165:12,12 173:3,4,4
  176:24 178:23
  180:20,23 190:23
  190:23 196:19
  199:4,4,19 201:21
  203:9 207:10 208:4
  220:23 235:2 237:9
**executed**  174:21,21
  179:9
**exhibit**  3:13,14,14
  3:15,15,16,16,17,17
  3:18,18,19,19,20,20
  3:21,21 17:15,25
  18:2,3,11,20 19:3
  19:22,23,23 22:3,7
  27:17,20 28:1,5,17
  28:17 29:2,4,6,21
  29:23 31:20 32:2
  34:9,13 35:5 36:4,7
  37:12,13 38:13,16
  39:1 42:19,21,25
  44:1 45:14 47:5,8
  47:17 53:3,8 68:23
  69:1 86:7 93:5
  99:23 110:4 115:10
  122:21,24 131:18
  133:5 149:6 153:6
  163:5 185:6 187:6,8
  188:14,17 195:10
  195:24 209:12
**exhibits**  3:12 38:8
**exist**  63:20 64:2,12
  64:20 72:9 129:8
  177:7 242:17
**existed**  174:2
**existence**  63:16,25
  72:8 73:3
**expect**  128:7 241:1
**expense**  53:22
**experience**  7:10
  141:16,20,22 142:2

146:10 224:23
225:1
**experiencing** 145:18
145:19
**expires** 244:14
245:19 246:25
**explain** 8:12 29:15
99:15 122:8 184:6
184:10 239:1
**explained** 160:12,15
200:12
**explaining** 156:17
**explanation** 17:5
**expressly** 247:12
**ext** 2:15
**extension** 81:16
112:2 113:21
193:12
**extra** 188:7
**extremely** 206:14
**eyes** 146:1

**f**

**facilitating** 34:17
**fact** 19:19 46:1
99:11 100:19
134:24 135:9,15
137:21 138:2,5,12
138:12 142:8,14
145:3 147:8 220:20
221:25 223:1,5
227:8 228:19
229:19 230:13
**facts** 33:16 41:18
42:4 50:22 51:7,16
78:19 109:6 153:13
165:21 169:8
**fair** 211:3
**fairly** 23:13
**faith** 117:25 118:2,4
118:6,19
**faithfully** 4:2
**fall** 130:13,21 131:1
131:3

**familiar** 100:8
**fantastic** 105:10
**far** 38:19 41:22
101:10 184:2
**farther** 128:19
**fast** 201:22
**faster** 139:22
**fault** 27:14 160:14
**fax** 65:22 247:2
**faxes** 210:9,9
**fccpa** 45:21 46:3
50:20 78:10
**fdcpa** 50:20
**federal** 25:1,4,12
26:5 92:21 180:25
181:1 182:25 209:1
209:4,5,8
**feel** 78:18,22 79:1,1
79:11 81:14 97:12
115:13 135:15,16
146:7 195:17
**feeling** 154:4 167:7
**fees** 109:16,17 131:1
**fell** 97:8 130:12,18
130:19
**ff112703** 244:14
245:19
**fight** 210:15
**figure** 127:6 154:18
167:3
**file** 75:4,9,20 161:14
161:17,25
**filed** 20:14,17 21:21
22:20 23:24 25:12
26:17,19,22,24
45:15 74:18 75:11
92:19 122:7 132:12
132:17,21 134:1
136:17 161:21
162:12 166:17
175:9,19,21,25
177:6 195:10
214:21 237:4
**filing** 98:25

**filings** 25:19,22,25
26:10
**filled** 88:24 89:10,22
**final** 29:7
**finalize** 133:17
**financially** 245:10
**find** 50:11 53:20
98:14 126:25
139:21 187:13
188:2 202:25
219:21
**fine** 46:17 106:22
111:10 123:6 148:6
164:24 183:6
**finish** 5:6 104:6
126:23 139:25
**finished** 47:10
**firm** 2:3 136:24
180:21 185:16
186:13 238:3
**firms** 174:15
**first** 5:6 7:13,16
14:20 18:4 19:7
28:18 29:9 37:3
42:10 44:21 52:18
54:4 55:1 75:13
86:8 95:24,25 96:14
99:18 100:6 123:10
123:17 125:15,18
125:22 127:19
152:3 158:2 160:21
163:11 166:1
167:14 174:16
194:16 201:8
237:22 238:3
**five** 11:3 43:20,21
43:22 75:12,13
116:23 117:2
178:19 196:25
211:11
**fixed** 178:7
**flagler** 2:9
**flood** 65:23 215:7
**floor** 2:9

**floors** 120:24 121:9
121:12
**florida** 1:1,12,19 2:4
2:9,14 9:13 45:20
63:9,15,24 76:2
107:10,24 109:3
160:16 209:25
244:4 245:2,5,12
**focusing** 113:1
**follow** 90:1
**following** 108:9
124:5
**follows** 4:9 117:3
**food** 6:3 55:22
**footage** 125:9
**force** 65:5 134:8
144:12 147:19
228:21
**forced** 145:6 230:18
230:22
**foreclose** 16:15
**foreclosed** 9:15
121:20
**foreclosure** 8:25 9:3
26:6 50:15 74:18
75:4,9,21 91:10
92:20 98:20,22
122:7,11,16 128:25
161:22 162:1 174:8
175:3,18,21,25
176:22,25 180:7,19
180:22 182:2,13,18
183:2,13,20 184:1
184:14,19,23
185:10,12 186:25
186:25 188:8
189:19 190:2,7,11
191:23,24 208:18
208:22 209:13
211:23 237:11,24
238:17
**foreclosures** 176:7
210:6
**foregoing** 245:6

**forgiven** 36:1
**forgiveness** 35:22
 123:22
**forgot** 218:6 231:14
 231:15
**form** 7:25 9:19,20
 9:25 11:15,17 20:15
 21:24 22:22 24:12
 40:8,17 41:19 42:6
 55:3 57:24 58:5,10
 64:8 70:13 73:17
 77:10,15 90:7 92:8
 98:23 106:20 114:1
 122:17 152:6,10
 153:15 155:1,5,8,14
 156:11,16,21 157:6
 157:9,25 158:5,18
 159:21 160:19
 161:9 162:15
 164:14 165:1,15,17
 166:5,22 167:1,11
 168:9,24 169:11,21
 171:10 174:1 176:4
 176:16,20 177:2,20
 177:22 178:17
 179:11,17 181:18
 181:25 182:4
 188:23 189:23
 190:3 195:8 196:15
 198:5,8 208:1
 212:23 213:10
 214:3,18,21,23
 216:7 217:15
 219:23 220:3,10,18
 221:20 222:2,7,12
 223:23 225:5
 226:14,25 227:15
 228:4,9 229:6
 230:15,25 231:23
 231:24 232:12,20
 234:25 235:9
 239:13 240:22
**forms** 24:13 28:24
 165:22

**fort** 1:2
**forward** 82:15
**found** 153:14,20
 154:11 155:8
 165:16 177:2,21,21
**four** 8:17 11:5 14:23
 19:14,16 30:14,15
 38:25 43:22 81:9
 102:14 126:13
 166:2,23 167:4,8,9
 169:1 177:11
 181:13
**free** 247:2
**friday** 82:7
**front** 66:11 86:15
 129:13 187:17
**full** 5:17 35:21
**further** 17:5 52:2
 82:13 83:1 89:6
 149:2 178:21 219:2
 233:21 239:16
 245:9

---

### g

**gabreilly** 247:5
**gabriel** 179:22,25
**gabriela** 81:2 82:4,5
**gabrielly** 2:3
**garcia** 179:23 180:1
 181:15
**general** 23:21
 123:24 133:25
 225:19 226:4
**generalized** 214:4
**generally** 111:1
 238:22
**gentleman** 62:13,22
 88:25 185:21
**getting** 32:19 35:1
 64:23 99:20 195:7
**give** 4:16 14:21
 17:19,19 28:11
 31:12 32:6,14 33:8
 78:24 81:18 83:2
 85:8 89:3 90:1 94:3

115:10 118:21
122:6 123:3 126:12
127:24,25 129:21
162:5,6 180:17
192:23 194:11
195:20 199:5
200:17 203:1
205:25 234:9
235:14
**given** 4:3 41:21,24
 49:18 56:2 94:16
 107:5 112:25
 118:21 128:20
 162:7
**gives** 17:6 84:1
 104:2
**giving** 89:7 129:10
 187:8
**gmail.com** 2:5 197:2
**gmail.com.** 196:20
**go** 4:22 6:14 14:1,24
 29:14 39:12 52:18
 55:4,7 56:22 59:7,7
 59:17,18 62:1,2
 72:18 80:14 83:25
 86:7,15,16 87:12
 90:11 92:16 94:7
 96:23 97:10,15,20
 97:21,24 115:24,25
 119:17 120:11,12
 126:4 132:25
 133:17 139:7,9
 140:5 149:7 153:11
 155:19 164:23
 169:14 170:18
 174:5 177:11
 199:22 205:23
 219:9 240:4
**god** 93:14 131:15
 157:17
**goes** 70:10 85:9
 97:19 139:15 143:5
 174:23
**going** 4:22 17:17,22
 31:11 33:12,13,20

37:3 40:12,14 47:10
51:21,22 65:13 69:1
69:19 72:11 75:18
76:16 78:20 80:17
82:24 83:4 84:24
85:7,8 86:7 93:4
95:16 96:17,25
97:19 99:16,22
101:24 107:3
111:11 114:7
115:10 116:8 125:8
126:2,22 127:17
128:8 129:9 132:6
133:4 135:20
137:21 138:24
147:19 149:1,13
158:15 163:1,11,12
168:2 173:20,21
174:5 177:11 179:1
182:20 199:5
201:21 202:22
205:20 210:15,18
211:20 212:25
217:18 219:9
223:16 226:15
232:16 236:1,15
239:19,21 243:5
**gonzalez** 2:8 179:22
 179:25 180:9,13,18
 181:3,9
**good** 67:10 117:25
 118:2,4,6,19
**goodbye** 47:19
**google** 22:9 84:1
 152:9,16 153:14,20
 153:25 154:11
 164:7,14,21 165:16
 214:22 219:15
 220:1
**googled** 152:12,20
**granted** 188:7
**granting** 193:17
**greatest** 131:7
**green** 38:9

**groceries** 6:25
**group** 2:13 66:9
  91:11 107:13
  155:16 174:9
  176:10 184:12
  186:9 238:7
**guess** 126:24 168:8
  168:10,23
**guessing** 168:25
  169:6
**guys** 82:18 131:15
**gvalenzanolaw** 2:5

**h**

**h** 62:4,4 196:19
**half** 45:8
**halfway** 63:22
**hand** 22:8 32:13,16
  69:17 164:11,25
  165:5,9,9 187:7
  190:8 245:11
**handed** 17:24 27:19
  31:6 32:5 33:13
  194:19
**handing** 45:13
  99:17
**handle** 138:9 240:4
**hands** 29:24
**handwritten** 86:24
**happen** 71:16
  185:22 224:22
**happened** 16:1,2
  99:10,10 108:21
  130:9,12 131:5
  146:5 169:7 205:5,5
  212:13,16,16
**happening** 50:10
  65:20 96:3 205:6
  206:5 207:22
**happens** 128:4
**happy** 89:4
**harass** 76:9,15,18
  76:19 77:8
**harassing** 46:10
  72:10 134:7 141:2

224:10 228:21
  234:10,14 235:15
**harassment** 76:2
  131:9 141:7 224:15
  236:8 241:22
**hard** 58:25 70:15
  194:9
**harms** 64:15
**head** 5:3,3 40:5
  50:17 83:8 236:11
**hear** 85:23 89:9
  142:25 226:20
**heard** 6:21 85:18
  113:11 118:20
  125:12 169:22
  193:12 234:13
**heart** 98:6 126:23
**held** 143:19,22
  144:3 228:7,12,15
  229:12
**hello** 80:23,24 81:5
**help** 20:4,11 22:14
  23:14 26:3 34:20
  97:4 105:12
**helped** 20:6 21:18
  22:7 23:25 24:13,15
**helping** 24:20
**herrera** 1:4,15 3:3
  4:6 5:18 7:21 16:21
  17:17 18:17 23:13
  28:5 33:15 37:20
  38:7 48:4 50:11
  53:18 80:25 82:25
  87:12 100:5 101:23
  105:6 107:17
  110:10 113:1
  149:13 154:21
  159:7,7 161:21
  163:7 196:19
  233:23 242:2 244:6
  245:6 246:3,4,20
  247:6,8
**highlighted** 125:11
**hire** 44:8,15 86:22
  175:9,18 176:2

180:3 181:9,23
  182:2,13 184:18
  237:11 240:3,8
**hired** 24:18,19 26:4
  175:6 179:20 181:3
  182:24 183:1,17,25
  185:19 236:19,20
  236:23 237:3,13
  238:1,5
**hiring** 186:15 240:5
**history** 205:1,13
  207:22
**hold** 81:19 201:23
**home** 13:7,8,11,16
  14:17 15:3,9 35:23
  43:5,6,12 48:5,8
  53:13 54:5 59:13,22
  73:16 89:4 97:8
  119:1,5 120:24
  121:4,12,18 123:21
  124:4 136:2 144:15
  177:15,25 197:20
  197:23,24 198:19
  199:2,6,9,12,13,14
  199:21 200:2,12
  203:17 206:8
  227:13,22 229:17
  238:14,15 239:10
**homes** 202:8
**honestly** 61:20
  68:11
**hospital** 72:19
**hour** 45:8 146:2
**hours** 14:4 96:24
**house** 67:8,23 71:12
  119:14 120:7,12
  121:3,17 124:20,22
  124:23 125:8 126:1
  161:2,5 188:4
  192:17,24 198:7
  200:4,5 239:2
**houses** 120:1 125:4
**huh** 34:15 71:23
  92:6 96:25 100:16
  100:21 101:1

102:21 103:6,21
  107:14 120:4
  121:15 124:11
  148:19 211:21
  238:24
**human** 128:5,9
  168:1
**humans** 220:14,16
**hundred** 79:20
  107:1 136:7 157:4
  157:12,13,16,18
  178:13 221:11
**hundreds** 177:18
**hurricane** 119:7,10
  119:14 120:3,19
**hurricanes** 120:14
**hurt** 93:12,25
**hurting** 118:6 146:3
  232:13
**hurts** 98:4,5
**husband** 159:10

**i**

**ibuprofen** 218:10
**idea** 84:22 165:18
  189:21
**identification** 17:14
  19:2 27:16 29:1,20
  31:19 34:8 36:3
  42:18 47:4 68:22
  122:20 163:4 185:5
  187:5 188:13
**identify** 106:10
  107:6 153:7
**ignored** 138:12,21
  140:11,18 145:3
  177:16 223:4,19
  230:13
**ignoring** 141:6
  224:9,14
**illegal** 65:4,7 145:9
  147:20 177:17
  208:16,24 209:17
  215:10 216:16
  230:23 231:2

**[imagine - josefinah999]**                                                      Page 16

**imagine** 30:8
**immediately** 70:9
  192:10,22
**important** 33:2,3,4
  33:6 48:7 88:22
  146:21,25 147:6,15
  148:9,10 203:12
  233:5,8,10
**impossible** 40:5
  52:19 110:1 125:8
  167:16,19 168:2
  185:18 215:6 233:8
**include** 34:12 106:5
**included** 73:19
  106:13,16
**includes** 73:18
**including** 48:13
  56:2 72:9 92:2
  118:8 124:1 220:1
  222:4,10 227:25
  228:11 229:11,20
  230:2,12,17 231:4
  231:19 232:9,18
**inclusive** 245:7
**incoming** 57:16
  107:2
**inconvenient** 33:1
**incorrect** 170:8
  178:18
**increase** 39:17
**increased** 40:13,18
**increasing** 28:20
**independent** 127:9
  131:11 229:9
**indicating** 69:16
**individual** 219:25
**industry** 9:6
**infected** 197:1
**inferences** 135:5
**inform** 13:20 124:3
  142:4,10 225:8,15
**information** 22:12
  48:7 70:12 91:24
  112:23 134:25
  148:8,9,11 176:17

203:5
**informed** 133:20
  137:10,15,25 222:9
  240:12,16,19 241:6
  241:11
**infringe** 182:5 183:9
**initial** 31:7 33:7
  140:7
**initialed** 30:17,20
  31:1,1,1,6,13 32:9
  32:11,15 39:4
**initially** 45:15 137:7
  137:23
**initials** 32:17,25
  37:17 38:16
**initiated** 141:12
  142:9 175:7 224:19
  225:13
**initiates** 240:10
**injection** 97:3
**injections** 96:23
  130:17
**inside** 212:17
**insides** 218:13
**install** 120:23
**installment** 39:22
**institution** 23:11
  49:8 77:1,2 108:6
  159:3 178:24 185:4
**institutions** 56:5
  115:23 205:19
  206:1 207:10
  231:15
**instructions** 149:14
**insurance** 65:5,8,9
  65:10,12,15,17,24
  66:9,14,18,20,25
  67:6,13,15,18,21,24
  68:1,4,8,9,10,12,16
  68:20 69:22 70:2,4
  70:19,21,22,25 71:4
  71:9,11,14,17,19,20
  71:25 72:1 107:9,12
  108:7,13,17,18
  118:8,15,16 119:8

120:14,16 134:8
  144:11,12,15,18,21
  144:25 145:4,7
  147:19 208:16
  209:18,19,20,22,23
  209:24,25 210:1,2,5
  210:9,22 211:3,4,6
  211:23,24 212:1,3,5
  212:7,10,12,14,15
  212:20 213:9,16,19
  213:21,24 214:9,12
  215:2,6,8,12,25
  216:3,6,17,22 217:2
  217:5,7,25 228:22
  229:16,17,22 230:3
  230:7,8,14,19,20,22
**insurances** 66:8
**intend** 204:25
  205:12
**intent** 116:16
**intention** 116:17
**intentional** 140:24
**intentionally** 141:6
**interest** 17:23 38:6
**interested** 245:10
**internal** 131:14
**international** 7:4,6
  15:16,20
**interpret** 4:2,16,18
  60:9 85:24 86:16
  102:9 107:18
**interpretation** 192:2
  214:8
**interpreted** 123:19
**interpreter** 2:18 4:8
  4:13,15 5:5 21:1,5,9
  60:8 80:13 85:1,3,8
  102:8,9,18 105:10
  181:5,5 193:1
  236:22,25
**interrogatories**
  78:23 95:11 99:18
  100:7,10,18,19
  128:18,21 129:6
  136:20 174:17,21

186:8 221:23
**interrogatory**
  104:21 166:12
  179:21 185:15
**interrupt** 75:17
**interruption** 80:18
**introduce** 209:1,5
**introduced** 123:23
**inventing** 169:8
**issue** 20:23 208:18
  208:20 210:25
**issues** 205:17

**j**

**j** 7:6 91:12 197:9,15
**jana** 7:4
**january** 48:6,8,22
  54:8,9 104:9 211:24
  212:1 213:8,13,16
  213:20
**jeanne** 62:21 91:11
  174:9 183:24,25
**jersey** 159:23 160:2
  160:18 247:2
**job** 1:25 86:25
  105:10 118:14
  131:14
**jomax** 15:15,20
**josefina** 1:4,15 3:3
  4:6 5:18 48:4 80:25
  133:14 136:23
  141:12,15 142:19
  143:11 144:10
  145:13 146:13,17
  147:18 154:21
  182:7 196:19 219:6
  219:14 220:13
  221:3 224:22
  225:18 227:20
  231:18 232:14
  233:12 240:3 244:5
  245:6 246:3,4,20
  247:6,8
**josefinah999** 196:20
  197:2

**joshua** 83:22
**jot** 126:18
**jotted** 111:23
 201:18
**judgment** 65:4
 121:22 186:22,24
 187:22,24 188:2,9
 209:10,13
**july** 244:15 245:20
**june** 1:12 107:15,25
 108:2,12 109:4
 244:8 245:12 247:4
**jurat** 247:16
**justice** 123:24

**k**

**k** 62:4
**keep** 8:3 11:21 12:1
 22:21 38:7 146:1
 148:10,11 204:9
 205:19 214:17
**kendall** 126:15
 127:2
**kept** 118:17 168:3
 210:7
**kind** 93:6 98:1
 126:10 148:11
**kinds** 6:25
**kingcade** 179:22,25
 180:12 181:15
**knew** 40:13 47:2
 64:20 138:16,17,20
 140:10,17 144:24
 191:1 223:9,18
 230:8
**know** 4:14 5:10,12
 11:19 14:1,2 20:21
 21:13 24:10,14 27:8
 27:10 29:13 33:16
 34:4 38:3,12 40:19
 40:20 41:5,16,21,23
 42:11,12 43:4,6,10
 44:10,23 46:20,21
 46:22 49:7,12,14,15
 49:25 50:12,13,17

52:7 54:21 55:12,13
58:22 59:12,15
61:23 62:5,6,23
65:21 67:6 68:9
69:3,5,9 70:9,10,16
71:9,16 72:5 75:3,6
79:5 82:13 85:21
87:8 88:1,5,6 93:24
95:5 96:5 99:2,13
99:14 100:17
101:24 102:18,25
102:25 103:10,14
104:3,13 106:3
108:5 115:2 120:6
121:23,24,24 122:3
122:7 125:2,25
126:11 127:2,14
130:7 131:10,16
132:6,14 133:8
138:9 142:3 146:14
147:9 158:7,10,11
158:15,23 159:6
161:4 167:8 169:25
173:17 174:2,4,12
175:6 176:10
178:25 179:6
180:18,21 183:12
183:19 184:6,9
185:4,25 186:14,14
186:23 187:2,2,3,13
187:21 188:11,25
190:15,17,18 191:8
191:17 192:6,13
193:2,21,22 194:5
196:16 199:1
201:16 202:16,20
203:19,24 205:15
206:3,7 208:5
210:18,19 211:13
214:16 217:4
231:17 232:25
238:2,25
**knowing** 64:16
78:24 141:1 148:8
206:20 239:14

**knowingly** 140:12
 140:24 141:5 145:6
 147:20 223:21
 224:5,8,13 230:18
 230:23 232:18
**knowledge** 19:9
 50:10 159:1
**known** 45:20
**knows** 63:20 64:1
 72:9 178:2 217:2

**l**

**l** 21:6,6 179:2 197:9
 197:15
**lady** 89:8 111:23
**lanchera** 44:24
**landline** 59:20,22
 72:14 73:14 105:25
 106:1,15,16 197:18
 198:15
**landlines** 104:22,23
 106:5,19 202:6,8
**language** 73:6 135:6
**large** 1:19 244:5
 245:5
**lauderdale** 1:2
**laugh** 201:24
**law** 2:3 34:17 91:10
 91:11 136:24
 141:20,23 142:3
 174:8,9,15 176:10
 180:21 182:25
 184:12 185:9,16
 186:9,13 224:24
 225:2 238:7
**laws** 143:15,15,19
 228:2,3,7,13,16
**lawsuit** 7:13,16 8:8
 8:13,25 9:3 21:6,9
 21:10 22:4 25:1
 27:7,14 50:25 78:21
 128:22 160:12,16
 160:18 161:21
 175:3,7,9 176:3,13
 177:6 236:19,20,21

236:23 237:4,19,20
237:22,24 238:1,2,9
**lawsuits** 8:19 20:11
 20:14 21:21 22:21
 25:24
**lawyer** 141:20 142:5
 157:4 175:6,18,22
 176:3,13 205:25
 225:16 236:19
 237:3,11,13,13
 238:1 240:13
**lawyers** 92:19,19
 176:8 182:24,25
 185:19 225:9
**leading** 139:4
**learn** 33:15
**left** 32:13,16 145:23
 154:15 183:16,16
**legal** 2:13 7:10
 19:10 63:17,19 64:1
 72:8 73:3 246:1
 247:1
**legally** 41:21 75:7
 92:22
**letter** 23:9 34:11,23
 35:2,5,10,11 47:19
 47:20,23 48:1 82:17
 82:20 123:2,11,12
 123:13 124:10,12
 124:16 217:22
 247:16
**letters** 35:15 86:12
**letting** 14:2
**lgplaw.com** 2:10
**liable** 50:19 144:3
 228:15
**lie** 129:25
**liebler** 2:8
**lies** 205:15
**life** 124:3 146:21,24
 147:6,13 159:24
 195:5 233:5,8,10
**lift** 97:10
**liked** 84:5,6

**limited**   8:3 72:10
   73:2,4,18 106:13
**limiting**   139:14
**limits**   124:8
**line**   106:2 136:2
   199:2 200:1,3
   227:22 246:5
**lines**   178:7 227:14
**liquid**   206:6
**list**   21:16 92:4 93:10
   116:9 119:1 174:15
   175:1 185:15
**listed**   101:5 104:20
   109:3 174:16
   238:14
**listen**   83:20 93:13
   166:15
**listened**   111:25
**lists**   43:14 93:1
**litigation**   56:16
   160:9
**little**   30:9,9,12 32:6
   35:9 37:14 45:25
   54:20 68:13 73:10
   97:1 123:15 133:9
   133:17 181:6 197:3
   211:8 215:16,16
   219:11
**live**   13:11 97:12
   159:23 200:24
   203:20
**lived**   13:15 202:9
**living**   121:18 150:20
   150:24 197:20
   202:20
**livingston**   247:2
**llc**   27:2 48:6,10,12
**loan**   1:8 12:20,24
   15:20 16:1,2,4,9,12
   16:15 17:4,6,10,11
   19:7 28:22,23,25
   30:5,17 31:5,13
   32:22,25 33:8,10,11
   33:23,24 34:1,6
   35:23 36:25 37:3,3

37:5,19,19,19 38:18
   39:5,22,25 40:18
   41:1,3,7,11 44:2,15
   46:6,15,19 48:5,5,8
   48:9,10,11,12,18,21
   48:25 49:8 50:2,20
   52:1,22,25 53:13
   54:5,9 60:25 62:8
   65:2 67:12,14 69:3
   69:12 71:10,14
   77:12,13 84:9 90:6
   116:23 117:3,9,15
   118:1,12 120:17
   122:9,12 123:21
   124:4,6,8,13,18,18
   130:19 131:17,22
   132:3,22 134:3
   145:10 147:21
   159:3,16,20 169:16
   172:4,8,11 173:11
   177:14 185:1 191:5
   201:7 202:11
   208:11,12,13
   212:21 213:3,7
   216:5 217:8 218:4
   230:24 231:3,21
   232:10,15 235:24
   239:11
**loans**   10:21 12:9,13
   14:9,12,16,17,22,23
   15:2,11,23 29:10
   30:12 31:9 32:19
   118:5 132:13,18
**located**   133:5
**location**   247:13
**long**   5:13 6:5 13:23
   13:25 16:7 34:7
   35:3 55:20 70:16,18
   74:12 77:23 96:8,20
   104:12 107:4 114:2
   114:3,5 129:16,17
   130:18 148:20
   151:10,11 154:16
   197:2,23 198:11
   199:17,21,24

200:13
**longer**   197:17 204:8
   212:14
**look**   17:18 30:2,22
   32:7 37:7 39:7,12
   44:4 53:20,24 54:4
   59:25 62:2,7 67:10
   67:11 68:5,11,18,18
   86:5 88:7 100:8
   106:12 112:6,13,14
   113:13,18,23 114:4
   114:12 127:1
   129:12 130:2,3
   153:6 160:23
   165:19 174:24
   175:13,14 176:17
   178:19 213:23,23
   213:24 242:13
**looked**   21:1 114:16
   130:4,6
**looking**   19:9,22,22
   32:5 35:5,13 37:9
   38:25 44:1,18,20
   47:22 53:3 64:5
   86:14 100:9,24
   111:8 113:25 162:4
   165:19 188:16
   194:8 211:19
**lose**   121:16 195:1,2
   199:24 200:20
   201:10 202:1
**loss**   40:23 121:14
**losses**   121:13
**lost**   22:6 63:11,21
   118:19
**lot**   34:1 39:19 51:15
   56:10 66:20 103:6
   134:10 135:4,5
   146:13 166:23
   167:18,20 185:19
   196:14 201:20
   232:13
**loud**   105:7 123:18
**lower**   32:13,16 98:8

**luis**   159:9,11
**lujo**   197:7,9,9,9
**lunch**   45:8
**lydia**   185:25 189:3,5
   189:7,8,21
**lying**   129:24 154:15

**m**

**m**   91:11 174:9
   183:25
**machine**   226:23
**machines**   206:4
   227:4
**madam**   247:10
**maiden**   159:7
**mailing**   43:17
**main**   152:3
**maintain**   71:14
**maintained**   198:11
**major**   123:25
**making**   14:6 40:2,6
   40:10 43:5,6,12
   54:8,14 78:3 93:24
   94:6 112:21 118:12
   122:9,12 135:5
   217:25
**malice**   232:19
**malicious**   141:8
   224:16
**man**   125:17
**management**   1:8
   48:5,10,11 50:20
   54:9 62:9 65:2
   134:3 169:16 172:8
   172:11 173:11
   177:15 213:3
**manager**   6:4,7 82:9
**manages**   191:8
**manner**   8:1 24:3
   32:23 63:4 90:13
   139:11
**marble**   120:23
   121:8,12
**march**   44:13 86:25

**maria** 179:1,4,7,7
179:10
**mark** 53:16,19,21
93:4 99:16 187:4
**marked** 17:14 18:19
19:2 22:3 27:16,19
29:1,4,20,23 31:19
32:1 34:8 35:5 36:3
36:6 38:8 42:18,21
42:24 45:13 47:4,7
47:16 68:22,25
122:20,23 162:19
163:4 185:5 187:5
188:13
**market** 124:21
**marking** 100:12
110:4 163:1
**married** 159:11,15
159:19
**massages** 126:12
**math** 154:9
**matter** 51:13 99:6,8
132:15 135:13
202:2 210:6,7
247:11
**maturity** 29:8
**meadows** 181:20
183:12
**mean** 16:3,22 17:2
22:17 24:25 28:10
36:8,15 40:25 50:15
56:4 66:24 69:15
72:12 74:3 75:11
89:5,6 92:19 99:7,9
106:18 108:2,5,24
112:9 117:5 164:10
182:20 183:8 184:8
185:2,4 198:6 208:3
208:20,21 213:14
216:14 232:17
238:19 242:17
**meaning** 75:18
**means** 29:13 37:11
45:22 48:15 54:11
77:1,1,5 99:3

180:25 186:23
203:5 219:21
**meant** 83:22 134:12
**medical** 94:20 95:15
95:21,21 98:13
126:19,20 130:22
154:3 205:1,13,17
205:22 207:22
231:8
**medication** 218:8,15
218:17
**medicine** 218:11
**memorial** 95:3
**memorize** 116:18
**memory** 44:19 86:5
159:12 173:25
174:20 218:18,23
**mention** 89:15 90:2
92:25 96:5 115:21
125:23 209:6,18
231:11,14,16
**mentioned** 12:12
85:22 92:9 120:11
145:17 146:13,17
191:19 205:18,19
206:1 211:2 231:11
**mentioning** 11:21
12:1 92:13 125:1
**mentions** 86:1 93:11
**miami** 2:4,9 11:12
11:13,14 200:13,14
200:25
**million** 124:22
127:5,15,15 128:24
153:19 179:16
**mind** 54:23 84:20
86:16
**mine** 174:14 202:18
**minute** 18:25
211:11 233:25
**minutes** 13:21 83:18
100:2
**miramar** 9:13 12:15
12:23 13:2

**mischaracterization**
231:24
**missing** 104:25
**mistake** 102:3,5
178:1 220:20
**mistaken** 89:1
**mistakes** 220:17
**mitigation** 40:23
**mix** 181:1
**mms** 161:19
**modification** 41:1,3
41:7,11 44:3,16
75:1 82:12,23 85:23
86:1,2 88:23 89:3,6
89:16 90:6,16,20,24
109:13 118:21
122:4 123:23 124:5
124:6,13 161:20
162:4,9,14 180:16
185:22 186:19
189:20 190:12,13
191:5,7 192:18
193:14,23 194:6,8
194:12,14,16 195:7
196:14 231:21
232:10,16 234:16
239:11
**modifications**
118:22
**moment** 32:6 40:22
42:22 90:8 112:19
119:12 128:8
153:11 172:2
177:10 180:23
185:18 195:14
206:9
**monday** 82:7
**money** 17:11 34:1,4
34:19 69:14,15
70:22 216:2
**month** 67:18 72:19
108:14,15 114:5
**monthly** 39:21,24
53:15 54:7

**months** 98:15
124:21 125:7,7
**morning** 97:23
133:21 145:25
146:1
**mortgage** 9:6 27:22
28:8,14,17,18 29:7
30:3,4 31:4 32:2,2
33:21 36:11,25 37:9
37:12,19,19 39:10
39:11 43:3,11 48:9
69:7 86:8 90:16
123:25 158:23
159:1 207:8
**motions** 25:25 26:2
**move** 42:17 82:15
98:4,4 139:21
200:15 201:9,9,10
201:10 202:2
**moved** 201:2,14
**moving** 201:6
**mt** 247:1
**multiple** 20:14,17
184:25
**mumbles** 102:9,19

**n**

**n** 3:1 7:6 91:11,11
91:12,12 107:13
197:15
**n.a** 1:7,8 170:16
177:14,14 213:4
**n.a.** 62:10,10 65:3,3
124:1 169:16,18
172:8,10,12 173:11
173:13 213:4
**name** 5:17 7:3 24:15
24:20 43:6,15 66:13
69:3 77:3 81:2,9
82:3 89:18 112:2
113:20 159:7
164:20 181:21
184:11 235:2 246:3
246:4 247:6

**named**  8:7,20,24
**names**  92:1,10,15
  128:1 146:25 175:2
**national**  123:25
**natural**  76:18
**near**  116:4
**necessary**  6:16
**neck**  98:8
**need**  5:12 13:21
  17:5 18:24 55:8
  88:14 127:1 157:1
  195:14,19 205:11
  233:22
**needed**  119:13
  120:3,15 161:19
**needs**  60:9 100:2
  181:5 185:23
**negative**  194:23
**negotiate**  62:8
**negotiating**  62:21
  62:25
**negotiation**  193:19
**neither**  116:2,3
**neusten**  91:11 174:9
  176:10 184:12
  186:9 238:3,7
**never**  17:22 40:13
  47:2 57:12,17 69:21
  94:19 131:2 137:18
  157:13 158:22
  159:24 179:9
  186:17 188:22
  190:19 192:8,16,16
  200:11,20 210:4,5,5
  212:18 215:23
  222:16,19
**new**  48:11 121:6
  123:22 159:23
  160:2,17 247:2
**news**  194:5
**night**  219:7
**nine**  45:16
**nod**  5:3
**nodded**  83:7

**noise**  142:25 143:2
  226:20,22
**non**  76:15 139:10,11
**normal**  150:6
**notary**  1:18 244:4
  245:5 246:21,24
**note**  18:7,8,11 19:12
  19:13,23 28:13,16
  33:21 37:9,11,12
  39:1,10,11 69:7
  112:19 113:18,19
  113:23
**noted**  113:21 201:16
**notes**  111:12,21,24
  112:4,6,11,17 113:2
  113:4,7,8,13 114:4
  114:12,16 150:11
**notice**  1:20 93:5
  138:22 140:12,19
  185:8 223:8,20
  224:10,15 232:15
**noticed**  137:5 222:5
**notifications**  145:2
  230:12
**notified**  144:18
  229:21 230:6,19
**notifying**  240:25
**november**  59:2
**number**  28:22 37:7
  38:13 43:15 45:1
  53:7 55:18,20 56:1
  56:7,15,18,25 59:16
  60:15,20 63:12,14
  65:22 81:10,18,20
  82:2 101:4,5,17,20
  102:4,12,23,23
  103:4,15,18,22,24
  105:4,14 106:3,10
  107:6,9 109:9 111:4
  111:11 114:20,23
  114:24 116:4,23
  117:3 125:9 127:6
  133:5 136:11 149:5
  153:18,24 154:6,10
  154:18,18 155:21

  155:23 156:3,25
  157:22 166:17,21
  166:25 173:5
  177:11 178:19
  199:5,6,9,11,17,18
  199:20,21,23,24
  200:4,6,11,12,15,18
  200:18,21,25 201:5
  201:11,15,20,21,23
  202:1,15,18,19
  203:8,11,20,23
  204:2,4,12,19,21
  208:11 215:3,11,20
  215:22,24 216:9,13
  247:7
**numbered**  245:7
**numbers**  28:19,19
  28:24 37:6 38:9
  39:12 40:5 53:10
  55:10,15 58:21 59:2
  59:10,13,18,24 60:2
  60:3,5 103:25
  104:20,21,25 105:1
  106:7,11,12,17,18
  106:18,19 109:10
  124:14 127:18,20
  163:2 187:20
  198:22 199:13
  202:3,5,8,12,14
  203:2,13 204:6,10
**nurses**  147:1
**nw**  1:11 2:14

**o**

**o**  107:13 197:9,15
  197:15,15
**o'clock**  133:14
**oath**  3:7 166:20
  170:3,14,20,25
  171:21 172:22
  173:15 175:22
  178:10 244:1
**obama**  34:16,19
**object**  6:17 7:22,23
  8:2 149:20

**objection**  7:25 9:25
  23:2 138:23 140:15
  141:3,10 143:5,13
  143:20,25 145:11
  151:20 191:16
  219:23 220:3,3,10
  220:18 221:20
  222:2,7,12 223:23
  225:5,23,24 226:14
  226:15,25 227:1,15
  228:4,9 229:6
  230:15,25 231:23
  232:12,20 240:22
  241:4,8,16,24
**objections**  6:15 8:3
  8:5 139:9
**obligate**  74:2
**obligation**  119:7,10
**obtained**  134:25
  182:16
**obvious**  138:1 221:4
  222:25
**obviously**  226:5
**occasions**  137:11
  141:13 142:8,20,21
  144:21 222:14
  225:12 226:9,11
  227:13 230:4,7
  240:16,20
**occurred**  109:13
**october**  55:11 56:17
  56:17,20,21 57:12
  57:13,21,21 58:14
  58:15,20 59:14 61:1
  61:2 76:10,10,20,20
  78:11,12,14 79:24
  79:24 88:3 101:8,19
  102:22 103:3 106:2
  109:14,20,24
  117:12 129:4
  132:11,20 172:25
**offend**  105:21
**offended**  105:22
**offending**  185:20

**office** 119:20,23
185:9 247:12
**offices** 91:10 174:8
**official** 245:11
**oh** 30:11 37:14 38:3
38:4,10 58:1 60:10
62:18 63:18 75:15
76:13 86:24 93:13
107:8 110:23
154:15 161:3
163:23 165:12
176:24 186:14
187:10 196:3
220:23 236:13,24
**okay** 4:19,24 5:4
6:19 14:7 18:14,16
19:21,25 26:2 27:13
27:23 30:11 31:9
33:12 35:18,24
37:14 38:3,4,5,10
38:14,15 39:5 40:20
43:13,25 44:9,11,25
45:3,3,10 46:14
47:13 49:10 52:12
52:21 54:3 56:16
58:20 59:5 68:19
70:1 72:4 73:15,22
75:25 76:6,8 77:7
77:16 78:8 81:13,19
81:19 83:5 84:4,18
84:24 85:15 86:19
87:12 88:14 89:1
90:25 93:4,12
100:14,24 101:4
104:5 105:1 107:8
107:16 113:5
114:10,20 118:24
119:3 120:18 123:9
125:13 129:5,13
130:23 132:24
133:19 148:6 149:7
162:18 163:2,23,25
164:13 165:12
170:21,23 171:1,3
173:16 174:6 176:7

177:12,24 180:2,2
183:6 186:18 191:4
196:3 197:6 199:5
201:23,25 207:14
208:17 211:10,17
211:20 212:25
213:1 236:18
238:13,22 239:24
**old** 148:3 196:24
**omitting** 220:25
**once** 80:17 131:4
**ones** 12:14 23:8
24:17 49:6 51:20,21
51:22 52:9 59:4
64:14 92:14 101:7
101:11 103:19
107:2,3 126:11
130:6 158:12
170:16 173:19,21
196:24 218:10
235:17 236:3
**online** 135:1 155:8
177:3,21,21
**opportune** 40:3
**opportunity** 33:15
118:23 122:4,6
130:3 139:7,14
162:3,5,6 180:17
194:9,24
**opposing** 99:17
**opposite** 94:18
**oppressing** 134:7
228:21
**option** 121:8
**options** 120:25
121:2,10
**order** 64:14 78:12
105:20 112:20
195:1 202:1 243:5
**ordered** 243:2
**ordering** 243:3
**original** 18:7 19:10
32:15,24 42:8
**outside** 58:7 143:5
191:10 225:24

226:6,16
**overpriced** 125:2,3
**owe** 34:4
**owed** 147:22
**owned** 9:17 10:9,12
10:13,17,23,25 11:3
12:17 201:6
**owner** 10:15 15:17

**p**

**p** 62:4 179:2 197:15
**p.a** 180:9
**p.a.** 2:3,13 180:13
**p.m.** 243:8
**pacific** 82:6
**package** 85:23
234:16
**packages** 82:12
**packet** 28:11 37:18
86:1 88:24 94:7
99:5
**page** 3:2,13 14:3
18:22,22 19:13,16
29:16,18 30:13,14
30:14,15,25 31:2
32:12 37:17 38:25
39:2,3 43:19,21
44:6,25 45:4,4
50:18 53:4,10 54:1
63:8,12,12,13,18
72:6 76:1,4,7,11
77:24 90:25 91:5
92:1 93:7 111:11
114:20 115:15
116:23 117:2 119:1
119:2 133:5,6
153:18 246:5
**pages** 30:17,18 31:4
31:5 33:8 47:13
92:12 245:6
**paid** 33:24 34:1
39:11 66:8,15,20
70:21 117:7,8 118:6
127:9 209:19 211:5
211:22 212:14,15

213:2,6 215:25
216:1,3
**pain** 97:15,24 98:1
125:19 130:11
145:21 146:8,8,10
208:5 218:8,16
231:12
**pains** 145:17 206:2
**pando** 95:24 96:7
125:14
**paper** 19:6,11 32:5
33:13 34:7 43:9
46:23 47:9 48:22
50:3 52:24 66:11,13
69:21 75:7 84:7,8
84:11 89:11 97:25
124:15 188:4
190:15,21
**papers** 20:9 22:16
22:17,19 23:7,17,19
23:19,24 24:5,16,21
31:12 36:16 37:7,16
39:8 41:4,16,24
42:8 46:16 50:14
62:2 66:2,4,7 67:10
67:11 68:6,11 69:13
74:24,25 77:23 79:4
79:5,7 89:10 91:20
91:23,25 92:18,25
94:15,19 95:3,4,7
98:13 127:17
129:12 150:7
160:23 173:24
176:17 184:21
189:2 194:19
213:23,24
**paragraph** 44:7
47:23 62:7 65:2
72:6 76:14 90:25
91:5 115:15 153:18
169:14,14 172:24
174:5 211:19
213:15 215:4
**paragraphs** 109:12
123:17

**pardons** 75:16
**part** 42:2 72:16,20
  72:21 83:12,19
  89:13 94:8 108:23
  113:2 116:20
  123:15 152:19
  171:12 174:24
**partially** 40:1
**particular** 144:20
  191:16
**parties** 79:11 82:22
  245:9
**parts** 127:21
**pass** 200:19
**passed** 56:12 128:1
**pat** 94:24
**patience** 133:16,17
**paul** 181:20 183:12
**pay** 16:4 33:23 34:2
  66:16 117:9,14
  118:15 122:15
  145:7 210:1 211:3,4
  213:19,21,22 215:7
  230:19,22
**paying** 40:15 65:9
  65:15,23,25 66:1,21
  68:21 71:18,23 72:3
  117:9,17 118:1,17
  144:14 145:4
  198:12 199:25
  209:20,24 210:2,5,7
  211:23 212:1,2,6,9
  212:11,18,19 213:8
  213:13,16 214:2
  215:6 216:6,16,22
  217:5,7 229:16,17
  229:21 230:14
**payment** 28:21,24
  29:7 39:13 48:13
  53:15 54:7 124:7
  214:12 215:2
**payments** 16:8
  17:23 28:13,16,18
  33:11,21,22 39:9,14
  39:18,19,20,21,22

39:24 40:2,6,10,12
  40:16,21 53:13 54:5
  54:8,14 74:15 118:5
  118:11,12 122:9,12
  130:17 217:25
**pcp** 125:21
**pelaez** 179:4,8
**pembroke** 94:25
**pen** 69:17
**penalty** 170:14
**pending** 5:14 93:18
  143:8 175:3 231:21
  232:11
**peninsula** 107:10,24
  109:3 209:25
**people** 22:13 64:14
  65:20 97:4 118:22
  121:3 158:14 162:7
  200:21 210:18
**percent** 107:1
  157:16
**perfect** 5:16 38:19
**perfectly** 128:16
**period** 57:23 66:23
  77:8 107:15 108:2
  109:3,16 156:13
  222:25
**perjury** 170:15
**permission** 193:18
**persistent** 64:15
**person** 63:19 64:1
  72:8 89:23 90:11,22
  90:22 97:4 112:21
  143:3,18 186:7
  228:6
**personal** 14:16
  55:24
**personally** 56:9
  88:25 152:20
  216:24 222:9
  234:16 244:6
**phone** 51:24 55:10
  55:15,24 58:20 59:2
  59:10,13 60:5,11,13
  60:25 61:9,12 68:13

72:11,13 73:14,16
  73:16 79:7 80:3,10
  85:15,17,21 87:15
  87:16,18 88:3,18
  90:5,15 93:12,19
  94:9 95:16,23
  104:21,25 105:25
  106:6,11,14,17,18
  106:19 111:20
  112:18 113:8,10
  114:13,17 116:10
  121:11 127:20
  128:6 129:2,7,19
  130:5,9 131:3,8,10
  135:22 136:5,8
  156:10 158:22
  168:3,11 171:22
  172:22 173:2
  178:14,15 190:5
  197:21,24 198:1,7
  199:6,9,21 200:2
  203:14 204:20
  221:1,14 225:22
  227:11,22 234:10
**phones** 57:8 79:8
  101:5,6 178:6,9
  220:7
**phonetic** 62:21 66:9
  66:14 117:20
**picked** 80:3
**picking** 121:12
**pills** 97:18,23 218:9
  218:16
**pines** 94:25
**place** 120:12 126:14
  126:15 156:14
  234:23
**placed** 65:5 134:8
  144:12 147:19
  165:13 228:21
**plaintiff** 1:5 2:2
  7:13,17 21:22 41:23
  57:15,25 72:10
  76:15 91:1,9,13
  94:17 98:7 99:18,20

100:2 111:12,13
  117:2 174:7,10
  177:13 195:17
  211:22 213:2,6
  242:4,8 243:3
**plaintiff's** 117:24
**plaintiffs** 177:18
**plan** 198:7
**plantation** 1:12 2:14
  245:12
**play** 80:12,17 84:25
  85:3,7 88:12 236:3
  236:16
**played** 80:21 85:10
  88:20 93:20 236:4
**playing** 88:18 93:15
**pleaded** 177:13
**pleasant** 247:1
**please** 4:16 7:8 8:3
  10:5 15:4 35:20
  38:24 48:3 60:8
  75:19 80:24 83:21
  99:25 101:25
  102:11 106:10
  107:17 130:15
  140:7 149:25 153:6
  154:9 157:1 181:6
  181:13 187:9
  195:21 196:7
  201:24 237:7
  247:12
**pled** 77:25
**plus** 154:3,15,21
**pm** 82:6
**point** 40:7 66:21
  173:16 204:12
**pointing** 163:21
**policies** 66:25 67:6
  108:8 143:15 228:3
**policy** 107:24 109:3
**portion** 29:6
**portuondo** 2:8
**posed** 4:2
**position** 6:1 57:12
  58:3 79:1 118:10

possession 70:25
possibility 187:11
possible 20:25 31:11
  38:21 108:6 133:9
  135:6 148:14
  167:25 203:22
  219:10
possibly 151:18
  182:5,19,20 183:9
power 179:9
practices 45:20 63:9
  63:16,25 76:3
pratik 62:4,8,12,16
prefer 41:5 48:2
  247:13
prefix 59:24
preparation 152:20
prepare 149:24
  150:2,4
prepared 152:8,19
  155:20
prescription 218:11
  218:15
presence 142:16
present 2:17 58:19
  93:8 147:1,4 168:7
  178:16
presentation 93:10
presented 94:19
  158:3 163:9 170:13
pressure 206:19
  219:1,1 236:9,9
pretty 70:11
previously 213:2
price 124:24 125:2
  125:10 153:22
  154:2,20
prices 125:4,5
principal 29:7,8
  35:22 43:7 82:19
  83:11,12,18,19 84:5
  84:8,12,16 89:11
  123:22
print 149:3

printed 31:16 32:1
prior 149:23 175:18
  233:13 237:4,11,19
  238:8
privilege 182:6
pro 20:10 21:19
  25:14,14,15,18,19
  134:18,20 219:18
  219:21 220:13
probably 31:14
problem 8:1 81:15
  131:7 205:8 206:13
  211:2 232:2
problems 16:12,13
  96:4,5,13,14 125:25
  129:15 130:18
  146:6 205:2,18
  231:14
proceed 139:12
  140:3
process 22:18 32:4
  99:10 122:13 185:3
  234:18 239:15
processing 48:13
produce 127:23
  128:12 148:21
  205:12,16
produced 166:18
producing 205:3
product 8:16,18
production 110:4,11
  110:12,20 128:11
  197:7,10,11,11,12
  197:15 204:25
  247:23
products 6:12,24,25
  7:1,1 8:15 27:4
  150:20
professional 1:18
program 43:12
  123:23 124:5,9
  161:19
promised 89:2
pronunciation
  62:24

proof 65:23 107:1
  119:14 120:18
  206:12
properties 9:9,17,23
  10:17,21,23,25 11:4
  11:7,22,24 12:2,6,8
  12:12,16,20,24
property 9:12,15,22
  10:9,13,14,15 12:15
  12:23 13:3 16:25
  17:7,9 29:11 31:10
  32:20 65:8 108:17
  122:1 144:11,11,15
  144:21,25 145:4
  201:3,6,6,14 212:15
  212:17 229:15,17
  230:3,7,8,14 231:20
prorate 67:16
protect 120:16
  212:15
protections 119:18
protocol 52:8
prove 8:17 129:14
  155:18 168:12
  192:9
proved 27:15
proven 205:10,11
provide 110:14,15
  128:15 204:25
provided 57:19
  95:17 116:9 137:7
proving 210:9
psychiatrist 126:4
psychologist 126:6
public 1:19 153:2
  244:4 245:5 246:24
pulled 214:21
punitive 109:7,17
  109:21
purchase 12:19 15:3
  16:25 17:8 31:10
  32:19 65:8 67:22
  119:17 161:4
purchased 12:8,13
  247:14

purchasing 66:18
purpose 15:11 75:18
  240:4
purposes 195:6
pursuant 1:20
put 12:3 19:13
  65:13 69:19 72:1
  73:9 75:23 84:22
  91:22,22 94:15
  102:16 111:22
  116:14,25 118:16
  119:6,9 120:18
  126:16,17,19,21,22
  127:3 128:2,17
  139:13 153:7
  158:20 165:12,13
  165:18 166:12,16
  178:8,11 186:8
  191:7 193:8,8
  195:23 196:1
  204:10,24 206:4
  226:15 231:20
  232:1,4 238:15,17
  239:10
putting 26:9 126:1

**q**

quantify 168:14
querella 21:6,11
quesada 81:2 82:4,5
  185:25 189:3,7,21
question 5:6,9,10,14
  5:14 7:16 8:2,7 10:1
  10:2,3,6,22 12:11
  12:19 14:19 15:6
  17:8 18:18 19:4
  20:19 21:4 22:1,25
  23:4,13 24:2,4,7
  25:6,7,8 31:11
  33:12,20 34:23 35:1
  36:12,18,23 38:17
  38:17,24 39:23 42:1
  42:3,23 45:25 47:9
  49:3,4 52:13 53:11
  55:7 58:11 62:1

64:3,4 65:6 69:1
75:19,20 76:12,13
77:16,17,19 78:5
79:14 93:18 95:18
101:24 102:1
103:23 104:6 106:6
106:10,17,21 107:7
107:20,22 109:2,2,9
110:25 111:17
112:10 113:2,2
114:20,25 115:1,2
117:19 123:10
128:16 129:24
131:19 139:3,4,18
140:7 147:18
149:17,22 152:15
153:24 154:6,16,17
155:25 162:16
163:8,10,11 166:14
170:7,17 171:4
172:23 173:5,14
175:12,16 176:12
177:1 180:24
182:12 183:7
185:24 190:24
195:12 196:7,8
200:1 201:12
205:12 207:12
211:13,15 214:11
216:4 226:5 232:5,6
234:6,7,24 237:10
237:25 238:13
239:18 241:18,25
242:12,18
**questioning**   192:5
**questions**   4:2,16,25
5:1,7 6:16 7:8 17:20
33:17,25 36:15
37:20 38:1,1 41:22
42:16,17 47:11 53:4
53:12,22 75:12 92:9
95:9 100:18 111:8
122:23 123:1
125:13 133:23
135:5,21 138:24

143:6 147:9 148:3,7
149:2,21 160:6
163:14 174:24
181:13 218:6 219:2
219:10,11 226:3,16
231:8 232:24
233:15,21 234:1,5
236:10 239:16,20
242:7,9,15,20,25
243:1
**quick**   133:1 233:22
**quickly**   40:19 86:7
219:10

**r**

**r**   21:6 62:4 91:12
197:15
**raise**   208:18,20
**raised**   40:20 210:25
**range**   214:7
**reach**   81:17 115:20
156:25 190:5
191:14
**reached**   127:6
**read**   10:4,7 15:5,7
20:2 22:24 23:1,5
25:7,9 35:17 47:14
47:15 48:1 49:5
54:2 77:18 83:25
107:17 111:16,18
123:15,16,17,18
135:7,10 170:9
172:6 174:6 177:11
191:17 195:25
196:6,9 211:20
212:25 232:5,7
239:22 242:3,3
**reading**   35:9,12,16
47:22 86:13 109:8
135:12 191:2
195:24 247:11,16
**reads**   35:21 44:7
62:8
**ready**   87:12 195:19
196:4 211:16

**real**   40:4 133:1
159:1 168:11
**reality**   136:10
142:14 225:2
**realize**   124:2
**realized**   194:7 206:8
**really**   22:12 40:22
57:5 75:16 78:15
81:11 96:22 97:12
97:12,13,15,22,22
105:11 115:13
124:24 125:5
161:24 205:7
**reason**   23:21 34:25
35:1 36:14 48:24
54:24 56:15 71:19
84:13,14 89:7 90:2
99:11 105:19
106:16 161:16
182:11,16,21
201:13 202:25
209:19 246:5
**reasons**   40:18 49:6
124:5 162:12
**recall**   31:9 32:19
115:7 156:9,13
164:5 167:14
179:15 183:22
186:15
**receipt**   247:16
**receipts**   95:20
120:21 127:8
128:13
**receive**   35:21 84:8
178:15 202:22
203:7,10 211:5
227:21
**received**   8:16 18:8
34:3 36:10,24 46:23
69:23,24,24 82:17
84:6 95:22 130:17
135:22 166:1,6
167:14,22 168:15
169:15 170:4 172:7
173:10 178:13

194:5 203:16
210:10,11,14
**receiving**   204:9
**recess**   19:1 26:15
31:18 45:11 87:11
100:3 110:8 133:2
133:11 162:24
187:15 195:22
211:12 219:3 234:2
**recitation**   138:25
**reclama**   21:12
**recognize**   17:24
27:20,24 29:4,23
34:11,23 35:2 42:21
42:24 43:8 47:16
62:5 69:2,11,20
100:25 123:2,6,10
163:7,24 164:1
181:20 184:11,13
187:19 188:21
**recognized**   118:5
**recollection**   37:10
44:2 117:25 233:19
242:14
**recommended**
184:22
**record**   7:24 8:4,5
13:20 34:13 38:8
80:14,16 85:6 88:17
93:15 99:20 102:17
113:6 133:1 139:10
139:13 140:8 149:3
149:10 195:16,23
196:2 219:13 226:7
232:1 235:22
**recorded**   10:4,7
15:7 23:1,5 25:9
49:5 77:18 111:18
116:19 128:7 196:9
232:7 235:22
**recording**   57:9
80:12,21 83:7,20
84:25 85:7,10 88:20
90:23 93:16,20
158:20 235:18,22

236:3,13,16
**recordings** 57:16
**records** 16:22 58:8
58:13 60:23,25 61:3
61:4 62:2 75:23
79:7 112:16 116:11
127:10 148:10
150:14 157:1
158:19 167:16,17
168:3,7,13 170:12
173:2 198:23
205:22 231:8
**recover** 118:13
**recovered** 212:17
**recross** 3:6,7 219:4
234:3 240:1
**redact** 133:4
**redacted** 149:4
**redirect** 3:5 148:1
242:10
**reduced** 19:19
**reduction** 19:10
82:19 83:10,12,18
83:19 84:5,9,12,16
89:12
**refer** 38:12,15 137:2
221:8
**reference** 133:24
135:5,19 145:14,21
145:22 147:15
178:4 231:18
232:23 247:7
**referenced** 48:9
247:11
**referred** 10:3,6 15:6
22:25 23:4 25:8
49:4 77:17 111:17
196:8 232:6
**referring** 15:24 17:6
17:7 21:25 22:11
23:20 25:11 28:23
37:1,4 38:5,11 54:1
69:18 89:10 92:12
93:3,7 95:10 98:7
104:15 110:16

113:17,22 114:10
134:18 137:3
165:18 172:2 178:3
178:23 190:6 193:4
195:9 198:24 207:2
221:9 235:3 238:10
238:18,21
**refinances** 15:9
**reflect** 8:4 13:20
93:15 114:22 115:5
195:16
**refresh** 37:10 44:2
242:13
**refreshes** 44:18
**refusing** 192:17
**regarding** 84:8
128:22 129:7 190:1
191:24 192:7 205:1
205:13 219:16
226:3,16 231:8
**regards** 89:9
**registered** 23:9
192:7 193:9
**regret** 124:3
**regular** 125:5
**related** 15:2 73:20
78:20 84:11,15 90:5
116:22 121:12
131:17,21
**relating** 114:16
**relation** 11:22
132:22
**relationship** 46:14
46:18 82:9,11 158:7
158:25 191:11
**relative** 245:9
**release** 191:18,22
**relevance** 6:14 7:7
7:11,14,20,24 8:14
8:22 9:7,10,19
10:19 11:8,11,15
12:10 13:1,5,9,13
13:18 14:18 15:12
15:18 16:10 27:3,6
33:25 87:1,7 150:22

151:1,4,8,14,17,24
152:6,23 153:9,15
153:21 155:9
159:13,17,25 160:4
160:10,25 161:18
161:23 162:2,10,15
164:9,16,18 165:11
165:23 177:22
179:17 181:12,12
181:18,25 182:4
183:14,23 184:16
184:20 185:13
186:2,16 187:1
188:10 190:22
191:12,15 193:24
198:2,13,16 199:16
200:8
**relevant** 183:2
191:21
**rely** 50:22 51:7,16
109:6 155:24
**remaining** 35:22
45:18 46:2
**remember** 4:21 8:21
11:2,6,10 13:3,15
13:17 14:11,15,24
15:10,13 16:14 20:9
22:15,16 23:15,16
23:25 24:14,24
25:17 26:7,21 27:1
32:3 35:3,4 37:4
39:6 41:5,10,14
47:21 50:16,17
52:19,20 53:2 56:21
56:23 57:3,4 59:16
59:18,23 60:2 61:16
61:16,19,21,23
62:24 66:2,19,23
68:13,17 69:13,20
70:5,7 71:2 74:9,20
74:22 75:22,24
77:23 78:13,15,16
78:19 79:3,13,19
80:2,3,7,11 84:19
85:15,17,20 86:6,14

87:2,4,4,8,9,17
89:19 90:8 91:16,21
94:11 96:11,13
100:23 101:6,7,22
103:5 104:11,18
105:20 106:3 108:1
109:25 111:3,19
112:5 113:9,12,25
114:8,14,15,19
115:9 119:24 120:6
120:22 123:8,12
124:17 126:16
127:2 128:2,6,8,19
129:11,20 130:1,10
130:25 146:15,25
147:9,14,16 148:6
148:24 151:12,15
151:21 158:1,6
159:18,22 160:20
160:22 161:1,10,13
165:24 167:22
168:2,16,18 169:3
169:22 170:1
172:22 173:2,16,18
173:21,23 174:18
175:2,5,20 176:9,14
177:8 179:7,13,18
180:14 183:1
184:21 185:17
186:1,6 187:23
188:1,5,11,24 189:1
189:1,2,5,8,24
190:21 191:2 197:3
197:5,25 198:11,17
199:3,3 203:3,9,12
203:18,21,24 204:3
204:13,16,17,22,23
206:25 207:1,17,18
208:2,4 212:22,22
213:11 214:13
215:15 216:11
218:1,25 232:25
233:9 234:6,7,22
235:7,21 236:11
237:17 242:16,22

**remembered** 201:18
**remembering** 62:20
  63:1 68:2 89:1
  95:14 104:24 117:6
  117:7 125:20 128:3
  148:8 188:5 231:17
  238:6
**remind** 163:12
**repeat** 8:9 9:1 10:1
  10:5 12:11,18 14:19
  15:4 22:23 23:3
  25:6 28:15 36:23
  39:23 46:7 49:3
  58:11 83:21 95:18
  101:13 105:20
  107:21 109:18
  111:15 130:14
  149:13,25 172:23
  173:7 175:24
  179:24 195:12
  237:7
**repeated** 105:14
  137:11 144:21
  145:2 222:14 230:4
  230:7,11 240:16,20
**repeatedly** 137:25
  241:7
**repeating** 102:12
  155:25
**repetitive** 219:11,12
**rephrase** 5:10 78:7
  95:19
**report** 245:7
**reported** 245:5
**reporter** 1:18 10:4,7
  15:7 23:1,5 25:9
  49:5 77:18 111:18
  196:9 232:7 243:2
  244:3,12 245:4,16
**reports** 95:21
**represent** 138:6
  163:21 185:11
  190:13 191:6
  207:10 220:2

**representation**
  177:4 182:11,16
  183:5 206:25 207:6
**representatives**
  142:15
**represented** 91:1,10
  91:13 92:5 136:23
  137:6,11,22,24
  138:13,17 142:11
  174:8,10,12 176:7
  176:21,24 182:22
  184:14 186:22
  206:23 207:16,20
  208:9,9 21:25
  222:11,24 223:5,9
  240:13,20 241:12
**representing** 163:19
  184:2 187:21
  219:18,20 220:12
  222:6
**represents** 184:9
**republic** 5:22
**request** 43:11 86:8
  110:3,10,11,20,24
  111:2,4 116:20
  128:10 166:16
  177:16
**requested** 42:11
  107:4
**requests** 23:11
  204:24
**required** 7:23
  246:21
**rescue** 96:18
**research** 135:1
  219:15,22 220:1
**reserves** 242:4
**resolve** 84:3
**respond** 157:1
  185:23
**responds** 110:24
**response** 101:4
  104:21 106:6 110:5
  116:20 117:24
  136:20 179:21

**responses** 5:2 95:17
  100:11 101:2
  110:11 111:6
  174:16 182:23
  204:24 221:22
**responsibilities**
  218:5
**responsibility** 77:6
**responsible** 46:24
  48:20 51:2 52:9
  77:13,21 119:4
  143:19,23 144:3
  171:15 217:17
  228:8,12,16 229:12
**responsive** 111:2
**rest** 35:15 39:3
  115:23 155:16
  200:22 235:11
**result** 123:23
**results** 97:2
**retain** 6:14 176:12
  180:11,15 185:11
**retained** 191:4
**retainer** 182:21
**return** 97:17
**returned** 70:22 89:4
  206:8 234:17
  247:16
**review** 150:8,11,14
  150:17 162:14
  166:3 167:3 172:21
  172:25 190:20
  214:25 242:19
  247:12
**reviewed** 101:2
  123:21 124:13
  239:11
**reviewing** 110:23
  169:10
**right** 22:2,15 24:14
  26:7,14 37:11,19
  45:6 50:24 55:15,25
  56:5 59:23 63:12,17
  63:19,20,21 64:1,2
  64:10,20,21 70:2,7

  72:8,9 73:4 74:10
  74:15 76:24 82:16
  83:4 87:14 88:2,7
  94:17 96:17 97:11
  101:25 104:10
  105:24 108:15
  109:10 116:14
  121:18 127:2
  130:25 133:15
  146:7 149:1 152:13
  152:13,17,17
  153:23 154:4
  162:23 165:24
  167:10 170:13
  171:13,16 178:3
  182:15 195:3,25
  196:12 198:25
  200:14 201:17,22
  213:9,13,22 218:2
  218:12 219:6
  239:22 242:2,3,4,23
**rights** 64:12,13 77:4
**rings** 203:13
**rma** 149:4
**role** 46:5
**room** 220:14
**rooms** 125:10
**rose** 2:18 4:1
**row** 75:12
**rules** 4:23 133:20
**rush** 139:24
**rushmore** 1:8 2:12
  25:2 45:16 46:13
  47:1 48:5,10,11,18
  48:20,25 49:13
  50:20 51:5,8,9,17
  51:19 52:1,13,21
  54:9,15,25 55:1
  62:8 65:2 77:1,11
  87:18,21 94:13
  104:8 116:12 122:5
  134:3 135:23 136:1
  136:8 137:4 155:17
  156:7,23 157:5,12
  161:7 163:22

166:13 167:10,15
169:16,20 170:4,6
170:15 171:7,11,24
172:4,8,11,17
173:11,18,19 174:3
177:14 179:16
194:18 198:18
199:2 203:1,4,5,7
203:10,16 204:21
206:16,22,24 207:4
207:7,11,15,19
208:6,8,23 213:3,7
215:9 216:4,5,10,12
216:15 217:3,8,9,17
217:18,21,23,24
218:3 219:14 221:5
221:10,11 222:4,10
222:16,19,23 223:4
223:8,18,21 224:5,9
224:19 225:7,14
226:10 228:1,12
229:2,12,20 230:3
230:13,18 231:4,7
231:20 232:10,18
232:25 235:8,15,20
235:21,23 236:6
238:15 239:10
242:6
**rushmore's** 51:3

**s**

**s** 62:4 91:11,12
197:15 246:5
**safe** 81:15 140:12,19
147:12 219:25
220:16 223:20,25
224:4
**sale** 62:25 109:13
122:1 161:2,8,15,22
162:1 184:4 188:8
194:13,25 195:4
231:21 232:11,16
238:14,15,25 239:2
239:7,10

**sales** 6:10,12,23 7:2
7:2 125:8 150:25
151:7 152:4,5
**sat** 97:5,7
**satisfaction** 34:6,22
36:11,25 132:21
**satisfactory** 132:7
**save** 239:4
**saw** 44:21 52:25
74:24 83:7 91:19
125:14 150:19
**saying** 23:23 25:18
34:3 36:14,20,20,21
51:13 65:13 87:19
92:22 108:25
109:10 123:7 127:7
127:18 129:13
172:18 176:21
187:14 192:14
193:1,3 200:3
205:15 214:5
215:10 216:1
218:24 238:4
**says** 20:21 25:3 30:3
30:4 35:6 36:17
38:6 39:7 44:14
45:4 48:22 53:4,12
54:16 65:2 67:11,14
83:20 84:10,11
86:22,23 89:23 91:1
92:1,3 102:19 112:1
113:20 117:24
118:7 120:8 123:14
124:10,12,15,15
132:16 149:21
153:19 166:1 170:7
172:6,19 176:22
178:5,13 190:15
192:1 213:15
**scared** 97:15
**scope** 8:3 143:6
225:24 226:6,17
**scratch** 107:7 140:7
196:16

**se** 20:10 21:20 25:14
25:14,15,18,19
134:18,20 219:18
219:21 220:13
**seal** 245:11
**sealed** 244:8
**search** 117:25
152:16 164:7
**second** 29:9 32:2
33:10 80:15 132:2
236:18
**section** 43:14 72:7
**security** 43:15 45:1
81:8,10 133:4 149:4
**see** 4:13 18:22 30:7
30:7 33:6 43:9 44:5
47:15 57:3 82:21
88:25 90:11 93:2
96:7 97:18,24
110:10 118:4 126:4
126:6,8 162:5,6
180:17 191:2
192:10 206:4,13
**seek** 94:23
**seeking** 118:13
126:25 208:24
209:17
**seen** 27:25 47:19
69:13,21,25 92:23
100:15 113:3 123:7
130:6 187:17 188:6
188:19,22,25
**sell** 150:20
**selling** 6:22,24
119:22,25 121:3,4
**sells** 27:4
**send** 28:24 65:11,18
65:18,19,22 71:3
91:25 92:14 126:14
129:6 133:8 152:13
152:17 154:13
210:9,13,21,22
215:12
**sending** 93:2

**sends** 92:15
**sense** 21:5 84:2
192:24
**sent** 21:17 23:10,10
28:3,6,7,8,11 55:13
55:14 66:6,10 79:5
82:12,19 88:24
92:11,14,17,18,23
92:24 94:7 95:11
100:19 124:16
128:11,21 144:20
189:6 190:19
210:17,17,24
216:18,19 230:2
234:15 247:14
**sentence** 35:19,21
35:25 166:1 177:24
211:25 212:25
**separate** 49:11,16
229:9,21 230:8,20
**september** 62:11
91:2,14,18 109:14
109:19,23 132:10
132:11,16 136:24
174:11 175:4,23
176:2 177:2,18
178:14,15 222:1
237:14
**sergio** 44:24 88:25
89:17 90:11
**seriously** 126:23
**served** 178:12
**service** 92:4
**servicer** 48:11
158:23,23 207:8
212:20
**servicers** 123:25
**services** 1:8 48:6,10
48:12 50:21 54:9
62:9 65:3 134:3
160:24 169:16
172:4,9,12 173:11
177:15 213:3
**servicing** 48:4,7,8
48:12,21,25 52:22

213:7 216:5 217:23 217:24
set   30:10 99:18 100:6,24 122:1 161:12 174:16 200:4 227:4
settlement   123:25 189:16,19,22 190:1 190:11 191:9
seven   7:8 14:4 30:13 30:14 44:6
severe   205:1
shah   62:4,8,12,16
shake   5:3
shd   2:13
shdlegalgroup.com   2:15
sheet   3:8 246:1
shoes   128:17
short   31:15 62:25 65:16 109:13 161:2 161:7,15 184:4 194:13,25 195:4 231:21 232:11,16 238:14,15,25 239:2 239:6,10
shorter   24:2
shorthand   244:3 245:4,7
shot   125:4
shoulders   98:9
show   17:18 51:16 57:18,19,22 58:8,13 60:25 65:23 66:4 70:25 104:18 108:21,24 109:1,6 127:18 128:13 130:9 157:16 179:18 185:8
showed   74:25 174:25
showing   36:6 47:7 68:25 71:4 100:5 127:9,19 131:11,12

shown   27:15 163:8
shows   106:24 174:25 215:5
shut   198:4,6
shutters   119:16 120:3,10,13,19
sic   7:23 9:5 14:14,14 15:13 16:3,5 22:1 24:6 25:3,3 26:9 27:21 28:4 29:5 32:5 42:23 44:17 53:24 56:12 69:6,23 78:6 79:4,12 91:11 91:12 104:13,14 115:21 116:13 128:17,19 161:19 182:25 192:7,15,20 192:20 201:17 209:4 210:8 213:24 236:20
side   190:14
siebert   91:12 174:9 183:24,25
siegel   62:21 183:24
sign   170:14 190:15
signature   29:18 30:13 31:3 38:25 39:2 43:19,21,24 45:1 244:11 245:15 247:12
signed   18:5,7,9 19:7 19:12 30:18 31:2,12 32:9 33:6 37:17 38:20,23 44:24 45:2 45:4 49:8 82:20 125:12 164:12 166:19 170:2 172:25 173:15 192:8,20 193:9 244:8
significant   146:21 146:25 147:5,13,15 233:5,7,10
signing   32:3 247:11 247:16

silence   142:22 143:2 226:12,22
similar   20:2 53:1 123:5
simple   23:13 154:17 176:12 201:9
simply   39:3 118:20
simultaneous   85:9 88:18 93:16
simultaneously   68:20 85:4 118:16
sincerely   247:21
single   139:3 156:10 234:22
singular   99:3
sir   167:24 247:10
sit   155:12 156:9
situation   78:25 138:10 175:14 233:4 240:5
six   7:7 43:19,22,23 44:25 98:15 102:21 107:6 119:1 133:6
sixto   184:18 238:6
size   19:19
sized   19:10
sleep   145:24 205:8
slow   60:8 181:6
slowly   105:17
small   30:16 69:10 86:12 132:5 178:1
smaller   18:7,9
smiled   201:24
social   43:15 45:1 81:10 133:4 149:4
sold   8:17 46:21 50:2 124:21,22 125:9
solutions   246:1 247:1
somebody   82:21 206:10
someone's   147:13
son   83:22 146:18,20 148:4

sophisticated   141:24 225:3
sorry   6:21 7:15 10:1 14:17 20:1 30:14 32:9 56:17 102:6,8 102:14 105:8,13 109:16 166:14 187:10 237:1
sought   94:20 182:11 183:5
sound   94:4
sounds   63:7 88:15
southern   1:1
southwest   9:13 17:1 17:9 201:3
space   31:7 142:21 143:2 226:12,22
spanish   4:17 20:19 20:23 27:9,10 29:14 30:1,4 35:13 36:8 42:11 43:4 54:21 73:8,9,11 75:17 82:19 83:23 84:21 86:17 88:14,16,19 91:8 117:19 135:7 135:17 151:23 152:2,3,5 197:9,11 213:14
speak   80:24 81:6 102:11 142:5,10 149:18 152:1 225:8 225:15
speaking   71:8 82:18 190:24 238:22
specific   25:19 59:5 60:16 110:25 191:22
specifically   71:18 88:2 104:16 113:17 113:18,19 134:5 144:6 200:4 225:14 229:24 242:21
specificity   242:15
spell   7:5 63:5 179:1 197:8,13

**spent**  72:19 116:22
  117:2,4,5 118:1
**spit**  32:10
**splitting**  208:6,8
**spoke**  70:17 83:17
  90:12 190:14
**spoken**  70:18
  105:23 189:3
**square**  125:9
**ss**  245:2
**stamp**  19:16,17
**stand**  96:21
**standard**  82:7
**standing**  226:15
  227:1
**start**  35:12 63:22
  67:3 84:25 127:19
  127:20 129:15
  231:17
**started**  22:4 49:22
  55:2 63:21 96:9,14
  129:4,18 130:18
  176:8 207:22 213:7
  216:5
**starts**  105:2 158:13
**state**  1:19 8:5 107:9
  123:24 139:9 181:1
  181:24 184:3,9,15
  184:24,25 191:6
  209:2,7,12,16
  210:25 214:1 244:4
  245:2,5,12
**stated**  176:1 215:9
  215:23
**statement**  106:24
  136:16 162:19
  170:8,25 171:4
  172:6,14,21 173:1
  173:15 176:15,18
  178:9 205:4 214:20
  215:1 219:16 220:6
  220:21,24 221:18
  235:13
**statements**  171:17
  171:20,25 220:22

  237:5,15
**states**  1:1 76:14
**statewide**  184:5
**statutes**  51:3
**stay**  94:6
**step**  22:2
**sticker**  19:11 38:9
**stiff**  96:1,1,1 98:3,3
  98:4 126:3
**stop**  40:2,10,15 61:8
  61:11 65:15 66:1,18
  66:21 83:25 84:25
  105:7 122:9 138:3
  177:15,24 212:1
  223:1,10 241:2
**stopped**  40:6 66:5
  70:5,6 71:16,19
  118:12 122:12
  204:12 210:5
  211:23 212:18,19
  213:12,15 214:2
  216:16 217:7
**stopping**  71:19
**story**  214:17
**street**  2:9 9:13 17:1
  17:9
**stress**  72:19 94:2,21
  95:22 96:3 98:20,22
  99:1 125:19,24
  126:1 127:11
  128:14 131:9 146:9
  195:15 205:1,2,9
  206:14,18 218:25
**stressed**  94:4 126:2
**strong**  96:23 97:15
  97:18 98:2 130:17
  146:8 218:13
**stronger**  131:9
**strongest**  98:1
**stuck**  7:25 32:10,12
**stuff**  81:11
**styled**  245:6
**submitted**  26:2
**subscribed**  246:21

**substantial**  39:19,20
**substitute**  149:5
  185:23
**substituted**  183:22
**substituting**  183:15
**suddenly**  40:12
  158:13 159:4
  183:16
**sue**  46:8
**sued**  7:19 8:10 9:2
  27:5 78:18 160:2
  184:25 185:2
**suffered**  126:20
  145:14 169:2
**suffering**  127:12
  145:18,21 146:11
  154:23 167:5,6
  231:9,12
**suggest**  139:16,21
**suggestive**  139:10
  139:15
**suing**  221:5
**suit**  128:25
**suite**  2:4,14 247:1
**summarize**  118:10
**summary**  186:22
**sunset**  121:5
**supermarket**  6:25
**supply**  58:1
**support**  42:4 48:12
  48:14 58:4 94:12
  114:21 115:5,17
  116:4,21 128:12
  148:22 166:19
**supposed**  117:9,14
  126:24 127:14
**supposedly**  8:15
  29:12 32:22 33:7
  122:18 154:1 203:4
**sure**  4:17 5:1 12:19
  13:23 19:5 21:15
  24:19 31:24 32:8
  34:14 52:18 64:5
  81:7,12 100:1
  102:13 110:7

  112:20 114:9 118:8
  123:20 139:13
  163:3 173:1,9
  183:10,10 188:16
  192:12 219:12
  237:8
**surprise**  49:7,15
**sw**  2:4
**swear**  4:10
**sworn**  4:1,7 244:7
  246:21
**system**  14:24 70:10
  225:21 227:5,8,18

**t**

**t**  62:4 91:11,12
  197:15
**take**  5:2,13,15 14:16
  15:20 17:18 18:24
  26:12 29:10 31:15
  45:7 48:25 51:21
  71:21 87:10 99:25
  110:6 111:21 113:7
  195:19 206:2,6
  211:10 218:10,15
  233:25
**taken**  1:17 19:1
  26:15 31:18 45:11
  71:9 87:11 100:3
  110:8 133:2,11
  162:24 165:21
  187:15 195:22
  211:12 219:3 234:2
  247:11
**takes**  135:11
**talk**  21:22 22:4
  26:13 41:6 83:2
  88:1 108:8 179:20
  188:19 211:25
**talked**  193:7 226:4
**talking**  21:25 28:22
  33:10 42:15 50:24
  56:5 75:16 88:23
  89:16,21 90:9 128:3
  128:23,24 129:1

168:10 169:5
188:12 190:7,9
196:11 207:4,7
209:2,7 214:4
231:16 238:10
**tape**  234:13
**tcpa**  50:19 143:8
**tearing**  99:21
**telephone**  55:21
56:10 76:16 107:3
150:14 166:2
178:19
**telephones**  198:20
204:11
**tell**  46:17 51:18,20
52:13,21 58:22 59:5
59:6,15 60:16 61:8
61:11 69:6 75:14
82:18 85:1 86:18
88:8,16 90:4 94:1
103:17 110:19
115:14 117:1 119:9
127:11,12 130:5
131:7 149:17
152:13 153:16
158:21 167:4,6,25
168:25 170:11
171:8 174:14
189:11 194:2
195:18 198:20
199:6 203:14 204:4
204:7,14 205:23
207:19 208:22
209:15 210:13,17
212:4 235:16 236:4
236:16
**telling**  51:23 58:17
80:5 98:5 154:2
156:2,4 158:14
169:1 206:11
**tells**  7:22 85:1 159:4
**ten**  109:9
**terms**  26:8 124:8
**terrific**  81:8

**testified**  4:8 28:5
36:10,24 50:1
125:14 127:10
130:11,16 133:24
134:1,14,24 135:9
137:23,23 144:14
144:17 147:8
154:24 157:3
196:13 197:17
219:17 221:3
228:25 229:16
231:25 233:3
237:10 240:12
**testify**  113:16
175:22 182:17
**testifying**  170:3
205:3
**testimony**  24:10
41:17 42:3 51:25
92:7 133:21 146:14
146:18 204:25
208:15 229:19
232:22,24 233:13
233:18
**thank**  16:20 38:14
83:5 105:9,11
133:15 140:6
163:23
**therapist**  126:8,10
**thing**  24:2,23,23
35:17 36:19 47:13
59:23 67:19 75:14
75:15 85:4 91:24
99:3 100:5 116:13
123:16 128:1
149:16 177:8
193:12 194:7
201:25 203:12
209:18 217:9
**things**  22:18,19 41:6
41:15 50:7,8,9,12
50:13 51:10,14 55:8
58:25 80:6 87:19
92:19 96:9 97:8
99:12 114:7 116:18

119:6,10,21 120:13
124:25 126:12,21
129:22 130:12,13
130:20,21,24 134:8
146:6 164:19,20
165:13,25 168:11
177:9 183:18
193:21 196:14
199:22 206:19
212:17 228:22
235:12 236:12,14
236:15
**think**  6:21 20:23
33:2,4 45:6 73:8,8
84:24 121:5 122:11
123:4 132:25
147:13 148:10
149:14 161:22
162:8 206:16
207:13 211:11
**thinking**  59:1 105:7
**third**  45:3 93:16
241:17,25
**thirty**  247:16
**thought**  84:6 90:3
194:6
**thousand**  39:14
75:16 211:6
**three**  11:14 14:23
29:18 39:13 43:22
44:6 45:3,18 46:2
46:12 90:25 91:5
114:20 115:15
124:21 125:7
126:13 153:18
170:10 174:5
181:13 213:5
215:18,19
**time**  5:12 7:21,21
13:15 15:13 16:7,12
17:17,17 18:4 19:7
34:7,19 47:12,14
56:11 57:14,23
60:16 61:13 65:10
65:12,16 68:8 70:16

70:20 71:25 77:8
82:7 85:19 86:2,13
89:2 90:12 93:16
96:8,20 97:14
101:21 104:12
107:4 108:7 109:15
114:2,3 115:2 116:9
119:6 124:3,20
125:4,22 129:16
130:18 135:11
137:6,14,25 139:19
139:23 148:20
154:22 156:13
159:15 161:15
173:18,20 174:2,13
174:18,23 181:7
185:17 194:6
195:19 198:12,21
199:17,21,25
200:13 201:8
208:25 209:19
211:1 213:8 214:11
216:2,22 217:1,6
218:2 225:9 227:20
232:17 233:14
235:25 241:17,25
242:7 243:4
**times**  26:19 52:10
52:11 60:1,18,18,19
70:22 79:15,17,18
79:19 80:1 94:14
101:19 102:22
103:3,9,13,14
104:14,18 106:25
132:13 136:24
158:4 166:6 177:18
184:25 215:19
**title**  46:20 95:5
191:2
**titled**  76:1
**today**  14:13 22:5
35:6 44:1 45:18
47:22 59:20 69:8
84:9 91:21 97:22
101:9 111:25 113:3

113:11 123:13
126:23 130:5
133:24 135:16
148:15,16,18
149:23 150:3,9,15
150:18 155:12
156:9 163:13
170:19 171:22
206:11 218:14,23
229:19 231:25
233:13,16 234:13
242:8
**today's**  150:1
**told**  17:22 29:12
32:21 40:11 51:11
51:11 52:1,5,6
53:24 70:20 71:22
86:14 90:11 96:2,4
96:22 112:12 119:8
119:13,17 120:2,5,9
120:13,23 172:11
212:8 222:20
235:19,20,20
238:13
**toll**  247:2
**tongue**  152:3
**top**  29:16 35:9 63:12
63:18
**topic**  190:4
**total**  66:14 127:3
156:8
**track**  22:21 148:11
**tracking**  19:11
72:10,12,15,21 73:1
73:5,15,19 76:17
134:7 228:21
231:19
**transcribe**  149:19
**transcript**  163:1
242:3 247:11,13
**transcription**  245:7
**transfer**  48:5,9
200:16,19 202:19
**transferred**  46:22
199:23 201:25

202:7,7,14,17 203:4
203:13
**transfers**  77:4
208:12
**translate**  21:7 27:11
35:12,20 37:21,22
37:25 38:1 53:22
86:17 91:8 105:18
117:19 173:3,5,8
**translated**  42:13
48:1 84:21
**translation**  20:24
27:9 63:23 80:19,20
80:22 84:20 85:9,11
85:25 88:19,21
93:17,21 172:19
214:16
**translator**  53:21
135:16 149:18
**treated**  125:15,18
128:13
**treatment**  94:20,23
95:15 146:4
**trial**  204:25 205:13
**tried**  118:20,20
139:24
**true**  84:6 171:8,25
172:1,14 176:6
217:11 237:5,15
245:7
**truer**  156:25
**truly**  4:1
**truman**  47:2 154:15
156:7 158:22 218:3
**trusted**  12:4,7
**trustee**  158:21
**truth**  59:1 193:14
237:6,16
**truthfully**  62:1
68:17 79:2,13 86:5
97:19 98:6,18 110:2
159:22 204:22
207:17
**try**  5:5,6 73:9,22,25
74:4,7 75:18 84:2

84:22 115:2 149:17
209:5 219:9 239:4
**trying**  22:1 53:20
55:4,6 57:3 73:11
86:17 105:15,20
127:5 161:4 170:18
173:3 180:16 190:5
191:13
**tuesday**  1:12
**turn**  192:24 199:22
**turned**  204:2,5,7,15
**turning**  192:17
**twice**  131:4 206:5
240:23
**two**  11:13,13 26:20
26:20 30:20 31:4,9
32:19 43:22 45:3,5
49:11 50:18 68:7
69:9 70:22 75:1
82:22 83:17 96:24
97:18,23 101:4
104:21 106:5,10
111:4,5,9,11,11
115:15 123:17
125:7 132:1 153:18
169:14 171:17
172:24 173:6 174:3
180:24 181:1
199:13 202:5
207:10 218:16
233:25
**tybor**  180:9,13,18
181:3,9
**tylenol**  218:10
**type**  138:10 142:21
154:6 165:10 184:7
193:19
**types**  7:1

## u

**u**  21:6 91:11 197:9
197:15,15
**u.s.**  1:7 25:2 45:16
46:5,8,11,12,14,18
46:21,23 47:1 49:10

49:13,16,19,20,22
49:24 50:2 51:4,7
51:19 54:25 55:2
62:10 65:3 76:22,25
77:11,21 94:13
104:7 116:12
123:23 134:2
135:23 136:1 137:3
155:17 156:7,23
158:4,7,13,16,21
161:7 163:22
166:13 169:17,22
169:23 170:5,16
171:9,11,22 172:2
172:10,12,16
173:12,17,17,19
174:3 177:14
198:18 199:1
207:11 208:8,23
213:4 218:3 219:15
220:7,21 221:5,9
222:5,10,16,19,23
223:4,8,18,20 224:5
224:9,19 225:7,14
226:10 228:1,11
229:1,11,20 230:3
230:12,17 231:4,7
231:19 232:9,18,24
242:6
**uh**  34:15 71:23 92:6
96:25 100:16,21
101:1 102:21 103:6
107:14 120:4
121:15 124:11
148:19 211:21
238:24
**understand**  4:14,23
5:9 7:18 14:5 16:11
16:16 17:3 18:10
20:16 23:23 24:8
30:6 34:25 35:6
37:16,23 45:22
47:25 48:15 49:10
49:18 53:18 54:11
55:4,5,6,7,8,13 56:9

56:13 57:1,11 62:18
63:3,6 64:5,6,12,23
66:20,25 67:25
72:22,24 73:4,24
76:21 77:20 79:1
82:21,23,24,25
83:19,21,24 84:10
84:12,15,17 85:13
87:25 89:25 93:22
95:13 99:5,13
103:23 104:2 106:8
106:21 108:20,23
112:9 116:2,6
117:10,21 118:14
122:14 123:8,13
124:10 125:22
127:16 128:10,16
129:24 131:20
132:23 135:6,10,10
135:12 146:9
148:12 149:17
153:22 160:21
161:6 162:11,16,17
163:10,15,16 165:7
170:10,17,19,22,24
171:11,19 172:18
175:13 182:1
184:24 185:2
188:12 191:13
194:22 195:3
202:16 204:14
205:6,11 208:25
209:6 213:21
217:16,20 234:17
234:21 237:17
238:9,17
**understanding** 9:4
19:20 33:5 34:2
35:10,18,25 43:3
45:24 46:1,5 47:24
48:17 50:4 54:13
62:13 68:3 71:13
72:23 89:8,12,22
90:13 95:8 98:16
99:4,14 114:6

117:13 125:21
200:9,10
**understood** 75:13
83:8,13 89:16 94:8
162:3 172:20
193:23 210:4
239:14
**united** 1:1
**unlawful** 152:21
162:13
**unredacted** 133:7
**unsure** 186:4 214:2
**upgrade** 119:13
**upgrades** 119:1,5
**upstairs** 120:24
**urgent** 96:18
**us1** 126:16
**use** 21:13,14 36:12
56:1 59:3,10,13,21
60:13,15 116:10
220:1 226:3 236:15

### v

**v** 63:8,15,24 246:3
247:6
**valderrama** 2:18
4:1
**valenzano** 2:3,3 3:5
3:6 6:13,19 7:7,11
7:14,20 8:4,14,22
9:7,10,19,21 10:19
11:8,11,15,18 12:10
13:1,5,9,13,18,25
14:5,18 15:12,18
16:10 20:15 21:24
22:22 23:2 24:12,19
26:4 27:3,6 33:25
34:12 40:8,17 41:19
42:6 45:10 55:3
57:24 58:5,10 64:8
70:13 73:17 77:10
77:15 87:1,7 90:7
92:8 98:7,23 99:19
99:25 100:2 105:15
106:20 110:6 114:1

122:17 133:13
139:6,23 140:3,6,9
140:16 141:11
143:10 147:24
149:7 150:22 151:1
151:4,8,14,17,20,24
152:6,10,23 153:9
153:15,21 155:1,5,9
155:14 156:11,16
156:21 157:6,9,25
158:5,18 159:13,17
159:21,25 160:4,10
160:19,25 161:9,18
161:23 162:2,10,15
163:18 164:9,16,18
165:1,11,17,23
166:5,22 167:1,11
168:9,24 169:11,21
171:10 174:1 176:4
176:16,20 177:22
178:17 179:11,17
181:12,18,25 182:4
182:10,15,19 183:4
183:8,14,23 184:16
184:20 185:13
186:2,16 187:1,7
188:10,23 189:23
190:3,22 191:12,19
191:22 192:2,4
193:4,24 195:8,16
196:15 198:2,5,8,13
198:16 199:16
200:8 208:1 212:23
213:10 214:3,18,23
216:7 217:15 219:5
220:11 226:1,7,8,18
227:2 232:2 233:21
234:25 235:3,9
239:13,18,24 240:2
241:19 242:1,4
243:3 247:5
**valle** 1:3
**value** 28:21 124:18
124:20,21

**vanessa** 184:11
186:6,8 187:11
**verbal** 5:2
**verbatim** 193:2
**verified** 173:25
**verify** 14:14 81:9
116:7,8,10 139:2,4
139:20 166:8,11
173:14 176:18
214:20 216:12
**veritext** 246:1 247:1
247:7
**version** 32:1 149:4
**vi** 76:1,7
**vicariously** 50:19
**violated** 64:19 72:7
78:10 182:24
**violates** 143:18
228:7
**violating** 228:12,16
**violation** 46:4 63:9
63:15,24 76:2 144:4
228:17 231:19
**violations** 45:19
46:3 50:20 51:3
134:2,5 143:8,23
144:7 147:5 221:6
228:19 229:5,8,13
**violeta** 5:18
**virus** 197:1,1
**voice** 83:15
**vs** 1:6

### w

**w** 247:1
**wage** 44:8,14 86:9
86:20
**waist** 146:8
**wait** 47:10 104:1
111:5,5 192:14
**waited** 97:1
**waiting** 97:6 211:16
**waive** 242:3
**waived** 247:12,17

| | | | |
|---|---|---|---|
| **walk** 72:20 95:25 97:5,16 205:9 206:9 206:14 | 119:20 120:11,12 126:13,15,16 139:24 140:13,20 152:9,16 185:21 186:19 192:19 194:14 205:19 206:1 223:13,21 224:1 227:18 231:20 | **work** 58:25 97:8 124:14 151:23,23 152:2 185:21 186:12 189:9 194:9 195:7 217:21 | **year** 6:6 59:16,16 67:1,4,17,18 68:7 70:23 104:10 108:10,14,15 151:13 167:14,22 197:4 198:15 212:3 212:3 213:2,19,22 214:7,10 215:14 |
| **want** 6:14,15,18 13:19,24 26:12 27:13 33:6,18 34:13 37:21,21 63:2 64:4 73:4 80:12,13 82:14 83:2 86:11 88:15 96:4 101:23 102:16 104:18 107:21 113:6 125:23,25 127:12 129:25 133:7 137:2 139:13 149:7 156:25 157:16 183:18 194:12 196:1 199:23 201:10 205:7 219:12 242:5 | | **worked** 9:6 171:12 186:7 | |
| | | **working** 77:13 82:22 87:3,6 151:22 204:8 | **years** 8:17 11:16,19 46:25 58:22,23 59:5 59:8 65:14,17 67:20 68:7 79:3 114:7 151:6,15,16 166:3 166:23 167:4,8,9 169:2,4,12 179:13 187:14 196:25 213:5 215:2,19 |
| | **west** 2:9 | **works** 186:9 | |
| | **wheelchair** 96:16 97:6 98:12 130:16 | **world** 6:3 55:22 | |
| | **white** 206:3 | **worried** 131:5 | |
| | **wilkie** 1:18 244:3,12 245:4,16 | **worry** 131:6 | |
| | **willfully** 76:17 | **worse** 98:17,17,18 98:18 | |
| | | **worth** 125:6 | **yep** 87:13 |
| | **willing** 242:9 | **wow** 11:9 93:13 151:15 219:8 | **yesterday** 150:3 |
| | **willingly** 140:20 141:2 145:3,6 147:20 224:1,6,8,13 230:13,18,23 232:19 | **wrap** 234:1 | |
| **wanted** 36:19 47:10 54:4 64:4 162:6 192:18 | | **write** 63:7 81:19 135:7 | **z** |
| **wants** 79:4,12 | **windows** 119:14,15 119:18 | **writing** 52:21 120:8 135:12 178:1 | **z** 179:2 203:6 |
| **wasting** 139:19 | **winning** 135:2 152:12,17,18,20 154:13,14,19 | **writings** 111:12 112:10 | **zero** 60:25 102:20 |
| **water** 31:23 133:10 195:20 | | **written** 35:15 36:16 63:3 105:23 107:19 112:11 150:12 165:8,9 | |
| **way** 18:4 24:6 26:9 40:12 63:5 64:15 65:1 73:14 75:16 78:22 82:20 84:21 85:5 93:8 97:16 114:7 121:12 122:13 125:10 129:14 139:21 165:19 183:9 191:7 204:17 234:8 235:5 235:10,17,18 236:2 236:5 | **witness** 3:2,7 4:2,3,7 4:10 98:10 102:8,19 133:9 193:6 195:20 195:25 196:3,5 211:13,17 233:24 242:25 244:5 245:6 245:8,11 246:4 247:8 | | |
| | | **wrong** 9:20 11:17 82:24 85:24 95:14 113:1 128:4 176:15 213:17 214:14 | |
| | **witnesses** 96:21 | **wrote** 108:22 111:24 112:3,19 114:12 134:11 | |
| | **woman** 178:2 | | |
| | **won** 22:13 | **x** | |
| **ways** 80:10 88:1 202:25 | **word** 20:19,20 21:2 21:3,13 25:21 27:10 42:12 52:7 83:18 190:17,18 192:15 | **x** 3:1 | |
| **went** 29:13 49:8 56:9 71:20 82:21 88:25 89:17,18 95:24 96:2,14,15,15 96:16 97:4 119:17 | | **y** | |
| | **words** 36:13,16 192:3 | **yahoo.com.** 197:16 | |
| | | **yeah** 81:7 83:4 183:8 191:19 | |